```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NORTH AMERICA KARAOKE-WORKS TRADE
ASSOCIATION, INC.,
                                                   Case No.
               Plaintiff,

        -against-
                                                   ECF CASE
ENTRAL GROUP INTERNATIONAL, LLC,

               Defendant.

------------------------------------------X
```

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff North America Karaoke-works Trade Association, Inc., a New York not-for-profit corporation, certifies that it is a private, non-governmental corporations. There are no corporate parents, affiliates or subsidiaries of North America Karaoke-works Trade Association, Inc. that are publicly held.

Dated:   New York, New York
         July 6, 2006

                                    _____
                                    David J. Hoffman (DH 7605)
                                    Attorney at Law
                                    29 Broadway
                                    27th Floor
                                    New York, New York 10006
                                    212-425-0550
                                    ATTORNEY FOR PLAINTIFF

1