UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN KARAOKE-WORKS TRADE ASSOCIATION, INC.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>ENTRAL GROUP INTERNATIONAL, LLC,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>v.<br><br>SAM CHAN and RAY YIM,<br><br>    Counterclaim Defendants. | Case No.  06-CV-5158 (LTS)(MHD)<br><br>**CORPORATE DISCLOSURE STATEMENT** |

    Plaintiff ENTRAL GROUP INTERNATIONAL, LLC, by its undersigned attorneys, for its compliance with Rule 7.1 of the Federal Rules of Civil Procedure, states that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
        July 27, 2006

                                            s/ Robert E. Hanlon
                                            Robert E. Hanlon (RH-8794)
                                            Alston & Bird LLP
                                            90 Park Avenue
                                            New York, New York 10016
                                            (212) 210-9400
                                            *Attorneys for Defendant-Counterclaim Plaintiff,*
                                            *Entral Group International, LLC*

LEGAL02/30029016v1

Dockets.Justia.com