# CERTIFICATE OF REGISTRATION

T-221  P 004/005  F-662



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-138-367**



EFFECTIVE DATE OF REGISTRATION

8  27  03

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**  TITLE OF THIS WORK ▼
Cheung Hok Yau (Jacky)  When Love Becomes A Habit (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
張學友  當愛變成習慣 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions

Motion Picture

---

**2 a**  NAME OF AUTHOR ▼
PolyGram Records Hong Kong Limited

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in Hong Kong

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
*Entire motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1994

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month May   Day 27   Year 1994
Hong Kong

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Universal Music Limited
6th Floor Railway Plaza 39 Chatham Road South
Tsimshatsui Kowloon Hong Kong

APPLICATION RECEIVED
8/27/03
ONE DEPOSIT RECEIVED
8/27/03
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Universal Music Limited acquired PolyGram Records Hong Kong, Limited and obtained the ownership of the copyright as December 31 1998

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

Sep-03-2003  05 28pm   From-Morgan & Finnegan LLP          2127516849          T-221   P 005/005   F-662

EXAMINED BY NLG                                    FORM PA

CHECKED BY

☐ CORRESPONDENCE                                   FOR
   Yes                                             COPYRIGHT
                                                   OFFICE
                                                   USE
                                                   ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration r tha wo k, or for an earlier version of the work already been made in th Copyright Office?

☐ Y  ☐ No  If your answer   Yes  why sa nother register on bein, ought (Check appropri t bo )▼ If your ans   Yes No connection to   b o c

a. ☐ This    the first published d tion of work prev ously reg st red in unpubl shed form

b. ☐ This    the first application submitted by th  auth or as copyright claimant

c. ☐ This    changed ers on of the work a shown by  pace 6 on this appli cat on

If your answ r is Yes  gi   Pre ous Reg stration Number ▼               Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** C    plete both space and 6b for a    work complet only 6b for a  compilat
Preex t ng Material Identify any p  eing work r   th  that this work is based on or incorpor t d ▼

Title  When Love Becomes A Habit
Performing Artist  Cheung, Hok Yau (Jacky)  Composer  Lau Siu Kei  Lyrist  Lauslon John

**6**

M t r al added to Thi Work C   a br f g n r   s a   t of the mat r l th t has been   dd d to   is tha  a  wh ch  c  p y ght     m ed ▼
* motion picture production

**a**

**b**

**DEPOSIT ACCOUNT** If d  rg  is to  is    oe charged to a Depo  t Acco nt established i d n th Copyr ght Offi   g ve  na    id   un tA t Acco nt
Name ▼                                         Account Number ▼

**7**

**a**

**CORRESPONDENCE** G  n  and add  e t  h ch corr  ponds  to  bout this appl  at  nd sld be sent  Name/Ad re  /Ap /C ty/St t /ZIP ▼
Maria C H  Lin c/o Morgan & Finnegan
345 Park Avenue
New York  NY 10154 0053

A a  code and  ph  number ▼       (  212  )  758 4800              F   number  (  212  )  751 6849
Em il

**b**

**CERTIFICATION** I th  u  gn d  h  by  ert  f  I  am the

                         Check only on ▶   ☐ author
                                           ☐ other copyr ght cla
                                           ☐ owner o   xclusive r ght(s)
                                           ☒ a tho  z d agent of Universal Music Limited Hong Kong
                                               Name of author or other copyright claimant or owner o   xclu  e right(s) ▲

of th   ork  a d  d  t   s at  s ade by me in th   appl  at on are  r rect t  th  b s  o  y knowled

typ d or pr nted n m d t ▼ If th   ppl c   on  d us of publi  at on in sp  e d  notg  and  t b  ore that date

Nicolas Chai  President of Fintal Group International  LC                       D t   Aug 22nd 2003

                     Handwr tt n   ▼
                  x   Nicolas Chai Man u Da

**8**

Certif cate
will be
mailed  n
w ndow
envelope
to this
address

Name ▼
Maria C H  Lin c/o Morgan & Finnegan

N mbe  Stre t/Ap ▼
345 Park Avenue

City/State/ZIP ▼
New York  NY 10154 0053

YOU MUST
Complete all necessary spaces
Sign your application in space
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee   check or mon y
   order payable to Register of Copyrights
3 Deposit material
MAIL TO
L brary of Congress
101 Independence A e w se SE
Wash ngton D C 20559-6000

**9**

17 U S C  §506(e)  Any person who   n wingly ma es a  als  rep  se tation of a mat rial  act   shown  ack n the application for copyright registr  ion  ovid d  or by ocC    iol of  writt   application f nd n conne   c  with the applica  on b  fin d not  or th  2 500

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE

**PA 1-138-334**

EFFECTI

Month **8** Day **13** Year **03**

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
William So  The More I Kiss You The More It Hurts (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼

蘇永康　越吻越傷心 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

**2**

**a**

NAME OF AUTHOR ▼  Universal Music Limited  Hong Kong

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  Hong Kong
     Domiciled in

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed
~~Karaoke Video Version of When Lovos Becomes A Habit~~ ✱ Entire motion picture

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of b rth and death blank

**b**

NAME OF AUTHOR ▼  Go East Entertainment Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  Hong Kong
     Domiciled in

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed
✱ entire motion picture

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
     Domiciled in

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
1999   Year In all cases

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month May  Day 21  Year 1999
Hong Kong   Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address  must be given even if the claimant is the same as the author given in space 2 ▼
Go East Entertainment Company Limited
8th Floor 100 Canton Road Tsimshatsui
Kowloon  Hong Kong

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
AUG 13 2003
ONE DEPOSIT RECEIVED
AUG 13 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructio s    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of **2** pages

"Amended by C O  from phone call to
Maria C H  Lin on Aug 18, 2003

| EXAMINED BY *NLG* | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?     **5**
☐ Yes  ☑ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼ If your answer is  No  do not check box A, B or C
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes   give  Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation     **a   6**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼
Song Title  I More I Kiss You The More It Hurts
Performing Artist  William So
Composers  Eddie King  Lyrist  Lin xi
                                                                                                          *See instructions<br>before completing<br>this space*

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼     **b**
~~The original work has been synchronized with a video featuring the original performing artist  a music only sound track  a~~
~~piano plus vocal sound track  and the animated superimposed subtitle~~  * motion picture production

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account     **a   7**
Name ▼                                           Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼     **b**
Maria C H  Lin c/o Morgan & Finnegan
345 Park Avenue
New York NY 10154 0053
REF 4361 4097
Area code and daytime telephone number   ( 212 ) 758 4800              Fax number   ( 212 ) 751 6849
Email

**CERTIFICATION**   I  the undersigned hereby certify that I am the                                     **8**
                              ☐ author
Check only one ▶          ☐ other copyright claimant
                              ☐ owner of exclusive right(s)
                              ☑ authorized agent of  Go East Entertainment Company Limited
                                          Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Nicolas Chai  President of Entral Group International  LLC          Date  August 8th 2003

Handwritten signature (X)

☞          x *Nicolas Chai Ngan Wa*

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>Maria C H  c/o Morgan & Finnegan | **9** |
| | Number /Street/Apt ▼<br>345 Park Avenue | |
| | City/State/ZIP ▼<br>New York  NY 10154 0053 | |

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written  statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ☉ Printed on  recycled paper                    U S Government  Printing Office 2000-461 113/20 021

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts

UN — PA 1-146-592
RE

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

Oct 15, 2003
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Eason Chan  1847 (Karaoke Version)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
陳奕迅  1874 (卡拉OK 版本)

**NATURE OF THIS WORK ▼** See instructions
Motion Picture

## 2

**a**

**NAME OF AUTHOR ▼**
Music Plus

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _Hong Kong_
     Domiciled in _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2002
Year  In all cases

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
This information must be given ONLY if this work has been published.
Month _July_  Day _24_  Year _2002_
Hong Kong                    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Emperor Entertainment (Hong Kong) Limited
28/F  Emperor Group Centre  288 Hennessy Road
Wan Chai  Hong Kong

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Music Plus is a label  and it is owned by Emperor Entertainment (Hong Kong) Limited

APPLICATION RECEIVED
Oct 15 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Oct 15 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

Title on deposit    1874

| EXAMINED BY  GS | FORM PA |
| --- | --- |
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes   why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A  B  or C
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**6**
**a**
**b**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼
Song Title 1847
Performing Artist  Eason Chan
Composers  Carol Wong  Lyrist  Wyman Wong

See instructions before completing this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼
Motion Picture Production

**7**
**a**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                Account Number ▼

**b**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼
Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York  NY 10167

Area code and daytime telephone number    ( 877  ) 436 8725          Fax number  ( 646  ) 349 4456
Email

**8**

**CERTIFICATION\***  I  the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Emperor Entertainment (Hong Kong) Limited
                          Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Nicolas Chai  President of Entral Group International, LLC          Date  October 8th  2003

Handwritten signature (X) ▼
☞          x _Nicolas Chai Ngan Da_

**9**

| Certificate will be mailed in window envelope to this address | Name ▼  Nicolas Chai c/o Entral Group International LLC |
| --- | --- |
| | Number/Street/Apt ▼  245 Park Avenue  39th Floor |
| | City/State/ZIP ▼  New York  NY 10167 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

Fees are subject to change  For current fees  check the Copyright Office website at www copyright gov  write to the Copyright Office  or call (202) 707 3000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ♻ Printed on recycled paper                    U S Government Printing Office  2000-461 113/20 021

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE **PA 1-146-593**



EFFECTIVE DATE OF REGISTRATION

OCT 15, 2003

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼
Andy Hui  Dirty Soil (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼

許志安  爛泥 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions

Motion Picture

---

**2**   **a**

NAME OF AUTHOR ▼
Go East Entertainment Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _Hong Kong_
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**   **a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2002    Year   in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month _August_  Day _23_  Year _2002_
Hong Kong    Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Go East Entertainment Company Limited
8th Floor  100 Canton Road, Tsimshatsui
Kowloon  Hong Kong

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 15 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 15 2003

FUNDS RECEIVED

DO NOT WRITE HERE  OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY $G$ | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes"  why is another registration being sought? (Check appropriate box ) ▼  If your answer is No  do not check box A, B or C.
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▼        Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼
Song Title  Dirty Soil
Performing Artist  Andy Hui
Composers  Li Jun Yi  Lyrist  Li Jun Yi

*See instructions before completing this space*

**b** Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼
Motion Picture Production

**7** **a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼        Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼
Nicolas Chai c/o Entral Group International LLC
245 Park Avenue  39th Floor
New York  NY 10167

Area code and daytime telephone number    ( 877  ) 436 8725        Fax number  ( 646  ) 349 4456
Email

**8** **CERTIFICATION\*** I  the undersigned  hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Go East Entertainment Company Limited
Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Nicolas Chai  President of Entral Group International  LLC        Date  October 8th 2003

Handwritten signature (X) ▼
x _[signature]_

**9** Certificate will be mailed in window envelope to this address

Name ▼
Nicolas Chai c/o Entral Group International LLC
Number/Street/Apt ▼
245 Park Avenue  39th Floor
City/State/ZIP ▼
New York  NY 10167

MAIL
CERTIFICATE TO
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money
order payable to  Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ⊕ Printed on recycled paper        U S Government Printing Office  2000-461 113/20 021

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
**For a Work of the Performing Arts**
**UNITED STATES COPYRIGHT OFFICE**

RE **PA 1-146-594**

PA0001146594

**EFFECTIVE DATE OF REGISTRATION**

Oct  15, 2003

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Andy Hui  Chauvinist Man (Karaoke Version)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
許志安  大男人 (卡拉 OK 版本)

**NATURE OF THIS WORK ▼** See instructions
Motion Picture

## 2

**a** **NAME OF AUTHOR ▼**
Go East Entertainment Company Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  Hong Kong
     Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**
Under the law the author of a work made for hire is generally not the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
     Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
     Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2003  Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month August   Day 06   Year 2003
Hong Kong   Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Go East Entertainment Company Limited
8th Floor  100 Canton Road  Tsimshatsui
Kowloon, Hong Kong

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
Oct 15 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
Oct 15 2003

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY  ᒐⴳ | FORM PA |
|---|---|
| CHECKED BY | |

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title  Chauvinist Man
Performing Artist  Andy Hui
Composers  Mark Liu  Lynst  Lin Xi

**a** **6**

See instructions before completing this space

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼    Account Number ▼

**a** **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York NY 10167

**b**

Area code and daytime telephone number  ( 877 ) 436 8725    Fax number ( 646 ) 349 4456

Email

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Go East Entertainment Company Limited
  Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai  President of Entral Group International  LLC    Date  October 8th 2003

Handwritten signature (X) ▼

☛ x _Nojue Chan Hyundo_

| Certificate will be mailed in window envelope to this address | Name ▼ Nicolas Chai c/o Entral Group International LLC |
| | Number/Street/Apt ▼ 245 Park Avenue 39th Floor |
| | City/State/ZIP ▼ New York NY 10167 |

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⟲ Printed on recycled paper    U S Government Printing Office 2000-461 113/20 021

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-146-595**


PAau1146595

EFFECTIVE DATE OF REGISTRATION

OCT 15, 2003

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

Twins The Next Stop Tin Hau (Karaoke Version)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Twins 下一站天后 (卡拉 OK 版本)

**NATURE OF THIS WORK ▼ See instructions**

Motion Picture

---

## 2

**a**

**NAME OF AUTHOR ▼**
Emperor Entertainment (Hong Kong) Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of Hong Kong
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2003

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month April    Day 29    Year 2003
Hong Kong    Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Emperor Entertainment (Hong Kong) Limited
28/F Emperor Group Centre 288 Hennessy Road
Wan Chai Hong Kong

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
OCT 14 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
OCT 15 2003
**FUNDS RECEIVED**

See instructions before completing this space

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | Gs | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |

| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is 'Yes' why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is 'Yes' give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title  The Next Stop  Tin Hau
Performing Artist  Twins
Composers  Ronald Ng  Lyrist  Wyman Wong

**a**

**6**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name / Address / Apt / City / State / ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York NY 10167

**b**

Area code and daytime telephone number  ( 877 ) 436 8725        Fax number  ( 646 ) 349-4456
Email

**CERTIFICATION** I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Emperor Entertainment (Hong Kong) Limited

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai  President of Entral Group International  LLC        Date  October 8th  2003

Handwritten signature (X) ▼

☞        x  _[signature]_

| Certificate will be mailed in window envelope to this address | Name ▼ Nicolas Chai c/o Entral Group International LLC |
| --- | --- |
| | Number/Street/Apt ▼ 245 Park Avenue  39th Floor |
| | City/State/ZIP ▼ New York, NY 10167 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559 8000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper                    U S Government Printing Office 2000-461 113/20 021

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts

**PA 1-146-596**

RW0001146396H

| PA | PAU |
**EFFECTIVE DATE OF REGISTRATION**

Oct 15, 2003

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Hacken Lee and Alan Tam   Neighbor (Karaoke Version)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
李克勤, 譚詠麟   左鄰右里 (卡拉 OK 版本)

**NATURE OF THIS WORK ▼** See instructions
Motion Picture

## 2

**a**

**NAME OF AUTHOR ▼**
Universal Music Limited  Hong Kong

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____ Hong Kong _____
{ Domiciled in _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No

If the answer to either of these questions is "Yes" see detailed Instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed Instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed Instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
Year 2002

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month January Day 22 Year 2002
Nation Hong Kong

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Universal Music Limited  Hong Kong
6th Floor  Railway Plaza  39 Chatham Road South
Tsimshatsui  Kowloon  Hong Kong

See instructions before completing this space

**APPLICATION RECEIVED**
Oct. 15, 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
OCT 15 2003

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions      Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>    Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

---

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box ) ▼ If your answer is No do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼          Year of Registration ▼

---

**6**

a

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title Neighbor

Performing Artist Hacken Lee Alan Tam

Composers Mark Lui Lyrist Hacken Lee

See instructions
before completing
this space

b

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

---

**7**

a

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼          Account Number ▼

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC

245 Park Avenue 39th Floor

New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725          Fax number ( 646 ) 349 4456

Email

---

**8**

**CERTIFICATION** I the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of Universal Music Limited Hong Kong

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai President of Entral Group International LLC          Date October 8th 2003

Handwritten signature (X) ▼

x _[signature]_

---

**9**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼ |
|---|---|
| | Nicolas Chai c/o Entral Group International LLC |
| | Number/Street/Apt ▼ |
| | 245 Park Avenue 39th Floor |
| | City/State/ZIP ▼ |
| | New York NY 10167 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

---

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000   Web Rev June 2002   ⊕ Printed on recycled paper          U S Government Printing Office 2000-461 113/20 021

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1-146-597**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

Oct  15,  2003
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼
Hacken Lee  Marriage Will Follow After Many Years (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼

李克勤  合久必婚 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions

Motion Picture

---

**2**

**a**

NAME OF AUTHOR ▼
Universal Music Limited  Hong Kong

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  Hong Kong
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☑ No
Pseudonymous?     ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases
2003    Year

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published
Month April    Day  25    Year  2003
Hong Kong                                          Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Universal Music Limited  Hong Kong
6th Floor  Railway Plaza  39 Chatham Road South
Tsimshatsui  Kowloon  Hong Kong

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
Oct 15 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Oct 15 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions          Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY  GJ | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes"  why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A  B  or C
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes   give  Previous Registration Number ▼        Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Song Title  Marriage Will Follow After Many Years
Performing Artist  Hacken Lee
Composers  Roland Ng  Lyrist  Leung Wai Man

See instructions before completing this space

**b** Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼
Motion Picture Production

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                    Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼
Nicolas Chai c/o Entral Group International LLC
245 Park Avenue  39th Floor
New York  NY 10167

Area code and daytime telephone number     ( 877  ) 436 8725        Fax number  ( 646  ) 349 4456
Email

**8**

**CERTIFICATION*** I  the undersigned  hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Universal Music Limited  Hong Kong
Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Nicolas Chai  President of Entral Group International  LLC        Date  October 8th  2003

Handwritten signature (X) ▼
x  _(signature)_

**9**

| Certificate will be mailed in window envelope to this address | Name ▼  Nicolas Chai c/o Entral Group International LLC |
|---|---|
| | Number/Street/Apt ▼  245 Park Avenue  39th Floor |
| | City/State/ZIP ▼  New York  NY 10167 |

Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1  Application Form
2  Nonrefundable filing fee in check or money order payable to  Register of Copyrights
3  Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⟲ Printed on recycled paper                                      U S Government Printing Office  2000-461 113/20 021

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
RE **PA 1-146-598**

*PA0001146598*

EFFECTIVE DATE OF REGISTRATION

Oct. 15, 2003

Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼
Miriam Yeung Triad Girl Saga(Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
楊千嬅 飛女正傳(卡拉OK版本)

NATURE OF THIS WORK ▼ See instructions

Motion Picture

---

**2**

**a** NAME OF AUTHOR ▼
Cinepoly Records Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of Hong Kong
Domiciled in

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed
Entire motion picture

**NOTE**

Under the law, the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of
Domiciled in

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of
Domiciled in

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 Year in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month August Day 13 Year 2003
Hong Kong Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Cinepoly Records Company Limited
8th Floor 100 Canton Road, Tsimshatsui
Kowloon Hong Kong

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 14 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 15 2003
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions       Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY    G5 | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C.
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼          Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
**a** Song Title Triad Girl Saga
Performing Artist Miriam Yeung
Composers Choi Tak Choi Lyrist Lin Xi

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Motion Picture Production

See instructions before completing this space

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                    Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Nicolas Chai c/o Entral Group International LLC
245 Park Avenue 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725          Fax number ( 646 ) 349 4456
Email

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Cinepoly Records Company Limited
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Nicolas Chai  President of Entral Group International  LLC          Date  October 8th 2003

Handwritten signature (X) ▼

**9**

Certificate will be mailed in window envelope to this address

| Name ▼ |
|---|
| Nicolas Chai c/o Entral Group International LLC |
| Number/Street/Apt ▼ |
| 245 Park Avenue 39th Floor |
| City/State/ZIP ▼ |
| New York NY 10167 |

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper          U S Government Printing Office 2000 461 113/20 021

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-146-599**

EFFECTIVE DATE OF REGISTRATION

OCT 15, 2003
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**
TITLE OF THIS WORK ▼
Eason Chan   Thank You (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
陳奕迅　謝謝儂 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions

Motion Picture

**2**
**a**
NAME OF AUTHOR ▼
Music Plus

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of   Hong Kong
     Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No    If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?  ☐ Yes ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____
     Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____
     Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases
2002 Year

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month April    Day 02    Year 2002
Taiwan    Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Emperor Entertainment (Hong Kong) Limited
28/F  Emperor Group Centre  288 Hennessy Road
Wan Chai  Hong Kong

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Music Plus is a label  and it is owned by Emperor Entertainment (Hong Kong) Limited

APPLICATION RECEIVED
Oct 15, 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 15 2003

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | Cas | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>    Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼ If your answer is No do not check box A, B or C.

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is "Yes" give Previous Registration Number ▼    Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title Thank You
Performing Artist Eason Chan
Composers Lin Yi Feng Lyrist Lin Xi

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**6**

a

b

See instructions
before completing
this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725    Fax number ( 646 ) 349-4456

Email

**7**

a

b

---

**CERTIFICATION\*** I the undersigned, hereby certify that I am the

Check only one ▶

  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☑ authorized agent of Emperor Entertainment (Hong Kong) Limited

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai President of Entral Group International LLC    Date October 8th 2003

Handwritten signature (X) ▼

☞    X _Nicolas Chai Ngan Wo_

**8**

---

**9**

Certificate
will be
mailed in
window
envelope
to this
address

| Name ▼ |
| --- |
| Nicolas Chai c/o Entral Group International LLC |
| Number/Street/Apt ▼ |
| 245 Park Avenue 39th Floor |
| City/State/ZIP ▼ |
| New York NY 10167 |

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

---

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper

U S Government Printing Office 2000-461 113/20 021

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1-146-600**

PA0001146600

EFFECTIVE DATE OF REGISTRATION

Oct 15, 2003

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**  TITLE OF THIS WORK ▼
Kelly Chen  Believing With Conviction (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
陳慧琳 心服口服 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See Instructions

Motion Picture

---

**2**

**a**  NAME OF AUTHOR ▼
Go East Entertainment Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR   Citizen of  Hong Kong
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR   Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR   Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2003  Year  in all cases

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month  September  Day  05  Year  2003
Hong Kong  Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Go East Entertainment Company Limited
8th Floor 100 Canton Road Tsimshatsui
Kowloon, Hong Kong

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
Oct 15 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Oct 15 2003
FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY  GS | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes  why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A, B or C

**5**

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes  give Previous Registration Number ▼       Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

**a**

Song Title  Believing With Conviction
Performing Artist  Kelly Chen
Composers  Chow Tuen Hun , Lyrist  Lin Xi

See instructions
before completing
this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

Motion Picture Production

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**7**

**a**

Name ▼        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

**b**

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York  NY 10167

Area code and daytime telephone number  ( 877  ) 436 8725        Fax number  ( 646  ) 349 4456

Email

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

**8**

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Go East Entertainment Company Limited

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Nicolas Chai, President of Entral Group International  LLC        Date  October 8th  2003

Handwritten signature (X) ▼

x

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>Nicolas Chai c/o Entral Group International LLC | Complete all necessary spaces<br>Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼<br>245 Park Avenue  39th Floor | 1 Application form<br>2 Nonrefundable filing fee in check or money<br>order payable to  Register of Copyrights<br>3 Deposit material | |
| | City/State/ZIP ▼<br>New York  NY 10167 | Library of Congress<br>Copyright Office<br>101 Independence Avenue  S E<br>Washington  D C  20559-6000 | |

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in
connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000   Web Rev  June 2002   ♻ Printed on recycled paper        U S Government Printing Office  2000-461 113/20 021

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

F **PA 1-146-601**

wp800011446601

EFFECTIVE DATE OF REGISTRATION

OCT 15, 2003

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Nicholas Tse   Loving You While Walking (Karaoke Version)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
謝霆鋒  邊走邊愛 (卡拉OK 版本)

**NATURE OF THIS WORK ▼** See Instructions
Motion Picture

## 2

**a**

**NAME OF AUTHOR ▼**
Emperor Entertainment (Hong Kong) Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  Hong Kong
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see Instructions). For any part of this work that was made for hire check 'Yes' in the space provided give the employer (or other person for whom the work was prepared) as 'Author' of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is 'Yes' see detailed Instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is 'Yes' see detailed Instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003  Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month  June   Day  13   Year  2003
Hong Kong  Nation

## 4

See Instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Emperor Entertainment (Hong Kong) Limited
28/F   Emperor Group Centre  288 Hennessy Road
Wan Chai  Hong Kong

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
Oct 15 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Oct 15 2003
FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ | CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is "Yes" give Previous Registration Number ▼          Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation.

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title  Loving You While Walking

Performing Artist  Nicholas Tse

Composers  Nicholas Tse & Sun Wei Ming  Lyrist  Lin Xi

See instructions
before completing
this space

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼          Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name / Address / Apt / City / State / ZIP ▼

Nicolas Chai c/o Entral Group International LLC

245 Park Avenue, 39th Floor

New York NY 10167

Area code and daytime telephone number  ( 877 ) 436 8725          Fax number  ( 646 ) 349 4456

Email

**8**

**CERTIFICATION\*** I the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Emperor Entertainment (Hong Kong) Limited

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai, President of Entral Group International  LLC          Date October 8th  2003

Handwritten signature (X) ▼

x _[signature]_

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Nicolas Chai c/o Entral Group International LLC

Number/Street/Apt ▼
245 Park Avenue 39th Floor

City/State/ZIP ▼
New York NY 10167

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ⊕ Printed on recycled paper          U S Government Printing Office  2000-461 113/20 021

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts

**PA 1-146-602**

EFFECTIVE DATE OF REGISTRATION

OCT 15, 2003

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼

Andy Hui  Brother An's Song (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼

許志安  安哥之歌 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See Instructions

Motion Picture

**2**

**a**  NAME OF AUTHOR ▼

Go East Entertainment Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  Hong Kong
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

Entire motion picture

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check 'Yes' in the space provided give the employer (or other person for whom the work was prepared) as 'Author' of that part and leave the space for dates of birth and death blank

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given  Year in all cases
2003

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month September  Day 05  Year 2003
Hong Kong                          Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Go East Entertainment Company Limited
8th Floor  100 Canton Road  Tsimshatsui
Kowloon  Hong Kong

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 15 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 15 2003
FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions      Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

FORM

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box ) ▼ If your answer is No do not check box A, B or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Song Title Brother An's Song
Performing Artist  Andy Hui
Composers  Tsui Wai Yin   Lyrist  Lam Yat Fung

**a 6**

See instructions
before completing
this space

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Motion Picture Production

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                        Account Number ▼

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York NY 10167

**b**

Area code and daytime telephone number  ( 877 ) 436 8725          Fax number  ( 646 ) 349 4456
Email

**CERTIFICATION*** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Go East Entertainment Company Limited
    Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Nicolas Chai  President of Entral Group International  LLC          Date  October 8th 2003

Handwritten signature (X) ▼
☞  x _Noe Chai Nguyen_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Nicolas Chai c/o Entral Group International LLC
Number/Street/Apt ▼
245 Park Avenue 39th Floor
City/State/ZIP ▼
New York  NY 10167

Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington D C 20559-6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in
connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊛ Printed on recycled paper          U S Government Printing Office  2000-461 113/20 021

## CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**★ THE LIBRARY OF CONGRESS ★**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
R **PA 1-146-603**


PA000114663

EFFECTIVE DATE OF REGISTRATION

Oct 15, 2003
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼
Miriam Yeung   Bite The Lips (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
楊千嬅 咬唇(卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

---

**2**
**a**

NAME OF AUTHOR ▼
Cinepoly Records Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  Hong Kong
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed
Entire motion picture

**NOTE**

Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**
**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003  Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month June    Day 16    Year 2003
Hong Kong    Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Cinepoly Records Company Limited
8th Floor 100 Canton Road Tsimshatsui
Kowloon Hong Kong

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
Oct 14 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Oct 15 2003

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

| EXAMINED BY  CJS | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A, B or C
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes  give Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Song Title  Bite The Lips
Performing Artist  Miriam Yeung
Composers  Ng Lok Shing  Lyrist  Wyman Wong

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼
Motion Picture Production

**a 6**
**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼        Account Number ▼

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼
Nicolas Chai c/o Entral Group International LLC
245 Park Avenue 39th Floor
New York, NY 10167

**b**

Area code and daytime telephone number  ( 877 ) 436 8725        Fax number  ( 646 ) 349 4456
Email

**CERTIFICATION**  I  the undersigned  hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Cinepoly Records Company Limited
Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Nicolas Chai  President of Entral Group International  LLC        Date  October 8th 2003

Handwritten signature (X) ▼
x _[signature]_

**9**

| Certificate will be mailed in window envelope to this address | Name ▼  Nicolas Chai c/o Entral Group International LLC |
| | Number/Street/Apt ▼  245 Park Avenue 39th Floor |
| | City/State/ZIP ▼  New York  NY 10167 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C 20559-6000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊛ Printed on recycled paper        U.S. Government Printing Office  2000-461 113/20 021