AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**Southern** DISTRICT OF **New York**

NORTH AMERICAN KARAOKE-WORKS TRADE ASSOCIATION, INC.
    Plaintiff and Counterclaim Defendant,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-cv-5158(LTS)(MHD)

ENTRAL GROUP INTERNATIONAL, LLC,
    Defendant and Counterclaim Plaintiff,
V.
SAM CHAN and RAY YIM, Counterclaim Defendants.

TO: (Name and address of defendant)

Sam Chan, 45 Mott Street, Basement, New York, NY 10013
Ray Yim, 37-08 Main Street, Mezzanine, Flushing, NY 11354

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Hanlon
90 Park Avenue
New York, NY 10016

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

AUG 0 3 2006
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                                    Signature of Server

                                          _____
                                          Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN KARAOKE-WORKS TRADE ASSOCIATION, INC.<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>ENTRAL GROUP INTERNATIONAL, LLC,<br><br>Defendant and Counterclaim Plaintiff,<br><br>v.<br><br>SAM CHAN and RAY YIM,<br><br>Counterclaim Defendants. | Case No. 06-CV-5158 (LTS)(MHD)<br><br>**Affidavit of Service** |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Judy Choy, being duly sworn, deposes and says that: I am over the age of 18 years; I am not a party to this action; I am employed by the firm of Alston & Bird LLP; on the 3rd day of August, 2006, I served a true copy of 1) Summons and 2) Answer and Counterclaim, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to David J. Hoffman, Esq., 29 Broadway, 27th floor, New York, New York 10006.

LEGAL02/30048279v1

- 2 -

      Mr. Hoffman represents Sam Chan and Ray Yim and agreed to accept service on their behalf.

_____
Judy Choy

Sworn before me on this
14th day of August, 2006.

_____
Notary public

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20 09