```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NORTH AMERICAN KARAOKE-WORKS TRADE
ASSOCIATION, INC.,
                                            Case No.
            Plaintiff-Counterclaim
            Defendant,                      06-cv-
                                            5158(LTS)(MHD)
      -against-
                                            ECF CASE
ENTRAL GROUP INTERNATIONAL, LLC,

            Defendant-
            Counterclaimant,

      -against-

SAM CHAN and RAY YIM,

            Counterclaim
            Defendants.

-------------------------------------X
```

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed declaration of David J. Hoffman and memorandum of law, Counterclaim Defendants the North American Karaoke-works Trade Association, Inc., Sam Chan and Ray Yim move to dismiss the Counterclaim under FRCP 12(b)(6).

Dated:   New York, New York
         August 24, 2006

                                    /s/David J. Hoffman
                                    David J. Hoffman (DH 7605)
                                    Attorney at Law
                                    29 Broadway
                                    27th Floor
                                    New York, New York 10006
                                    212-425-0550

                                    ATTORNEY FOR PLAINTIFF