UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN KARAOKE-WORKS TRADE ASSOCIATION, INC.<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>ENTRAL GROUP INTERNATIONAL, LLC,<br><br>　　Defendant and Counterclaim Plaintiff,<br><br>v.<br><br>SAM CHAN and RAY YIM,<br><br>　　Counterclaim Defendants. | Case No.  06-CV-5158 (LTS)(MHD) |

**DEFENDANT AND COUNTERCLAIM PLAINTIFF'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
MOTION TO DISMISS THE COUNTERCLAIM**

Defendant and Counterclaim Plaintiff Entral Group International, LLC ("EGI"), hereby moves for an extension of time to respond to Plaintiff's Motion to Dismiss the Counterclaim until September 18, 2006.

Counsel for EGI has contacted David Hoffman, counsel for Plaintiff, who indicated that he consents to such an extension of time to respond.

Dated: New York, New York
　　　　September 8, 2006

　　　　　　　　　　　　　　　　　　　　　　　　s/ Robert E. Hanlon
　　　　　　　　　　　　　　　　　　　　　　　　Robert E. Hanlon (RH-8794)
　　　　　　　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　　　　　　　　　　90 Park Avenue

LEGAL02/30076814v1

New York, New York 10016
(212) 210-9400
*Attorneys for Defendant-Counterclaim Plaintiff,*
*Entral Group International, LLC*

SO ORDERED

_____
Hon. Laura Taylor Swain, U.S.D.J.