UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTH AMERICAN KARAOKE-WORKS
TRADE ASSOCIATION, INC.

  Plaintiff and Counterclaim Defendant,

v.

ENTRAL GROUP INTERNATIONAL, LLC,

  Defendant and Counterclaim Plaintiff,

v.

SAM CHAN and RAY YIM,

  Counterclaim Defendants.

Case No. 06-CV-5158 (LTS)(MHD)

## DECLARATION OF NICOLAS CHAI

Nicolas Chai declares as follows:

1. I am the President of Entral Group International, LLC ("EGI").

2. EGI is in the business of licensing and distributing Chinese language audio-visual karaoke works for commercial use in the United States and is the exclusive licensee of the audio-visual works (the "Works") described in the counterclaim in this action.

3. North American Karaoke-works Trade Association ("NAKTA") has acknowledged that it has distributed audio-visual karaoke works to its members. These statements are contained in the deposition testimony of its officers, Sam Chan and Ray Yim, defendants in this action, provided in connection with another case currently pending in the Eastern District of New York, in which EGI is the plaintiff.

LEGAL02/30084290v1

Dockets.Justia.com

4.  Based on other discovery requests in that case, NAKTA produced to EGI four hard drives containing audio-visual karaoke works which Mr. Chan claimed NAKTA had made available to its members.

5.  Pursuant to a court order in that case, I had the opportunity to review some of the materials contained on those hard drives that NAKTA distributed to its members. During this review I identified four (4) specific works, including *Dream A Little Dream of Me* by William So, *Corazon De Melao* by Jacky Cheung, *Sense* by Nicholas Tse and a Chinese language audio visual work of Joey Yung in concert for which there is no standard English name, that were EGI's Works in their original form.

6.  I also observed over one hundred other works that NAKTA distributed which contained audio tracks that were taken from EGI's works. I know this because of nuances in the recordings, for example, background noise at concerts and my recognition of the voice of the original artists, that were particular to EGI's Works.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:    New York, New York
          September 18, 2006

*[signature]*
Nicolas Chai