UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN KARAOKE-WORKS TRADE ASSOCIATION, INC.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>ENTRAL GROUP INTERNATIONAL, LLC,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>v.<br><br>SAM CHAN and RAY YIM,<br><br>    Counterclaim Defendants. | Case No. 06-CV-5158 (LTS)(MHD) |

ROBERT E. HANLON, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury:

1. I am partner in the law firm of Alston & Bird LLP ("A&B") and am a member in good standing of the Bars of the States of New York and New Jersey, the United States District Courts for the Southern and Eastern Districts of New York and the Districts of New Jersey and Arizona, the United States Court of Appeals for the Second Circuit and the United States Supreme Court. I am familiar with the facts and circumstances in this action.

2. My firm and I presently serve as counsel to Entral Group International, LLC ("EGI"), Plaintiff in this action.

3. Attached hereto are true and accurate copies of excerpts from the following deposition transcripts which were taken in connection with a matter now pending in the

LEGAL02/30081979v2

- 2 -

Eastern District of New York, *Entral Group International LLC v. YHLC Vision Corp.* No: 05-CV-01912 (ERK)(RLM), in which EGI is a party:

    a.  Exhibit A – Ray Yim, May 23, 2006.

    b.  Exhibit B – Sam Chan, May 25, 2006.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 18, 2006

                                              Robert E. Hanlon, Esq.