Page 1

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK

ENTRAL GROUP INTERNATIONAL, LLC,)
                                )
              Plaintiff,         )
                                )
         vs.                     )  CV-05-1912
                                )
YHCL VISION CORP., and JEFF     )
CHEN,                            )
                                )
              Defendants.        )
--------------------------------)


       (CONTAINS ATTORNEY'S EYES ONLY PORTIONS)

            VIDEOTAPED DEPOSITION OF RAY YIM
                    New York, New York
                  Tuesday, May 23, 2006
```

Reported by:
Philip Rizzuti
JOB NO. 7392

TSG Reporting - Worldwide     877-702-9580

## Page 2

```
                May 23, 2006
                10:02 a.m.

        Videotaped deposition of RAY
YIM, held at the offices of Alston &
Bird, LLP, 90 Park Avenue, New York,
New York, pursuant to Notice, before
Philip Rizzuti, a Notary Public of the
State of New York.
```

TSG Reporting - Worldwide     877-702-9580

## Page 3

APPEARANCES:

ALSTON & BIRD, LLP
Attorneys for Plaintiff
  90 Park Avenue
  New York, New York 10016
BY: ROBERT E. HANLON, ESQ.
    BROOK A. CLARK, ESQ.

DAVID J. HOFFMAN, ESQ.
Attorney for Witness
  29 Broadway, 27th floor
  New York, New York 10006

ALSO PRESENT:
  JOSH LIPSON, Videographer
  NICHOLAS CHAI,
  ZACHARY B. CHAPMAN,

TSG Reporting - Worldwide     877-702-9580

## Page 4

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

TSG Reporting - Worldwide     877-702-9580

## Page 5

Yim

THE VIDEOGRAPHER: This is the start of tape number 1 of the videotape deposition of Ray Yim in the matter of Entral Group International versus YHCL Vision Corp. Today's date is May 23, 2006 at approximately 10:02 a.m.

Will counsel please introduce themselves and who they represent.

MR. HANLON: Robert E. Hanlon of Alston & Bird, LLP, representing Entral Group International, LLC, plaintiff in this matter.

MS. CLARK: Brook Clark also of Alston & Bird also representing plaintiff, Entral Group International.

MR. HOFFMAN: David Hoffman, 29 Broadway, 27th floor, New York, New York, for the witness, Ray Yim and the North American Karaoke Works Trade Association, non-party witness.

MR. HANLON: Also present at this deposition is Nicholas Chai, president of Entral Group International, plaintiff in this matter. And Zach Chapman, an intern

TSG Reporting - Worldwide     877-702-9580

Page 10

1    Yim
2    Are you also appearing here
3 pursuant to this subpoena?
4    A.   It is the same?
5    Q.   No. The subpoena is different.
6 One subpoena was addressed to you personally
7 and the other subpoena was addressed to the
8 North American Karaoke Works Trade Association
9 Inc.
10    A.   I only got one, so --
11    Q.   Well, let me explain. This
12 subpoena was issued to an organization that we
13 believe you are employed by or a
14 representative of, we will come to that in a
15 few moments. We have been told by your
16 attorney that you are appearing to answer
17 questions in response to the subpoena on
18 behalf of the association.
19       Is that your understanding as
20 well?
21    A.   Yes.
22    Q.   Please turn to page 5 of that
23 subpoena, the first two pages don't have
24 numbers, but if you look in that -- let's make
25 sure first, let's make sure I am talking about

TSG Reporting - Worldwide       877-702-9580

Page 11

1    Yim
2 the right document, 20?
3    A.   20.
4    Q.   Turn to page 5 numbered at the
5 bottom. There are three topics listed there,
6 do you see the topics for testimony on page 5;
7 page numbered 5?
8    A.   Okay.
9    Q.   Do you see the three topics there?
10    A.   Yes.
11    Q.   Of those three topics, which are
12 the topics that you are going to be answering
13 on behalf of the company?
14       I am sorry, by you in this case,
15 the word you means the Trade Association.
16    A.   I am going to answer all
17 questions.
18    Q.   You are going to answer all those
19 questions?
20    A.   Uh-hum.
21    Q.   Mr. Yim, would you please state
22 the name of the organization that you
23 representing here?
24    A.   North American Karaoke Works Trade
25 Association.

TSG Reporting - Worldwide       877-702-9580

Page 12

1    Yim
2    Q.   Incorporated?
3    A.   Incorporated.
4    Q.   Can you tell us the business
5 address of that organization?
6    A.   We -- can I ask my attorney
7 questions?
8    Q.   No.
9    A.   We do not have physical address,
10 we only have mailing address.
11    Q.   What is your mailing address?
12    A.   41-70 Main Street, unit B-363,
13 Flushing, New York 11355.
14    Q.   When you say you do not have a
15 physical address --
16    A.   Correct.
17    Q.   But only a mailing address?
18    A.   Yes.
19    Q.   Out of what location does the
20 organization generally do business?
21    A.   We don't do business. We only
22 have meetings for board members. We do not
23 have our physical address, so we go to
24 member's clubs to have our meetings, different
25 clubs, different meetings, different time. If

TSG Reporting - Worldwide       877-702-9580

Page 13

1    Yim
2 we need to.
3    Q.   Where does the association
4 maintain its books and records?
5    A.   Held by the president of the
6 association, Sam Chan.
7    Q.   Where does the organization store
8 its equipment or the physical things that are
9 part of its activities?
10    A.   You mean the books or --
11    Q.   No.
12    A.   The machine.
13    Q.   Machines?
14    A.   We do not have machines.
15    Q.   We will come back to that.
16    A.   Okay.
17    Q.   Mr. Yim, what is your home
18 address?
19    A.   Is it required?
20    Q.   It is.
21    A.   1257 65th Street, Brooklyn, New
22 York 11219.
23    Q.   And your home telephone number?
24    A.   718-234-0911.
25    Q.   And the telephone number of the

TSG Reporting - Worldwide       877-702-9580

Page 14

1  Yim
2  Trade Association?
3  A. It is the cell phone number.
4  Q. What is that number, please?
5  A. 718-308-5935.
6  Q. I notice that you are reviewing a
7  piece of paper. Are you using that piece of
8  paper to refresh your recollection?
9  A. This is the press conference
10 information, and the number we hardly use it,
11 just for people to call. So that is why I
12 don't remember, I have to look at the paper to
13 answer your question.
14 Q. I understand.
15 A. Okay.
16 Q. But you are using that paper to
17 refresh your recollection?
18 A. Yes.
19 Q. We ask that that paper be
20 submitted into evidence now so we can make
21 copies of it.
22     MR. HOFFMAN: Let him make a copy
23 of it.
24 Q. Please hand it over.
25     Mr. Yim, what is your date of

TSG Reporting - Worldwide     877-702-9580

Page 15

1  Yim
2  birth?
3  A. December 13, 1964.
4  Q. And what is your Social Security
5  number?
6  A. Is it required?
7  Q. It is required?
8     MR. HOFFMAN: What is the purpose
9  of that?
10    MR. HANLON: The purpose is to
11 insure that we can identify the
12 individual if we have to at another point
13 in time.
14    MR. HOFFMAN: I would ask that
15 that portion of the transcript be marked
16 attorney's eyes only.
17    MR. HANLON: We have no problem
18 with that.
19 Q. Please state it?
20    MR. HOFFMAN: For this one
21 question.
22    (The following portion has been
23 deemed attorney's eyes only)
24
25

TSG Reporting - Worldwide     877-702-9580

Page 16

1  Yim - attorney's eyes only
2  Q. State your Social Security number?
3  A. 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.
4     (Continued in non attorney's
5  eyes only portion of transcript.)

TSG Reporting - Worldwide     877-702-9580

Page 17

1  Yim
2  Q. Mr. Yim, what is the highest level
3  of education that you have completed?
4  A. Some college.
5  Q. Approximately how many years or
6  how many credits?
7  A. One year.
8  Q. Where did you attend that college?
9  A. SUNY at Old Westbury.
10 Q. What did you study in that
11 program?
12 A. Management.
13 Q. You completed -- I assume you
14 completed high school somewhere before that?
15 A. Not in the United States.
16 Q. Where did you complete it?
17 A. Hong Kong.
18 Q. Other than the program at SUNY,
19 have you taken any other educational programs,
20 whether or not they are degree programs?
21 A. No.
22 Q. What is your position in the North
23 American Karaoke Works Trade Association
24 Incorporated?
25 A. Vice president.

TSG Reporting - Worldwide     877-702-9580

Page 22

```
 1                    Yim
 2      Q.   How long had you been employed
 3 there?
 4      A.   About two or three years, I don't
 5 quite remember exactly.
 6      Q.   Before that?
 7      A.   Student.
 8      Q.   Other than your work at Digital
 9 Dynasty have you had any employment in the
10 electronics business or related communications
11 business?
12      A.   Related to telecommunication
13 business?
14      Q.   Electronics or telecommunications?
15      A.   No.
16      Q.   Have you had any employment in the
17 entertainment business, including bars,
18 restaurants, clubs, music settings?
19      A.   Yes.
20      Q.   What employment have you had in
21 that business?
22      A.   Pop Music Studio Incorporated.
23      Q.   What type of business is Pop Music
24 Studio Incorporated in?
25      A.   Karaoke bar.
   TSG Reporting - Worldwide     877-702-9580
```

Page 23

```
 1                    Yim
 2      Q.   Where is that located?
 3      A.   37-08 Main Street, Flushing, New
 4 York 11354.
 5      Q.   For what period were you employed
 6 by Pop Music Studio Incorporated?
 7      A.   2001 to present.
 8      Q.   What is your job at Pop Music
 9 Studio Incorporated?
10      A.   I am the owner.
11      Q.   Are you the 100 percent owner or
12 are there other people with ownership
13 interest?
14      A.   Majority.
15      Q.   Are you also an employee of Pop
16 Music Studio Incorporated?
17      A.   Yes.
18      Q.   What are your duties as an
19 employee?
20      A.   Excuse me?
21      Q.   What are your duties as an
22 employee?
23      A.   Watch the business.
24      Q.   Would you say you are the manager
25 of the business?
   TSG Reporting - Worldwide     877-702-9580
```

Page 24

```
 1                    Yim
 2      A.   I don't manage the place, I just
 3 watch the business. I mean how can I explain.
 4 I would say I am the owner would be better, if
 5 I don't physically operate the place.
 6      Q.   Well, an owner doesn't necessarily
 7 have to watch a business or appear at the
 8 business and take any active role, and an
 9 owner doesn't have to be employed by the
10 business. He doesn't have to be -- he doesn't
11 have to take a salary and have duties?
12      A.   I watch the money.
13      Q.   Do you regularly appear at that
14 business, at the location?
15      A.   No, not really.
16      Q.   How often do you visit Pop Music
17 Studio?
18      A.   A few hours a week.
19      Q.   Are you very familiar with the
20 operation of a karaoke bar?
21      A.   Okay, moderate.
22      Q.   So you generally know how a
23 karaoke bar operates?
24      A.   To a specific, not really.
25      Q.   You don't know how it operates?
   TSG Reporting - Worldwide     877-702-9580
```

Page 25

```
 1                    Yim
 2      A.   That is why my answer is moderate.
 3      Q.   Well, tell me what you do know
 4 about a karaoke bar's operation?
 5      A.   On a business wise, yes, I know
 6 how to run the business. But the
 7 entertainment part, I am not quite familiar
 8 with entertainment, how to entertain the
 9 customer.
10      Q.   Who are the other owners of Pop
11 Music Studio Incorporated?
12           MR. HOFFMAN:  Why do you need to
13      know that?
14           MR. HANLON:  Excuse me?
15           MR. HOFFMAN:  Why do you need to
16      know that?
17           MR. HANLON:  I need to know that,
18      who the other owners are.
19           MR. HOFFMAN:  No, I instruct him
20      not to answer.
21           MR. HANLON:  On what basis?
22           MR. HOFFMAN:  What does that have
23      to do with this case?
24           MR. HANLON:  This individual has a
25      relationship between himself, a karaoke
   TSG Reporting - Worldwide     877-702-9580
```

Page 82

```
 1           Yim
 2   looking at earlier that you used to refresh
 3   your recollection and I asked for a copy?
 4       A.   That is correct.
 5       Q.   Who prepared this document?
 6       A.   You mean physically write down or
 7   a discussion for the goal?
 8       Q.   Who was involved in discussing
 9   this, to come up with this paper?
10       A.   All the members.  All the members.
11       Q.   Who actually wrote it out?
12       A.   Sam, Sam Chan.
13       Q.   Are you familiar with the contents
14   of this press release?
15       A.   Quite familiar.
16       Q.   I would like to look at the
17   heading -- withdrawn, start again.
18           Do you see the second paragraph
19   that begins the North American Karaoke Works
20   Trade Association is a not-for-profit
21   organization.  The purposes for NAKWTA is to,
22   and then there is a list of purposes?
23       A.   Yes.
24       Q.   I would like to look at purpose D:
25   To provide free resources and supports to
```
TSG Reporting - Worldwide        877-702-9580

Page 83

```
 1           Yim
 2   members of the karaoke business or industry.
 3           What types of free resources does
 4   the Trade Association provide?
 5       A.   Where to get the liquor license
 6   and if they need a lawyer for the violation,
 7   and that is what is all being discussed.
 8       Q.   When you say where to get a liquor
 9   license, you provide information about --
10       A.   The web-site and what kind of
11   document they need.  There are several
12   members, they may not know English, so that
13   kind of document is helpful for them.
14       Q.   When you say a lawyer, does the
15   association provide a lawyer, or do you give
16   them information about lawyers?
17       A.   The association will not give the
18   lawyer, we just providing some assistance to
19   members.  They are using certain lawyers to
20   apply the liquor license, they feel it is
21   good, it is kind of like a referral.
22       Q.   So you provide most of the
23   information?
24       A.   Excuse me.
25       Q.   Most of the information?
```
TSG Reporting - Worldwide        877-702-9580

Page 84

```
 1           Yim
 2       A.   Ah-ha.
 3       Q.   Any other free resources that the
 4   association provides?
 5       A.   We provide the song as well.
 6       Q.   When you say you provide the song,
 7   what does that mean?
 8       A.   We provide the songs which give
 9   those members alternative way for those
10   members who cannot afford the original MTV
11   karaoke.
12       Q.   Let's back up a little bit.  You
13   have used the phrase MTV karaoke.  Can you
14   explain what you -- when you say karaoke MTV,
15   what do you mean?
16       A.   Which people can use the music
17   video to sing a song in their club.
18       Q.   Can you explain what a MTV karaoke
19   music video is like?
20       A.   It is like a motion picture, plus
21   the music background so you can go by the
22   rhythm and to sing a song.
23       Q.   On this MTV karaoke video, do they
24   usually have the original artists displayed in
25   the video?
```
TSG Reporting - Worldwide        877-702-9580

Page 85

```
 1           Yim
 2       A.   Original artists means?
 3       Q.   The well known --
 4       A.   The singer?
 5       Q.   Yes.
 6       A.   May not.
 7       Q.   Do some of them have the singer?
 8       A.   Yes.
 9       Q.   And do some of them have other
10   scenes --
11       A.   Actor, yes.
12       Q.   So when you say -- you call it a
13   MTV video because it is like --
14       A.   I mean original MTV, which some --
15   basically it is distributed by the record
16   company which Entral Group -- I mean -- you
17   probably know what kind of detail about the
18   Entral group's work.  I am trying to explain.
19       Q.   When you say MTV video, you don't
20   mean it comes from the television station MTV,
21   you mean it is that type of video?
22       A.   They might.
23       Q.   They might be on MTV?
24       A.   Correct.
25       Q.   But they are not all on MTV?
```
TSG Reporting - Worldwide        877-702-9580

Page 126

```
 1                Yim
 2       Q.   Guong Zhou?
 3       A.   Yes.
 4       Q.   That is in PRC?
 5       A.   Yes.
 6       Q.   Did you ever meet him anywhere
 7   other than in Guong Zhou?
 8       A.   No.
 9       Q.   You had talked about going to
10   China and I am not sure if it was Hong Kong or
11   PRC, in June of 2005. Is that when you met
12   Mr. Cheng?
13       A.   Yes, the first time.
14       Q.   And when you met him the first
15   time what happened?
16       A.   Basically when we were here in,
17   before I, before I take a trip to China, to
18   Hong Kong, and we were looking for people who
19   can create this kind of work. So we asked
20   people -- we asked friend's friends to look
21   for us. And then he came up with a person.
22   So I flew to Hong Kong and into China to meet
23   this person. That is how I met him.
24       Q.   Who referred you to Mr. Cheng?
25       A.   A friend's friend.
     TSG Reporting - Worldwide    877-702-9580
```

Page 127

```
 1                Yim
 2       Q.   What was the name of the person?
 3       A.   I don't remember.
 4       Q.   Was it someone in the karaoke
 5   business?
 6       A.   No, it is people in Hong Kong.
 7       Q.   Who was the friend who connected
 8   you to that friend?
 9       A.   One of the previous member.
10       Q.   Who was that?
11       A.   I don't remember his name. He
12   joined the club and he closed the business.
13       Q.   What club was that?
14       A.   I forget the name also. But if --
15   let me see if I can possibly to take out the
16   karaoke bar's name.
17       Q.   We will leave a blank in the
18   transcript for you to fill that in.
19   TO BE FURNISHED: _____
20   _____
21       Q.   When did you first contact -- did
22   you contact Mr. Cheng before you went to Guong
23   Zhou?
24       A.   No. It is someone -- it is people
25   in Hong Kong who contacted for me.
     TSG Reporting - Worldwide    877-702-9580
```

Page 128

```
 1                Yim
 2       Q.   Who in Hong Kong contacted him?
 3       A.   The friend of the previous members
 4   friend.
 5       Q.   Do you have any information that
 6   would give you the name of the person in Hong
 7   Kong?
 8       A.   I believe I don't have it. The
 9   thing is if I dig out the information of the
10   previous member, I might possibly to get
11   information.
12       Q.   You said that you then went to
13   Guong Zhou to meet with Mr. Cheng?
14       A.   Yes.
15       Q.   What happened then?
16       A.   Then I asked him if he can do this
17   kind of things, and he said yes. But I
18   said -- but only problem he has, he know how
19   to do it, but he needs the equipment. I said
20   what kind of equipment do you need. He said
21   he needs the computer. I said oh, I said all
22   right. So I called back here and to discuss
23   with Sam to see -- I tell him the story. And
24   he spoke to the members about the equipment
25   they are looking for.
     TSG Reporting - Worldwide    877-702-9580
```

Page 129

```
 1                Yim
 2            So at the end they find somebody
 3   in Hong Kong who is willing to give the
 4   computer, which is like a used one, so they
 5   give it to the club. So I give it to them for
 6   them to use it, and then they see the unit,
 7   they say it is usable.
 8       Q.   When you met with Mr. Cheng, where
 9   did you meet with him?
10       A.   In the restaurant.
11       Q.   Did Mr. Cheng have an office or
12   place of business?
13       A.   No. I believe he doesn't have it.
14   He never mentioned his company or stuff like
15   that. I asked him what kind of things he can
16   do, and he told me roughly what he is going to
17   do. So I said, you know, let's try.
18       Q.   Who in Hong Kong gave you the
19   computer?
20       A.   It is one of the members also of
21   the -- also one of the friends of the members.
22       Q.   Who is that?
23       A.   I don't remember exactly the name.
24       Q.   Which member?
25       A.   I think I have to ask Sam, because
     TSG Reporting - Worldwide    877-702-9580
```

Page 146

```
 1            Yim
 2       A.   I never mentioned how many.  I
 3  said do whatever you can, I need the work.
 4       Q.   Well, did you give him any idea
 5  about how many?
 6       A.   No.
 7       Q.   So how many did he actually
 8  produce?
 9       A.   So far?
10       Q.   Yes.
11       A.   Approximately 8,000.
12       Q.   8,000?
13       A.   Yes.
14       Q.   How did he know that you wanted up
15  to 8,000; why didn't he just make a hundred?
16            MR. HOFFMAN:  Objection.
17       A.   My lawyer object.
18       Q.   You can answer.
19            MR. HOFFMAN:  Just answer to your
20       own knowledge.
21       A.   I just asked him to do it.  I
22  didn't ask him to make how many or -- he just
23  make -- he wants to make.
24       Q.   Did you tell him to make as many
25  as he could?
    TSG Reporting - Worldwide    877-702-9580
```

Page 147

```
 1            Yim
 2       A.   I didn't mention it actually.  I
 3  said can you make it, so he made it.
 4       Q.   Mr. Yim, I am puzzled.  I guess my
 5  reaction is you told Mr. Cheng you wanted him
 6  to create some karaoke works, but you gave him
 7  no sense of how many at all?
 8       A.   I asked him to make --
 9       Q.   You are saying it, what does it
10  mean?
11       A.   My conversation is can you make
12  it.  But the it to me is the karaoke.
13       Q.   How much?
14       A.   To him is karaoke.
15       Q.   How much?
16       A.   I said can you make it for me, he
17  said no problem.  We never mentioned how many,
18  how much, never.  So he just make, he just
19  keep making it.
20       Q.   How much did you agree you were
21  going to pay him for the karaoke?
22            MR. HOFFMAN:  Objection.
23       A.   There is no money involved.
24       Q.   You didn't pay Mr. Cheng anything?
25       A.   No.  I said can you -- they have a
    TSG Reporting - Worldwide    877-702-9580
```

Page 148

```
 1            Yim
 2  skill to do it.  But they just need the
 3  machine to do it.  I said you know what, I
 4  will give you the machine, can you make it for
 5  me.  He said okay.  What is that called,
 6  barter service.
 7       Q.   Barter?
 8       A.   Barter service.
 9       Q.   You gave him the computer and in
10  exchange for the computer --
11       A.   Exchange the work.
12       Q.   Let's try again.  You asked
13  Mr. Cheng to create karaoke works for you?
14       A.   Uh-hum.
15       Q.   To find musicians, to find
16  singers.  To have them perform, to record
17  these performances?
18       A.   Uh-hum.
19       Q.   To create some kind of video?
20       A.   Uh-hum.
21       Q.   And create a text of lyrics on the
22  screen and put all this together?
23       A.   Right, ah-ha.
24       Q.   And to create a lot of it, create
25  thousands of works?
    TSG Reporting - Worldwide    877-702-9580
```

Page 149

```
 1            Yim
 2       A.   Basically the time when we talked,
 3  I said the work, after you create it, right,
 4  you can use your own.  You just give it to me
 5  to use it, and if you want it for your own
 6  purpose or if you want to sell it, it is up to
 7  you.  That is the things we have.
 8       Q.   So you asked him to create this
 9  and to give you a copy?
10       A.   Correct.
11       Q.   And you didn't tell him how many
12  works, you didn't give him any idea at all?
13       A.   I said you make it, give it to me.
14  I am assuming that they are using this to do
15  business in China, but I don't know.
16       Q.   Do you think there was an
17  understanding between you and Mr. Cheng that
18  you needed many thousands of karaoke works?
19       A.   You mean how many songs?
20       Q.   Yes.
21       A.   Probably he just make as many as
22  he can.  I said when you make it just send it
23  over to me, that is what I told him.  So at
24  the end of the last year Sam Chan went to Hong
25  Kong to pick it up.  Then he has this many
    TSG Reporting - Worldwide    877-702-9580
```

Page 158

Yim

2  A. I never seen any writing.
3  Q. Did Mr. Cheng ever give you a
4  written license or written permission to use
5  these works?
6  A. No.
7  Q. What did Mr. Cheng tell you about
8  the rights of the lyricists or the composers
9  concerning the creation of these works?
10     MR. HOFFMAN: If any?
11  A. Can you repeat the question.
12  Q. Sure, can you read it back,
13  please.
14     (Record read.)
15  A. He didn't tell me anything about
16  the lyricists, composer's rights, but I know
17  the rights.
18  Q. What do you know those rights to
19  be?
20  A. If you have to play in public, you
21  have to obtain the right. That is what I
22  know.
23  Q. How do you obtain those rights?
24  A. Through ASCAP.
25  Q. Did Mr. Cheng tell you anything

TSG Reporting - Worldwide   877-702-9580

Page 159

Yim

2  about the publisher's rights about these works
3  in connection with karaoke videos?
4  A. Can you repeat, please.
5     (Record read.)
6  A. I asked him, okay, that has any
7  right, and he told me they tape themselves.
8  Q. They tape --
9  A. On all those pictures, they tape
10  themselves.
11  Q. What did he tell you about
12  creating karaoke videos from those musical
13  works as far as the rights go?
14     MR. HOFFMAN: Wait a minute, what
15  do you mean by that?
16  Q. He can answer the question?
17  A. I didn't get it.
18     MR. HOFFMAN: How do you create a
19  video from a musical work, I don't
20  understand the question. If you
21  understand it you can answer it.
22  A. I don't understand.
23  Q. I will try it again.
24     Mr. Cheng took musical
25  compositions, he then arranged to have them

TSG Reporting - Worldwide   877-702-9580

Page 160

Yim

2  recorded, and then he arranged to combine
3  those musical recordings with video
4  recordings; correct?
5     MR. HOFFMAN: Only testify to your
6  own knowledge, but you can answer that.
7     MR. HANLON: He already testified
8  to that effect, I am trying to review it.
9  A. I don't know how they make it, but
10  the thing is that is what shows on what they
11  made. It has a picture, it has people
12  singing. So I believe that is what they put
13  them together.
14  Q. Let's go back and review just to
15  make sure that we get it right. I think you
16  told me before, correct me if I am wrong, that
17  it is your understanding that Mr. Cheng
18  arranged to have singers perform and arranged
19  to have musicians perform, and Mr. Cheng
20  arranged to have that recorded, the audio
21  portion, the musical portion recorded; is that
22  correct?
23  A. I don't know if he does it
24  himself, but he has --
25  Q. I understand, I don't know if he

TSG Reporting - Worldwide   877-702-9580

Page 161

Yim

2  is pushing the buttons on the recorder, I
3  don't care. He arranged it as far as you
4  know?
5  A. Yes.
6  Q. At your request, you requested him
7  to get this material?
8  A. I requested him to do it, but --
9  Q. Well, you asked whether he could
10  do it. He said yes, I can do it. You said
11  please go ahead, we would like this stuff,
12  right?
13  A. I said show me the sample.
14  Q. Right. After he showed you the
15  sample you said please do it and we will take
16  as much as you can do?
17  A. I said this is good.
18  Q. You asked him to do it and you
19  would take it, right?
20  A. Yes.
21  Q. You also indicated before, you
22  also said before that you believed that
23  Mr. Cheng created the videos or arranged to
24  have them created, the visual part of this?
25  A. Yes.

TSG Reporting - Worldwide   877-702-9580

Page 170

Yim

```
 2       THE VIDEOGRAPHER: The time is
 3   2:57. We are back on the record.
 4       MR. HANLON: Could you read back
 5   the last question and answer, please.
 6       (Record read.)
 7   Q.  You said that Mr. Sam Chan brought
 8   the works back on a hard drive from China; is
 9   that correct?
10   A.  Hong Kong or China. I think it is
11   Hong Kong.
12   Q.  What happened next?
13   A.  We bring to the place, we restored
14   the hard drive, and then whoever member wants
15   it, then we made a copy for them.
16   Q.  Where do you store them?
17   A.  Where we store?
18   Q.  Yes.
19   A.  In Sam's position. So if you want
20   to know where he put it, you can ask him.
21   Q.  Is there only one set of hard
22   drives that have these works on them?
23   A.  Yes.
24   Q.  Where are those hard drives now?
25       MR. HOFFMAN: They are in my
```
TSG Reporting - Worldwide    877-702-9580

Page 171

Yim

```
 2   office.
 3       MR. HANLON: I asked the witness.
 4       MR. HOFFMAN: Well, they are in my
 5   office.
 6   Q.  Mr. Yim, you can answer the
 7   question.
 8   A.  In my attorney's office.
 9   Q.  Have you personally arranged to
10   have any copies of the hard drives made?
11   A.  I don't really understand the
12   question.
13   Q.  I will try again.
14       Have you ever taken those hard
15   drives and given them to someone to make a
16   copy?
17   A.  No.
18   Q.  As far as you know has Sam Chan
19   ever taken those hard drives and given them to
20   somebody to make a copy?
21   A.  I don't think so.
22   Q.  Do you know if anyone else in the
23   Trade Association who has taken those hard
24   drives and given them to someone to make a
25   copy?
```
TSG Reporting - Worldwide    877-702-9580

Page 172

Yim

```
 2   A.  No.
 3   Q.  Do you know if Mr. Cheng has a
 4   copy of those hard drives in China?
 5   A.  I am assuming that he has it.
 6   Q.  Has Mr. Cheng, have you spoken to
 7   Mr. Cheng since Sam Chan went to China?
 8   A.  After that I don't -- I didn't
 9   speak to him, but Sam spoke to him.
10   Q.  Approximately when was that?
11       MR. HOFFMAN: Objection.
12   A.  I don't know.
13   Q.  Have you communicated with
14   Mr. Cheng in any other way since then?
15   A.  No.
16   Q.  We are up to 22, would you mark as
17   Plaintiff's Exhibit 22, list.
18       (Plaintiff's Exhibit 22, list,
19       marked for identification, as of this
20       date.)
21   Q.  Mr. Yim, I have just given you a
22   document that has been marked as Plaintiff's
23   Exhibit 22. Can you tell me what this
24   document is?
25       MR. HOFFMAN: Can we ask Mr. Chai
```
TSG Reporting - Worldwide    877-702-9580

Page 173

Yim

```
 2   to step out.
 3       MR. HANLON: At this point we are
 4   not discussing the content of the
 5   document, I am identifying the document
 6   without discussing the content. The
 7   existence of the document is not
 8   privileged.
 9   Q.  I am not asking you to describe in
10   detail the specific contents of the document,
11   but I am asking you --
12   A.  It is a list.
13   Q.  What is this song list from?
14   A.  From Mr. Cheng.
15   Q.  Does this song list represent a
16   list of songs that Mr. Cheng gave to Sam Chan
17   on the hard drives in December or January?
18   A.  I never go through the song list,
19   but I know this is a song list. I don't know
20   that this -- all the song list, this -- I
21   don't know if it is the hard drive that we
22   have, if it includes all these songs, I never
23   go through it.
24   Q.  So what is this a list of?
25   A.  Excuse me?
```
TSG Reporting - Worldwide    877-702-9580

Page 202

```
 1            Yim
 2  songs). Then it says $500?
 3     A.  Uh-hum.
 4     Q.  Is that a fixed amount or does
 5  that change?
 6     A.  It is called donation, you can put
 7  any money you want to donate for the
 8  association.
 9     Q.  In exchange for that donation what
10  does the member get?
11     A.  It is not to exchange anything.
12  It is just to donate to the association.
13  Since the association is non-profit
14  organization, so the organization needs the
15  money to operate day-to-day and to -- to begin
16  the business.
17     Q.  Next to the word donation it says
18  a set of songs, what does that mean?
19     A.  A set of songs; I am not quite
20  sure, okay. I would say it refers to the
21  songs, the NAKWTA songs.
22     Q.  If you make a donation you are
23  entitled to get a set of NAKWTA songs?
24     A.  Not necessarily.
25     Q.  Then why does the set of songs
    TSG Reporting - Worldwide     877-702-9580
```

Page 203

```
 1            Yim
 2  appear on the line next to donation?
 3     A.  I think -- I think you have to ask
 4  Sam Chan why he put a set of songs next to the
 5  donation.
 6     Q.  You don't know?
 7     A.  No.
 8     Q.  Item 3 says membership dues per
 9  year, all members, $100. In this case it says
10  zero there. Do you know why it says zero?
11     A.  Because one year later you pay an
12  annual fee, $100.
13     Q.  And the zero is there because this
14  is the first application?
15     A.  Yes, the first year.
16     Q.  Under that there is a note, what
17  is the purpose of that note?
18     A.  The purpose that the song, the
19  NAKWTA songs, if they have to use in public,
20  they have to obtain the license from ASCAP.
21  If they use privately they don't have to. If
22  they use -- they want to sing at home they
23  don't have to. But if they use in the public
24  they have to.
25         Since people in the karaoke
    TSG Reporting - Worldwide     877-702-9580
```

Page 204

```
 1            Yim
 2  business, it is used for the public. So we
 3  asked them to have to obtain the license from
 4  ASCAP.
 5         MR. HANLON: Did we get that
 6     transcript back?
 7         MR. HOFFMAN: I never got it.
 8         MR. HANLON: That is right, I read
 9     it.
10         THE VIDEOGRAPHER: The time is
11     3:45. We are going off the record.
12         (Recess taken.)
13         THE VIDEOGRAPHER: The time is
14     3:50. This is the start of tape number 4
15     of the videotape deposition of Mr. Yim.
16     Q.  Who first contacted someone at
17  Black Swan club about the becoming a member of
18  NAKWTA?
19         MR. HOFFMAN: Objection.
20     Q.  You can answer the question.
21     A.  I don't know.
22     Q.  Did you?
23     A.  No.
24     Q.  When was Black Swan first
25  contacted?
    TSG Reporting - Worldwide     877-702-9580
```

Page 205

```
 1            Yim
 2     A.  I don't know.
 3         MR. HOFFMAN: Objection.
 4     Q.  The date on this application is
 5  January 10, 2006. Were they contacted on or
 6  about that time?
 7         MR. HOFFMAN: Objection.
 8     A.  No, earlier.
 9     Q.  Approximately when?
10     A.  I don't remember.
11     Q.  Weeks earlier, months earlier?
12     A.  Months. Months.
13     Q.  What was their reaction when they
14  were contacted?
15     A.  They are one of the few members
16  that we were -- in the beginning we would talk
17  about first. So that is like March or April
18  of last year, that we already talked about
19  together.
20     Q.  And why didn't they join back in
21  March or April of last year?
22         MR. HOFFMAN: Objection. I think
23     the testimony was that it didn't exist.
24     A.  At the beginning of like March or
25  May, everything is not mature, we are just
    TSG Reporting - Worldwide     877-702-9580
```