Page 1

1

2              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK
3

ENTRAL GROUP INTERNATIONAL, LLC,)
4                                 )
                   Plaintiff,     )
5                                 )
                   vs.            ) CV-05-1912
6                                 )
YHCL VISION CORP., and JEFF       )
7  CHEN,                          )
                                  )
8              Defendants.        )
   ------------------------------)
9

10        (CONTAINS ATTORNEY'S EYES ONLY PORTIONS)

11

12        VIDEOTAPED DEPOSITION OF SAM CHAN
13              New York, New York
14            Thursday, May 25, 2006

15

16

17

18

19

20

21

22

23

   Reported by:
24  Philip Rizzuti
   JOB NO. 7393
25

Dockets.Justia.com

Page 2

```
 1
 2
 3                  May 25, 2006
 4                   9:53 a.m.
 5
 6        Videotaped deposition of SAM
 7     CHAN, held at the offices of Alston &
 8     Bird, LLP, 90 Park Avenue, New York,
 9     New York, pursuant to Notice, before
10     Philip Rizzuti, a Notary Public of the
11     State of New York
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2   A P P E A R A N C E S:
 3
 4       ALSTON & BIRD, LLP
 5       Attorneys for Plaintiff
 6          90 Park Avenue
 7          New York, New York 10016
 8       BY:  ROBERT E. HANLON, ESQ.
 9          BROOK A. CLARK, ESQ.
10
11       DAVID J. HOFFMAN, ESQ.
12       Attorney for Witness
13          29 Broadway, 27th floor
14          New York, New York 10006
15
16   ALSO PRESENT:
17       JOSH LIPSON, Videographer
18       STEHANIE LIU, Interpreter
19       NICHOLAS CHAI,
20
21
22
23
24
25
```

Page 4

```
 1
 2        IT IS HEREBY STIPULATED AND AGREED,
 3     by and between counsel for the respective
 4     parties hereto, that the filing, sealing and
 5     certification of the within deposition shall
 6     be and the same are hereby waived;
 7        IT IS FURTHER STIPULATED AND AGREED
 8     that all objections, except as to the form
 9     of the question, shall be reserved to the
10     time of the trial;
11        IT IS FURTHER STIPULATED AND AGREED
12     that the within deposition may be signed
13     before any Notary Public with the same force
14     and effect as if signed and sworn to before
15     the Court.
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1            Chan
 2        THE VIDEOGRAPHER:  This is the
 3     start of tape number 1 of the videotape
 4     deposition of Sam Chan in the matter of
 5     Entral Group versus YHCL.  Today's date
 6     is May 25, 2006 at approximately 9:53
 7     a.m.
 8        Will counsel please introduce
 9     themselves and who they represent.
10        MR. HANLON:  Robert E. Hanlon for
11     Entral Group International LLC, plaintiff
12     in this matter.
13        MS. CLARK:  Brook Clark with
14     Alston & Bird for plaintiff Entral Group
15     International LLC.
16        MR. HOFFMAN:  David Hoffman for
17     Sam Chan and the North American Karaoke
18     Works Trade Association Inc.
19        I should say we have the same
20     objection.  We will permit the
21     videotaping subject to the same
22     objections that we had for Mr. Yim's
23     deposition, and subject to the same post
24     deposition application for the
25     destruction of the tape.
```

Page 22

Chan

1        Chan
2   is ASIC design, A-S-I-C. It stands for
3   Application Specific Integrated Circuit.
4        And later on I moved to what is
5   called, another area RFID technology, it is
6   called Radio Frequency Identification
7   Technology. At that time I was relocated to
8   Hawthorne research. Then I started my
9   research career right there, and that is my
10  experience.
11       Q.   Before 1989 when you were in your
12  master's degree program were you also employed
13  then?
14       A.   No, I was a student.
15       Q.   And before your masters program
16  when you were an undergraduate were you
17  employed then?
18       A.   No. I was a student. I withdraw
19  that.
20       Undergraduate -- between
21  undergraduate and graduate I was working a
22  research project that offered from the school,
23  working with Mount Sinai Hospital with the
24  three dimensional reconstruction imaging
25  system.

Page 23

Chan

1        Chan
2        Q.   Do you have any other employment
3   aside from your work at IBM presently?
4        A.   No. Just a -- it just the karaoke
5   business that I was getting involved, and also
6   the NAKWTA, non-profit organization that I
7   also get involved.
8        Q.   We will talk about those in a
9   minute?
10       A.   Okay.
11       Q.   Is your employment at IBM
12  full-time?
13       A.   Yes.
14       Q.   Let's just take the karaoke
15  business at this point. What karaoke business
16  are you involved in; I am not talking about
17  NAKWTA now, I am talking about actual karaoke
18  business?
19       A.   It is an entertainment business
20  when I am seeing it. It is a bar where we
21  sell beer and wine, that is it, no hard
22  liquor. And offering people to come in and
23  drink beer and sing along with whatever they
24  like to sing.
25       So basically this is the business

Page 24

Chan

1        Chan
2   that I get involved in with right now.
3   Actually I am learning this right now.
4        Q.   You said it is a beer and wine
5   business only?
6        A.   Yes. Beer and wine business.
7        Q.   What is the name of this bar?
8        A.   Galaxy 45.
9        Q.   Where is it located?
10       A.   In 45 Mott Street.
11       Q.   What is the business name or the
12  corporation that operates Galaxy 45?
13       A.   ABC Target Corporation.
14       Q.   Are you a principal of ABC Target;
15  are you -- withdrawn.
16       Are you an owner of ABC Target?
17       A.   I am one of the shareholder, not a
18  hundred percent.
19       Q.   Are you a majority shareholder, a
20  minority shareholder?
21       A.   I am a majority shareholder, yes.
22       Q.   Who are the other shareholders?
23       MR. HOFFMAN:  I think you agreed
24  to have the answer also held attorney's
25  eyes only yesterday to the same question,

Page 25

Chan

1        Chan
2   or excuse me, Tuesday, with Mr. Yim.
3        MR. HANLON:  You want Mr. Chai to
4   leave the room for that?
5        MR. HOFFMAN:  Sure.
6        (Mr. Chai left the room).
7        (The following portion has been
8   deemed attorney's eyes only.)

Page 26

1     Chan - attorney's eyes only
2     Q.    Who are the other shareholders?
3     A.    Jing He, J-I-N-G  H-E.
4     Q.    Who else?
5     A.    That is it.
6     Q.    Jing He?
7     A.    Yes.
8     Q.    Is Jing He related to you in any
9 way?
10    A.    No, he is just my friend.
11          (Continued in non-attorney's
12    eyes only portion of transcript.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 27

1                     Chan
2          (Mr. Chai reentered the room)
3     Q.   Mr. Chan, are you also an employee
4 of Galaxy 45, and let me and try clarify what
5 I mean by that.  I realize that if you are --
6 if you are a shareholder you might receive
7 payments in the form of dividends or something
8 of the sort as a shareholder.  That is not
9 what I am asking, what I am asking is --
10 profits and so on.
11          What I am asking is are you an
12 employee, meaning do you have a position that
13 has some formal duties and for which you
14 receive a salary, and that is usually
15 evidenced by either receiving a W-2 form at
16 the end of the year or a 1099 form or
17 something of the sort?
18    A.   No.
19    Q.   So you don't receive --
20    A.   I don't receive anything.
21    Q.   You don't receive salary in that
22 form?
23    A.   Yes.
24    Q.   Approximately how often do you
25 visit Galaxy 45?

Page 28

1                     Chan
2     A.   Not quite often, maybe two times a
3 week, sometimes three times a week.  Usually I
4 stay there maybe like one or two hours, I just
5 come to visit my employees, greeting them up,
6 saying hey, how are you doing, make them feel
7 better.  I try to be a good boss.  I try to
8 buy them some lunch, maybe dinner.
9     Q.   You are giving my colleagues
10 ideas, then they are going to think that I am
11 going to have buy them lunch or dinner and
12 that is not a good thing.
13    A.   That is a good thing.
14    Q.   You are a better boss than I?
15    A.   I am not quite sure on that.  You
16 are better than me on some other stuff.
17    Q.   Approximately how many employees
18 does Galaxy 45 have?
19    A.   We have four full-time employees
20 and two part-time.  Total about six.
21    Q.   And what do the full-time people
22 do?
23    A.   Full-time means like they work 40
24 hours a week.
25    Q.   I'm sorry, my question was not

Page 29

1                     Chan
2 clear.  What kinds of jobs do they have, that
3 is what I meant?
4     A.   Waiter or bartender.  We have one
5 bartender and three waiter.
6     Q.   Is there a manager there other
7 than yourself?
8     A.   No.
9     Q.   When did you first become involved
10 with Galaxy 45?
11    A.   I believe on the end of 2005.
12    Q.   End of 2005?
13    A.   No.  End of 2004, beginning of
14 2005, yes.  Actually I think -- withdraw that.
15 Either January or February of 2005.
16    Q.   Before you became an owner then
17 did you work in that club at any time?
18    A.   No.
19    Q.   Have you ever worked in a
20 karaoke -- withdrawn.
21          Other than this relationship of
22 ownership of Galaxy 45 have you ever been
23 involved with a karaoke bar?
24    A.   No, not at all.  That is what I am
25 saying before, I am still learning how to run

Page 70

```
 1              Chan
 2  well, it is still expensive.  I said, putting
 3  this way, our club, they are trying to help
 4  everybody out, but in the legal way, not in an
 5  illegal way.  So --
 6      Q.  Make sure you got that.
 7      A.  Then everybody said okay, they
 8  understand.  So, you know, this karaoke
 9  business people is very, very -- they are not
10  really highly educated people like you, Mr.
11  Hanlon.  They are very like middle class
12  people and their mind is --
13      Q.  I am a pretty middle class person?
14      A.  You are very highly intelligent
15  people.  Anyway so I am saying that when you
16  deal with these karaoke owners or managers,
17  they are not a -- normal person that you can
18  deal with.  They say this is funny language, I
19  don't understand sometimes.  Finally I
20  understand it, as long as we get along.
21          So to put it in short form,
22  finally we say okay, and then eventually I
23  believe on June -- actually we tried to
24  locate -- okay, supposedly EGI can -- let me
25  withdraw, there is no suppose.
```

Page 71

```
 1              Chan
 2          I think I tell the member if EGI
 3  can go to get those license from Hong Kong
 4  publishing company and he got seven of them by
 5  the time that we have license agreement, I
 6  believe that maybe there is some other Hong
 7  Kong publishing company that have their own
 8  artists, that EGI have no license agreement
 9  with them.  So, but I don't know who and I
10  don't know where.
11          So we told our members, is anybody
12  knew, anyone knew about this industry, and
13  then somehow Ray --
14          MR. HANLON:  Excuse me,
15      Mr. Hoffman, please take your feet off
16      the furniture.
17          MR. HOFFMAN:  I don't have my
18      shoes on.
19          MR. HANLON:  I really don't care.
20      Please take your feet off our furniture,
21      I have asked you now three times.
22          MR. HOFFMAN:  Ask your next
23      question.
24          MR. HANLON:  Mr. Hoffman, take
25      your feet off our furniture.
```

Page 72

```
 1              Chan
 2          MR. HOFFMAN:  Ask your next
 3      question.  Or what; ask your next
 4      question.  I am bored to tears with this.
 5          MR. HANLON:  You are going to
 6      persist and not take your feet off the
 7      furniture, is that what you are telling
 8      me?
 9          MR. HOFFMAN:  I don't think I am
10      doing anything wrong.
11          MR. HANLON:  This is my office and
12      you are here as a guest in our offices,
13      and it is highly inappropriate and
14      unprofessional of you to put your feet up
15      on our furniture.  In the last deposition
16      you put your feet on the furniture with
17      your shoes on and I asked you to take
18      them off, and you now have your feet on
19      the furniture again.  I really don't care
20      whether your shoes are on or off, your
21      feet do not belong on our furniture, and
22      I ask you to take them off.
23          MR. HOFFMAN:  If this is what you
24      want to spend your deposition time --
25          MR. HANLON:  Are you refusing to
```

Page 73

```
 1              Chan
 2      do that, sir?
 3          MR. HOFFMAN:  I am not refusing or
 4      not refusing --
 5          MR. HANLON:  But you are keeping
 6      your feet on the furniture?
 7          MR. HOFFMAN:  I am not refusing
 8      or not refusing.
 9          MR. HANLON:  But you are leaving
10      your feet on the furniture.
11          MR. HOFFMAN:  I am not refusing
12      or not refusing.
13          MR. HANLON:  I note for the record
14      that your feet remain on the furniture
15      and we will deal with that at a later
16      time with the court.  This is really
17      outrageous behavior.
18      Q.  I am sorry, Mr. Chan.
19      A.  So that members still complaining,
20  you know, anyway we can reduced the cost.  So
21  that is the end of our discussions in one
22  session.  Actually a couple of meeting that we
23  have, still going around same question, how
24  they reduce the cost for running the karaoke
25  business.  And I believe in -- I think in
```

Page 74

```
 1              Chan
 2  March that Ray, around the time, timeframe,
 3  March, April, Ray Yim is our vice president
 4  and he went to Hong Kong, talk to the CASH
 5  people, the CASH is like ASCAP here, and also
 6  talk to IFPI, I believe that is Ricky Fung, I
 7  forget the name of the CASH people, so you can
 8  find in the web-site.
 9          So that he talked about how we
10  contact other Hong Kong publishing company
11  that have no license agreement with EGI. And
12  then the question come back is, very briefly
13  answer our questions, answer Ray's question
14  is, that is Ray told me that afterward, he
15  come back from Hong Kong, he said, you know,
16  they don't give us any hints or point of where
17  we can locate those Hong Kong, other Hong Kong
18  publishing companies that have no license with
19  EGI.
20          So then I said okay, then we have
21  to go -- then I said why don't we -- that is
22  during the meeting.
23      Q.   That is during a meeting?
24      A.   Then I said why don't we, all the
25  members, why don't we go to another way, maybe
```

Page 75

```
 1              Chan
 2  this is hard way and maybe take a much longer
 3  time to have our own creative works, okay.
 4  The question is none of us know, none of us
 5  has expertise on that. As I said before you
 6  have to have a real specific skill to create
 7  those karaoke works.
 8          So that is why I keep asking
 9  people. I know one of our members and now his
10  business already closed down because I don't
11  know how he runs the business, and now he went
12  back to China to open another karaoke business
13  in China, and I am sure he opened up
14  successfully or not, but that is the last I
15  heard.
16          Then his name is Jimmy, and he has
17  a connection with a guy, I don't know the
18  name, everybody called him Cheng.
19      Q.   The name that we were, that
20  Mr. Yim gave us we phonetically are writing in
21  English as C-H-E-N-G, does that sound close to
22  the English version?
23      A.   Because is -- he really pronounce
24  in Mandarin way, so I pronounce --
25      Q.   You pronounce Cheng?
```

Page 76

```
 1              Chan
 2      A.   Cheng.
 3      Q.   Cheng?
 4      A.   Like cleaning, as in my
 5  prospective, in Cantonese way we call
 6  cleaning, Cheng.
 7      Q.   If we are spelling it as C-H-E-N-G
 8  is how we spelling it now?
 9      A.   Yes.
10      Q.   I think we will know who are
11  talking about. We are going to use that word
12  just to keep track of it.
13          Let me back up and see if I
14  understand. Jimmy is not Mr. Cheng; Jimmy is
15  someone who new Mr. Cheng?
16      A.   Yes. Jimmy knew Mr. Cheng.
17      Q.   Do you know what Jimmy's last name
18  is?
19      A.   We always call him Jimmy, I don't
20  know.
21      Q.   Do you know what club he was
22  connected with?
23      A.   His business only run very
24  briefly, he just closed down. He just came to
25  the meeting a couple of times. He said oh, I
```

Page 77

```
 1              Chan
 2  know this guy, maybe he help you out. I said
 3  that is great. And then he said, he said how
 4  we contact this guy and he said, well, then he
 5  contacted this guy and then talked to Ray.
 6  And then -- at same time Ray, I believe Ray
 7  also has a trip to Hong Kong and in June or
 8  July I believe, I don't remember the time
 9  frame.
10          And then we say if you are on the
11  way there why don't you pay a visit for this
12  guy and see how he works. Is he -- is he
13  capable of doing it. Then Ray called me back,
14  he said, Sam, looks like this guy is very --
15  had skill for that. And then I say, well, ask
16  him can we -- what kind of stuff we can
17  provide him so that they can willing to
18  provide these karaoke works at minimum cost,
19  because our owners are very, very poor. We
20  don't have that much money.
21          So because we were newly formed in
22  less than a year at that time. So the guy
23  said, well, you know, that guy has a very
24  friendly attitude. He said oh, all they need
25  is a hardware. And then he said, hardware,
```

Page 78

```
Chan
1    what kind of hardware, specify.  Well, he said
2    any PC would be fine.  I said are you sure any
3    PC would be fine, and he said yes.
4        Then Ray called me back, he said,
5    Sam, you know, is anyone in our organization
6    have any used computer, so send it back to
7    Hong Kong now.  But no one has it.  And then I
8    asked again, Jimmy, anyone in China that you
9    have a connection.  He said well, you know,
10   there is maybe one guy in Hong Kong named
11   Danny, and then he has, I believe a music, a
12   certain music record store.  It is like a
13   medium size, then he tell us that -- Jimmy
14   talked to him.
15       Q.   Please go ahead?
16       A.   Then Jimmy said, maybe he will
17   help you out, I said great.  Let's talk to
18   Danny then, is any, maybe he can donate to us.
19   And at the same time his company just changed
20   to another new equipment, so they have a bunch
21   of old PC equipment.  And then I said, wow,
22   that is great.  We just need any PC that will
23   run, any piece that runs, Intel based, and
24   then can use it, yes.  Can we have a good use
```

Page 79

```
Chan
1    for this old computer.  Can we have a good use
2    for this computer, he said yes, go ahead, we
3    donate to this organization.
4        So then Ray going to pick up the
5    computer and bring it over to the Cheng, and
6    Cheng said okay.
7        MR. HANLON:  Stop there for a
8    minute.  We have a tape issue.
9        THE VIDEOGRAPHER:  Time is 11:31,
10   we are going off the record.
11       (Recess taken.)
12       THE VIDEOGRAPHER:  The time is
13   11:36.  This is the start of tape number
14   2 of the videotape deposition of
15   Mr. Chan.
16       Q.   Mr. Chan, we were talking about
17   your dealings or the organization's dealings
18   with Mr. Cheng in China.  Did Mr. Cheng
19   then -- withdrawn.
20       Did Mr. Cheng tell you -- let me
21   try it one more time.  I will get it right if
22   I keep trying.
23       Did you ask Mr. Cheng, you or
24   Mr. Yim on your behalf, did you ask Mr. Cheng
```

Page 80

```
Chan
1    to create a certain number of karaoke works?
2        MR. HOFFMAN:  Objection.
3        A.   I can answer this.  I didn't talk
4    to Mr. Cheng directly because at that time it
5    was Ray talking to him.  And he just called
6    back us to see does anybody have the used
7    computer they can donate and for this guy to
8    do it.  But from my understanding when Ray
9    comes back, I asked him, can he actually do it
10   for us, he said yes, he said, quote, Ray said,
11   Ray actually told me that he just is doing
12   whatever he can --
13       Q.   He is going to do whatever he can?
14       A.   He is going to do whatever he can
15   produce, and we never asked him how many he
16   did or how many we want, because this is for
17   free services, and this is a really nice guy
18   in China who is willing to do it.  But one
19   agreement is, if he finished all this work, I
20   don't know how many piece, maybe ten or four
21   or 20, then he said he would keep those and
22   use the computer for good.  I said no problem,
23   those computer, we cannot use it anyway.  We
24   cannot bring it back to the U.S., it is used
```

Page 81

```
Chan
1    computer and we don't want it, keep it in
2    China.
3        So that is why the guy -- really
4    nice, so we don't pressure time, take your
5    time.  Since, you know, we don't have money to
6    give to you, but you are welcome to keep those
7    computer in a good use, we don't like -- even
8    old, the computer can still be used.
9        Q.   Now, it was your understanding
10   that he was going to create a few, you said
11   four or ten --
12       A.   No, I am not saying that.  I
13   saying that -- you said did we ask him how
14   many of them?
15       Q.   Yes.
16       A.   I said we never asked him to do --
17       Q.   You said as many as he could?
18       A.   Yes.
19       Q.   You mentioned four or ten --
20       A.   I mentioned, I think, even though
21   he is making some, like four or five for us,
22   that is good, so we can see how good his
23   quality is, how good it is.  That is what I am
24   saying.  I didn't talk to him at all.
```

Page 82

```
1                    Chan
2       Q.   As I understand what you are
3   saying is that he was going to make several,
4   you thought he would make several songs,
5   samples so you can see the quality?
6       A.   Yes.
7       Q.   And in exchange he was going to be
8   able to keep the computers?
9       A.   Yes.
10      Q.   Did he make samples and send them
11  to you?
12      A.   Yes.  Actually he make samples and
13  bring it back from another guy that
14  actually -- we have a couple of friends back
15  and forth in China.  They came back with a
16  disk, CD, a couple of song there.  Then I
17  looked into it and I called a meeting together
18  with all the members and saying this is what
19  Cheng did that, okay, is everybody acceptable,
20  and everybody said it looks good, but still it
21  is not very good because the background is
22  scenery, not either scenery or animals, fish,
23  something like that.
24      Q.   Now, you showed the sample, CD to
25  the members?
    TSG Reporting - Worldwide    877-702-9580
```

Page 83

```
1                    Chan
2       A.   Yes.
3       Q.   When you say a CD, this is not
4   just an audio CD, this is a VOD?
5       A.   Yes.
6       Q.   Which shows audio images as well
7   as audio; correct?
8       A.   Yes.
9       Q.   What happened to that CD?
10      A.   The CD I have it in one of --
11  where did I put it.  I don't know, I just have
12  it and maybe it is in -- because I need to
13  show it to the members, and I have it in a CD
14  that maybe in my shelf, I am not sure --
15  sorry.
16          THE VIDEOGRAPHER:  The time is
17     11:41.  We are going off the record.
18          (Recess taken.)
19          THE VIDEOGRAPHER:  The time is
20     11:42.  We are back on the record.
21  RQ  Q.   Mr. Cheng, we would ask that that
22  CD be produced, it was previously requested in
23  the document production, and we ask that it be
24  produced as soon as possible?
25      A.   No problem.
    TSG Reporting - Worldwide    877-702-9580
```

Page 84

```
1                    Chan
2       Q.   You can produce either the
3   original CD or make a true copy so long as you
4   can attest to the fact that it is a true copy?
5       A.   Sure.
6       Q.   Did you then contact Mr. Cheng and
7   tell him that the quality was acceptable and
8   that you would like him to make more karaoke
9   videos for you?
10          MR. HOFFMAN:  Objection.
11      Q.   You can answer?
12      A.   No, I cannot answer --
13          MR. HOFFMAN:  If I object you can
14     answer.  I am objecting to the form.  If
15     you don't understand the question you can
16     ask him to explain it.
17      A.   We didn't ask him to do it.  I
18  said if you have -- if you appreciate our
19  donation of the computer and if you have a
20  free time you are welcome to make more of
21  these things for us, if you can, that is what
22  we asked him.  He said yes, that is what we
23  asked for.  We never asked him how many of
24  them or when we can have them, we never asked
25  him.
    TSG Reporting - Worldwide    877-702-9580
```

Page 85

```
1                    Chan
2       Q.   Did Mr. Cheng say that he would
3   make more?
4       A.   He didn't directly say yes or no.
5   He just said, well, he said what can he do.
6   We said okay, no problem.  Then later on I
7   don't know what it is, there was a dialog with
8   Ray from Cheng, and then Ray said, Cheng
9   actually has a couple, you know, song.  I said
10  a couple, I said how many, and then Ray said
11  it looks like he is able to make 8,000 song,
12  all different songs, not only Cantonese song,
13  but some Taiwanese song, a variety.
14          So I don't know how -- I never see
15  those -- let me rephrase that.  He has a
16  dialog with Cheng, that Cheng told him that,
17  you know, they have some songs or that Cheng
18  makes it, uses the computer, and Ray said, you
19  know, okay, how many.  And then Ray told me
20  that like 2,000 each hard drive and he said
21  probably have 8,000 songs at that moment.
22          He said, well, that is great, I
23  think the timeframe is the end -- is end of
24  the year before I take my trip to Hong Kong.
25      Q.   Now, when Mr. Cheng was going to
    TSG Reporting - Worldwide    877-702-9580
```

Page 90

```
 1              Chan
 2  to make it is first of all you have, take a
 3  video source, any video source like you can go
 4  out to make the video yourself like using a
 5  video recorder, or you can using existing any
 6  video pictures, okay.
 7      Q.  Okay.
 8      A.  So first of all you have a video
 9  source.  You can obtain the video source from
10  different sources.  Then you have to have a
11  song --
12          THE VIDEOGRAPHER:  The time is
13      11:52.  We are going off the record.
14          (Recess taken.)
15          THE VIDEOGRAPHER:  The time is
16      11:54.  We are back on the record.
17      A.  Okay, saying how to make this
18  video, MPEG 1 video, you need a video source,
19  I tell you how to obtain the video from
20  various way.  Second of all you have to obtain
21  a song with the singer who sings the song with
22  the music, music code.  And then second part
23  is you need to have a lyrics.
24          Then first of all you have to type
25  in the lyrics into digital format on the
```

Page 91

```
 1              Chan
 2  paper, turn into digital format.  Then once
 3  you turn it into digital -- transfer it into
 4  digital format, then you can play your music.
 5  When you play the music and you try to
 6  synchronize now, very hard work, try to
 7  synchronize the singer singing each word and
 8  then using a color to high light which
 9  character was sung.  And then once you have
10  that, that is a very difficult part.  Once you
11  have that this would be multi irritation, you
12  have to do it multi times --
13      Q.  I think you mean multi iteration.
14      A.  Yes.  So you have to do sometime
15  do it too fast, sometimes too slow and most of
16  all is if you don't -- if you not familiar
17  with the song that will even make it more
18  difficult.
19      Q.  Now, to create --
20      A.  That is how to create the videos.
21      Q.  About how long would you estimate
22  it takes to create one of these songs?
23          MR. HOFFMAN:  Objection.
24      A.  Because I never see a very
25  skilled, specified skilled people to make song
```

Page 92

```
 1              Chan
 2  by myself, in my own eyes, I cannot answer
 3  your questions.  Because it really depends
 4  on -- if you very, very familiar with the
 5  song, you can listen to the song, you can sing
 6  along yourself.  But if the song is totally
 7  not familiar, but you have to -- oh, too fast,
 8  or sometimes too slow and you think you are
 9  singing, actually not singing, pausing.  Then
10  you have to redo it again.  So that is why I
11  can't answer the question.
12      Q.  Let's go back to the WAV files
13  that are part of the materials, the samples
14  that Mr. Cheng gave you.  Did the samples that
15  he gave you have two tracks, one with vocals
16  and one without vocals?
17      A.  Yes.
18      Q.  Where did Mr. Cheng get the
19  recordings for those samples?
20      A.  I believe in China.
21      Q.  Did Mr. Cheng arrange for those
22  recordings to be made, or did he obtain the
23  recordings from an existing source?
24          MR. HOFFMAN:  Objection.
25      A.  Can you rephrase your question, I
```

Page 93

```
 1              Chan
 2  didn't get it.
 3      Q.  Sure.  Is it your understanding
 4  that Mr. Cheng obtained recordings that had
 5  already been made, or did whether Cheng
 6  arrange for a new recording to be made?
 7          MR. HOFFMAN:  Objection.
 8      A.  I have no idea about that.
 9      Q.  Did Mr. Cheng tell you that?
10      A.  He never told me.
11      Q.  Did Mr. Yim tell you what
12  Mr. Cheng said?
13      A.  Not that I know.
14      Q.  When you were told that Mr. Cheng
15  had an additional 8,000 songs what was your
16  response?
17      A.  My response, well, that is great.
18  Okay.  That means like that he did a lot of
19  progress to have these songs come out and
20  naturally can give it to us for free so we can
21  have a good use for it.  Even though it is a
22  very experimental, variation copy, and still
23  is to me is acceptable.
24      Q.  Mr. Chan, you said it was free.
25  Why would Mr. Cheng create 8,000 karaoke works
```

Page 94

                    **Chan**
1
2    and give them to you for free?
3            MR. HOFFMAN: Objection.
4        A.   Well, as I said, they really,
5    because, you know, one thing I can understand
6    is, I am not quite sure I am saying this
7    right, but I think because, you know, they can
8    produce this song to sell on their own, okay,
9    using our equipment for free.  You understand
10   what --
11       Q.   The equipment is that one used
12   computer that was not worth much you said?
13       A.   Yes.
14       Q.   So you gave him one used computer
15   that is not worth much and he then turned
16   around and gave you 8,000 karaoke works that
17   took him a lot of time and effort to create?
18       A.   And don't forget, he got the
19   master for that too, so he can sell that in
20   China because he create that song by himself.
21   So he has a total right for license.  He can
22   license to anyone.
23       Q.   Mr. Chan, it seems as if Mr. Cheng
24   didn't need you to create the 8,000 works?
25           MR. HOFFMAN: Objection.

Page 95

                    Chan
1
2            MR. HANLON:  Can I finish my
3    question?
4            MR. HOFFMAN:  It is an argument,
5    it is argumentative.  Ask him what he
6    did, where he went, who he talked to.
7        Q.   Mr. Chan, it seems that Mr. Cheng
8    didn't need you to create the 8,000 works,
9    that he -- that once he had the computer he
10   could have created them himself and then sold
11   them to whoever he wanted; why wouldn't he
12   charge you a fee like he would charge other
13   people a fee?
14           MR. HOFFMAN: Objection.
15       A.   I can answer.  Because at the
16   beginning we say if you can have a good use of
17   computer and produce songs, and then you can
18   keep the computer, and just give whatever you
19   guys have, that is it.
20       Q.   What do you estimate the computer
21   was worth?
22           MR. HOFFMAN: Objection.
23       A.   I didn't look at the computer
24   myself, so I cannot tell you.
25       Q.   Was it a standard PC?

Page 96

                    **Chan**
1
2        A.   I have no idea.
3            MR. HOFFMAN: Objection.
4        A.   What I said was an PC Intel based
5    PC.
6        Q.   You can buy an Intel based PC
7    brand new down at CompUSA for $400?
8            MR. HOFFMAN: Objection.
9        A.   For my knowledge I never see the
10   used computer myself.  I have no idea how much
11   it cost.
12       Q.   Was it worth more than a few
13   hundred dollars?
14       A.   I already said I don't know.
15           MR. HOFFMAN:  He already said he
16   doesn't know.
17       Q.   Did Mr. Cheng deliver the 8,000
18   songs to you?
19       A.   Yes.  At the time that I was, when
20   they have a dialog with Ray, I think it is
21   almost the end of the year, as I told you
22   before that my trip is going to Hong Kong in
23   December, and when I get down there, so I
24   talk to Danny, because I don't how to speak
25   Mandarin, I am not familiar with Cheng.  So I

Page 97

                    Chan
1
2    need someone to show me where Cheng is located
3    and where this -- where the restaurant is that
4    I can pick up the drive.
5            So that I talked with Danny.
6    Danny bring me -- when I was in Hong Kong, and
7    so I took the hard drive out from there and
8    without inspection, so I didn't know, I didn't
9    know what was inside the hard drive, but I
10   know it is all data.  That is what he told me.
11   I took it from him because I have no reason
12   not to believe him.
13       Q.   Let's stop there for a moment.
14   This was in Hong Kong?
15       A.   No, this is -- Danny bring me to
16   Cheng.
17       Q.   Did he take you to Guong Zhou?
18       A.   I don't know -- because I don't
19   know.
20       Q.   He took you somewhere into --
21       A.   Train.
22       Q.   In PRC though?
23       A.   Yes.
24       Q.   You met Mr. Cheng then?
25       A.   Yes.

Chan

1   you guys have the right, that what Cheng's
2   work is for playing in public. That is what I
3   relate Cheng's work, that is -- but, okay,
4   make sure go out to find, okay, go out to find
5   out if any license that have to be complied
6   before you guys play commercially.
7       **Q.   Did you tell them that they needed**
8   **a separate license for Cheng's work?**
9       A.   Yes. ASCAP.
10      **Q.   Did you tell them that ASCAP was**
11  **the only license that they needed for Cheng's**
12  **work?**
13      A.   No. I said you guys -- besides
14  ASCAP you guys have to go out to find any
15  other license compliance, to comply to play
16  the video in the public.
17      **Q.   Did you make copies of the hard**
18  **drives to give to members?**
19      A.   Yes, based on their request, yes.
20      **Q.   How many members did you make**
21  **copies for?**
22      A.   I believe 100 Fun, Melody and what
23  is it, I believe there is one more. What is
24  this guy's name. I have to look at the

Chan

1   record.
2       **Q.   Was it YHLC?**
3       A.   Yes.
4       **Q.   Black Swan?**
5       A.   Yes, thanks for reminding me.
6       **Q.   Is there another club beyond those**
7   **three?**
8       A.   I believe that is it.
9       **Q.   Did you install Cheng's content --**
10      A.   We never installed --
11      **Q.   Let me finish the question. Did**
12  **you install Cheng's content in Galaxy 45?**
13      A.   No.
14      **Q.   Do you believe that these clubs**
15  **needed additional licenses from other sources**
16  **aside from ASCAP to use Cheng's work?**
17          MR. HOFFMAN:  Objection.
18      A.   I am still in the discovery period
19  for my club -- for this non-profit
20  organization. And I am -- that is why I have
21  Mr. Hoffman, our legal consultant to see, you
22  know, if any license right that we need
23  besides ASCAP to play in public. But for our
24  club we never using it for any public use. In

Chan

1   our club just like a repository. We just
2   collect it, put it in the basement and sit
3   there. We never use it.
4       **Q.   Do you copy it?**
5       A.   What?
6       **Q.   Have you copied it?**
7          MR. HOFFMAN:  Objection.
8       A.   We have one master copy.
9       **Q.   Have you ever made copies from**
10  **that master copy?**
11      A.   Yes. We copy it to, as I said, A
12  100 Fun, YHLC and Melody.
13      **Q.   So you made copies and you**
14  **distributed it to these three companies?**
15      A.   Based on the request, yes.
16      **Q.   But you have never, you meaning**
17  **you, Sam Chan, nor NAKWTA has ever obtained a**
18  **license from any other source authorizing you**
19  **to make copies or distribute these works; is**
20  **that correct?**
21      A.   Yes. You are correct.
22      **Q.   When did you give YHCL copies of**
23  **the work?**
24      A.   I believe it is beginning of --

Chan

1   beginning of this year.
2       **Q.   Mr. Chan, I missed something, let**
3   **me back up. I want to make sure we are not**
4   **confused about the time. This trip that you**
5   **made to Hong Kong and then to meet Mr. Cheng,**
6   **when was that trip?**
7       A.   I think it was mid December to end
8   of December, in that timeframe.
9       **Q.   Did you come back during that**
10  **period as well, back to the United States?**
11      A.   Yes.
12      **Q.   And when did you tell the club**
13  **members -- the NAKWTA members that you now**
14  **have these works for distribution?**
15      A.   I am not saying that we have for
16  distribution. I said we obtained this -- we
17  have this four hard drive on hand. I said it
18  was after I come back, I think a couple of
19  days later I called a meeting. Usually a
20  response to my members when I have new news, I
21  call a meeting to say I have the hard drive.
22      I told them I have not looked at
23  the quality yet, but I believe based on the
24  demo that that may be good, that is it. Next

Page 142

```
                    Chan
1
2    on a CD or is it in some other format?
3        A.   Digital format.
4        Q.   Can you make a CD or can you
5    deliver the hard drive that has it on it?
6        A.   I can send it to your E-mail,
7    is your E-mail big enough to hold it; it is
8    probably like seven megabyte.
9            MR. HOFFMAN:  I can take seven.
10       Q.   We need the material delivered to
11   Mr. Hoffman in some form or other.  We have to
12   be certain that Mr. Hoffman has received it no
13   later than 10 o'clock tomorrow when the
14   technicians are coming to take copies of the
15   hard drives?
16       A.   Okay.
17       Q.   If you are going to send
18   electronic copy you have to give us a
19   representation, a statement that this is a
20   true copy of whatever the database is?
21       A.   Okay.
22       Q.   We are about to run out of time
23   today, and we have a few questions to cover
24   that are not in any order, forgive me if we
25   are going to jump around a bit.
```

Page 143

```
                    Chan
1
2            Does NAKWTA have any officers
3    other than Mr. Yim and yourself?
4        A.   No, only me and Yim.
5        Q.   What is your role at NAKWTA, what
6    is your title?
7        A.   I am a president and also the
8    secretary.
9        Q.   Do you keep -- the forms that
10   NAKWTA members fill out to apply, are they
11   retained by you, are they kept by you?
12       A.   Yes.
13 RQ       MR. HANLON:  We would ask that a
14      copy of each of the NAKWTA membership
15      forms be delivered.
16          MR. HOFFMAN:  We are not going to
17      do that.
18          MR. HANLON:  Those forms have to
19      do with the distribution of --
20          MR. HOFFMAN:  No, they don't.  You
21      can make an application to the court for
22      that.
23          MR. HANLON:  We made an
24      application to you.  If you want a
25      protective order, you can ask for it.
```

Page 144

```
                    Chan
1
2        Q.   Can you tell me how you first
3    contacted YHCL?
4        A.   Actually through friends that
5    would know YHCL, and then he introduced me
6    to -- I am not sure -- introduced both at the
7    same time I believe, I am not sure which one
8    is.
9        Q.   Who did you first meet at YHCL?
10       A.   I believe it was Li --
11       Q.   Shao Feng Li?
12       A.   Yes.
13       Q.   Did you meet also Jeff Chen?
14       A.   Later on, not at the same time.
15       Q.   Did you visit YHCL at the club?
16       A.   What?
17       Q.   Did you visit YHCL at their club,
18   at the Black Swan?
19       A.   Do I visit them?
20       Q.   Yes.
21       A.   Yes.
22       Q.   Did you discuss copyright problems
23   with them at that time?
24       A.   Yes.
25       Q.   What did you tell them?
```

Page 145

```
                    Chan
1
2        A.   I told them all your songs have to
3    be complied any needed license right before
4    you play in the public.
5        Q.   Did you tell them that there
6    was -- that you had a problem with the
7    copyright arrangements that EGI was enforcing?
8        A.   Can you repeat the question.
9        Q.   I will phrase it more clearly.
10           Did you tell Mr. Li or Mr. Jeff
11   Chen that there was a problem with EGI's
12   licensing arrangement?
13       A.   When you say problem with EGI
14   licensing; infringement?
15       Q.   No.  Did you tell them that EGI's
16   licensing arrangement was a problem for the
17   karaoke clubs?
18       A.   No.  I said that EGI is certainly
19   a legitimate to collect all these license
20   right.  I myself, my club also signed a
21   contract with EGI.
22       Q.   Did you tell Mr. Li that if the
23   clubs work together they could oppose EGI?
24       A.   I never said that.
25           MR. HANLON:  We have obviously
```