UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NORTH AMERICAN KARAOKE-WORKS TRADE
ASSOCIATION, INC.,

               Plaintiff-Counterclaim
               Defendant,

        -against-

ENTRAL GROUP INTERNATIONAL, LLC,

               Defendant-
               Counterclaimant,

        -against-

SAM CHAN and RAY YIM,

               Counterclaim
               Defendants.

Case No.

06-cv-
5158(LTS)(MHD)

ECF CASE

------------------------------------------------------X

### DECLARATION OF RAY YIM

Ray Yim declares as follows:

1. I am named as a counterdefendant in this action.

2. I am an officer of the North American Karaoke-works Trade Association, Inc. ("NAKTA").

3. NAKTA is a non-profit professional association for the karaoke industry.

4. I do not receive any compensation for my services to NAKTA, nor do I ever expect to be compensated for those services.

5. In addition to my role in NAKTA, I am a principal in Pop Music Studios, Inc. ("Pop Music") which operates a karaoke club in Flushing, NY.

6. Pop Music is a licensee of Entral Group International, LLC ("EGI").

7. Pop Music does not use NAKTA's library of materials; therefore, I do not receive any monetary benefit from NAKTA's works.

8. I make the foregoing declaration under penalty of perjury.

Dated:   New York, New York
         September 25, 2006

_____
Ray Yim