# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/06

Robert E. Hanlon          Direct Dial: 212-210-9410          E-mail: robert.hanlon@alston.com

October 16, 2006

BY FACSIMILE: (212) 805-0426

MEMO ENDORSED
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Re: North American Karaoke-Works Trade Association v. Entral Group International, LLC, No. 06 CV 5158 (LTS) (MHD)

Dear Judge Swain:

We represent the Defendant and Counterclaim Plaintiff, Entral Group International LLC, in the above action. We write to request an adjournment of the initial conference presently scheduled for this Friday, October 20, 2006.

We request this adjournment because the parties have not yet been able to meet to prepare a proposed schedule. Mr. Hoffman, Plaintiff's counsel, did contact my office and suggest dates, but we were unable to meet at the times suggested. Mr. Hoffman and I have both been endeavoring to reach each other today to discuss proposed dates, but have so far not been able to connect.

We therefore request that the conference be adjourned without date, and we will immediately contact the court to suggest alternate dates as soon as Mr. Hoffman and I are able to speak, hopefully later today or tomorrow.

Respectfully submitted,

Robert E. Hanlon

REH:reh
cc: David Hoffman (by facsimile)

LEGAL02/30120565v1

*The conference is adjourned to December 1, 2006 at 2:00pm and the related deadlines are modified accordingly.*
*SO ORDERED. 16 Oct 2006*

One Atlantic Center          Bank of America Plaza          3201 Beechleaf Court, Suite 600          The Atlantic Building          Brienner Strasse 11/V
1201 West Peachtree Street   101 South Tryon Street, Suite 4000   Raleigh, NC 27604-1062   950 F Street, NW          80333 Munich
Atlanta, GA 30309-3424       Charlotte, NC 28280-4000       919-862-2200          Washington, DC 20004-1404   (49) (89) 238-0-70
404-881-7000                 704-444-1000                   Fax: 919-862-2260     202-756-3300          Fax: (49) (89) 238-0-7110
Fax: 404-881-7777            Fax: 704-444-1111                                    Fax: 202-756-3333     (Representative Office)

Dockets.Justia.com