UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORTH AMERICAN KARAOKE-WORKS
TRADE ASSOCIATION, INC.

    Plaintiff and Counterclaim Defendant,

v.

ENTRAL GROUP INTERNATIONAL, LLC,

    Defendant and Counterclaim Plaintiff,

v.

SAM CHAN and RAY YIM,

    Counterclaim Defendants.

Case No. 06-CV-5158 (LTS)(MHD)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

    Sarah Thomas, being duly sworn, deposes and says that: I am over the age of 18 years; I am not a party to this action; I am employed by the firm of Alston & Bird LLP; on the 19th day of October, 2006, I served a true copy of Plaintiff's October 16th Letter requesting adjournment of October 20th conference, endorsed by Judge Swain, via telecopier only to: David J. Hoffman at the telecopier number listed below:

                              David J. Hoffman
                              Law Office of David J. Hoffman
                              29 Broadway, 27th Floor
                              New York, NY 10006
                              Fax: 212-797-3545
                              Attorney for Plaintiff North American Karaoke-Works Trade Association.

- 2 -

_____
Sarah Thomas

Sworn to and subscribed before me
this 19th day of October, 2006.

_____
Notary public

AMANDA SHALLCROSS
Notary Public, State of New York
No. 01SH6132855
Qualified in New York County
Commission Expires August 29, 2009

-2-

LEGAL02/30125506v1