This facsimile message and its contents are legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message and its contents is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone and return the original message to us at the address shown below via the Postal Service. Thank You.

# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444



# TELECOPY

### PLEASE DELIVER AS SOON AS POSSIBLE

**Date:**
October 19, 2006

| **Recipient:** | **Company:** |
|---|---|
| David Hoffman | Law Office of David J. Hoffman |

| **Fax Number:** | **Voice Number:** |
|---|---|
| (212) 797-3545 | (212) 425-0550 |

**Sender:**
Sarah Thomas

**Message:**

Number of Pages: (including cover page)   2

IF NOT RECEIVED PROPERLY, PLEASE NOTIFY US IMMEDIATELY AT x1235.

| USER CODE: | THOSA | REQUESTED BY: | THOSA |
|---|---|---|---|
| CLIENT/MATTER: | 048966/314301 | OPERATOR: | |

LEGAL02/30125390v1

2006-10-16  02:41pm  From-                                          T-371  P.002/002  F-578

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/06
```

Robert E. Hanlon                Direct Dial: 212-210-9410           E-mail: robert.hanlon@alston.com

October 16, 2006

BY FACSIMILE: (212) 805-0426

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Re: <u>North American Karaoke-Works Trade Association v. Entral Group International, LLC,
No. 06 CV 5158 (LTS) (MHD)</u>

Dear Judge Swain:

We represent the Defendant and Counterclaim Plaintiff, Entral Group International LLC, in the above action. We write to request an adjournment of the initial conference presently scheduled for this Friday, October 20, 2006.

We request this adjournment because the parties have not yet been able to meet to prepare a proposed schedule. Mr. Hoffman, Plaintiff's counsel, did contact my office and suggest dates, but we were unable to meet at the times suggested. Mr. Hoffman and I have both been endeavoring to reach each other today to discuss proposed dates, but have so far not been able to connect.

We therefore request that the conference be adjourned without date, and we will immediately contact the court to suggest alternate dates as soon as Mr. Hoffman and I are able to speak, hopefully later today or tomorrow.

Respectfully submitted,

Robert E. Hanlon

REH:reh
cc:   David Hoffman (by facsimile)

LEGAL02/30120565v1

*The conference is adjourned to December 1, 2006 at 2:00pm and the related deadlines are modified accordingly.*
*SO ORDERED.   16 Oct 2006*

One Atlantic Center        Bank of America Plaza        3201 Beechleaf Court, Suite 600    The Atlantic Building      Brienner Strasse 11/V
1201 West Peachtree Street 101 South Tryon Street, Suite 4000  Raleigh, NC 27604-1062       950 F Street, NW          80333 Munich
Atlanta, GA 30309-3424     Charlotte, NC 28280-4000     919-862-2200                       Washington, DC 20004-1404 (49) (89) 238-0-70
404-881-7000               704-444-1000                 Fax: 919-862-2260                  202-756-3300              Fax: (49) (89) 238-0-7110
Fax: 404-881-7777          Fax: 704-444-1111                                               Fax: 202-756-3333         (Representative Office)