UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

NORTH AMERICAN KARAOKE-WORKS
TRADE ASSOCIATION, INC,

        Plaintiff,

  -v-                                                    No. 06 Civ. 5158 (LTS)(MHD)

ENTRAL GROUP INTERNATIONAL, LLC,

        Defendant.

-------------------------------------------------------x

### ORDER

        For the reasons stated on the record at the December 1, 2006, Initial Pre-Trial Conference, the Plaintiff's motion to dismiss EGI's Counterclaim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is denied in its entirety.

Dated: New York, New York
       December 1, 2006

                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/06