UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

NORTH AMERICAN KARAOKE-WORKS
TRADE ASSOCIATION,

          Plaintiff,

   -v-                                                    No. 06 Civ. 5158 (LTS)(MHD)

ENTRAL GROUP INTERNATIONAL, LLC,

          Defendant.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/06

## ORDER

        For the reasons stated on the record at the December 13, 2006, conference in this matter, the plaintiff's claims are hereby dismissed with prejudice.

Dated: New York, New York
         December 13, 2006

                                                          LAURA TAYLOR SWAIN
                                                         United States District Judge