# DAVID J. HOFFMAN
### ATTORNEY AT LAW
29 BROADWAY
27TH FLOOR
NEW YORK, NEW YORK 10006
TEL: (212) 425-0550
FAX: (212) 797-3545
E-MAIL: DJHOFFMAN@DJHOFFMANLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/06

December 15, 2006

Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: **NAKTA v. EGI, 06-cv-5158**

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Dear Judge Swain:

I have received notice of the Court's order dismissing Plaintiff's claims with prejudice.

I do not recall agreeing to a December 13, 2006 conference date on December 1, 2006. I have been working to obtain the transcript from December 1, 2006, but the Southern District Reporter is unable to locate any record of a court reporter for that day or for December 13, 2006.

I would ask the Court's assistance in locating the court reporter. I am also informed that the Court may have tapes of the conference on each date. Please let me know if such tapes are available.

Respectfully submitted,

David J. Hoffman

*Counsel's attention is directed to the public docket in this matter, on which the December 13, 2006 conference date has been displayed since December 5, 2006. Counsel may contact the undersigned's Courtroom Deputy for information as to how to order a transcript of the recording of the conference.*

SO ORDERED.

18 Dec 2006
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

dockets.Justia.com