USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12.22.06

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax 212-210-9444
www.alston.com

Robert E. Hanlon      Direct Dial: 212-210-9410      E-mail: robert.hanlon@alston.com

December 22, 2006

FACSIMILE: (212) 805-0426

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007


MEMO ENDORSED

Re: North American Karaoke-Works Trade Association v. Entral Group International, LLC, No. 06 CV 5158 (LTS) (MHD)

Dear Judge Swain:

    My firm represents the Counterclaim Plaintiff, Entral Group International LLC ("EGI"), in the above action. I write to clarify and confirm that EGI intends to continue with its counterclaims in the above listed action.

    On December 14, 2006, we wrote to Your Honor requesting that the Court slightly modify its decision read into the record on December 13th at the initial Pre-trial Conference. That letter indicated that we believed striking all of Plaintiff/Counterclaim Defendants' pleadings would be more in keeping with the intent of the Court.

    While we believe our intention to continue with the current action was clear in our letter, regardless of Your Honor's decision, we wish to state it explicitly, to avoid any doubt. Thank you for your attention to this matter.

Respectfully submitted,

Robert E. Hanlon

REH:reh
cc: David Hoffman (by facsimile)

LEGAL02/30203913v1

*Handwritten endorsement:* The Court understands that Counterclaim-Plaintiff intends to continue its claims. Counter-claim Defendant shall serve and file any opposition to the application to strike pleadings no later than December 29, 2006. SO ORDERED. 12/22/2006

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
Fax 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax 202-756-3333

Brienner Strasse 11/V
80333 Munich
(49) (89) 238-0-70
Fax (49) (89) 238-0-7110
(Representative Office)