December 27, 2006

Judge Sidney Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, New York

    Re: **North America Karaoke-works Trade Association v. Entral Group International, 06-cv-5158 (LTS)**

Dear Judge Stein:

    I am counsel for the Plaintiff in the above-referenced matter. Yesterday, Judge Swain made an entry on ECF requiring Plaintiff's response by December 29, 2006. I am out of the district on vacation. I am requesting an extension until January 5, 2007 of that due date. I have contacted my adversary, Robert Hanlon, Esq., but Mr. Hanlon has yet to reply.

    I informed Judge Swain that I would be on vacation this week at an on-the-record conference on December 1, 2006. Furthermore, I consented to Mr. Hanlon's request for an adjournment of a conference set for December 28, 2006 in the Eastern District, until January 4, 2007, where Mr. Hanlon and I represent adverse parties.

                                         Respectfully submitted,

                                         David J. Hoffman

Cc: Robert Hanlon, Esq.

*So ordered,*
*/s/ Judge Sidney Stein*
12/27/06

North American Karaoke-Works Trade Association, Inc. v. Entral Group International, LLC     Doc. 25