UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTH AMERICAN KARAOKE-WORKS
TRADE ASSOCIATION, INC.

  Plaintiff and Counterclaim Defendant,

v.

ENTRAL GROUP INTERNATIONAL, LLC,

  Defendant and Counterclaim Plaintiff,

v.

SAM CHAN and RAY YIM,

  Counterclaim Defendants.

Case No. 06-CV-5158 (LTS)(MHD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  Sarah Thomas, being duly sworn, deposes and says that: I am over the age of 18 years; I am not a party to this action; I am employed by the firm of Alston & Bird LLP; on the 22nd day of January, 2007, I served a true copy of Plaintiff's January 11th Letter requesting an extension to submit Entral Group International LLC's response to North American Karaoke-Works Trade Association's Memorandum of Law in Support of Plaintiff's and Counterclaim Defendants' Opposition to the Striking of Pleadings and for Reconsideration, endorsed by Judge Swain, via telecopier only to: David J. Hoffman at the telecopier number listed below:

      David J. Hoffman
      Law Office of David J. Hoffman
      29 Broadway, 27th Floor
      New York, NY 10006
      Fax: 212-797-3545
      Attorney for Plaintiff North American Karaoke-Works Trade
      Association.

LEGAL02/30231708v1

- 2 -

*Sarah Thomas* (signature)
_____
Sarah Thomas

Sworn to and subscribed before me
this 22nd day of January, 2007.

*Kim Fitzgerald* (signature)
_____
Notary public

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20___