This facsimile message and its contents are legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message and its contents is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone and return the original message to us at the address shown below via the Postal Service. Thank You.

# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444


FAXED 9:33

# TELECOPY

PLEASE DELIVER AS SOON AS POSSIBLE

**Date:** January 22, 2007

| Recipient: | Company: |
|---|---|
| David Hoffman | Law Office of David J. Hoffman |

| Fax Number: | Voice Number: |
|---|---|
| (212) 797-3545 | (212) 425-0550 |

**Sender:** Sarah Thomas

**Message:**

**Number of Pages: (including cover page)** 2

**IF NOT RECEIVED PROPERLY, PLEASE NOTIFY US IMMEDIATELY AT x1235.**

| USER CODE: | THOSA | REQUESTED BY: | THOSA |
|---|---|---|---|
| CLIENT/MATTER: | 048966/314301 | OPERATOR: | |

LEGAL02/30231313v1



# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Robert E. Hanlon      Direct Dial: 212-210-9410      E-mail: robert.hanlon@alston.com

January 11, 2007

**VIA ECF**

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: North American Karaoke-Works Trade Association v. Entral Group International, LLC;
    Case No. 06 CV 5158 (LTS) (MHD)

Dear Judge Swain:

    On behalf of Counterclaim Plaintiff, Entral Group International LLC ("EGI"), we hereby request a one week extension, until Friday, January 26, 2007, to submit EGI's response to North American Karaoke-Works Trade Association's (NAKTA) Memorandum of Law in Support of Plaintiff's and Counterclaim Defendants' Opposition to the Striking of Pleadings and for Reconsideration. The response is currently due January 19, 2007. This is EGI's first request for an extension. Counsel for NAKTA has consented to the requested extension.

    Thank you for your attention to this matter.

*The request is granted.*

**SO ORDERED.**

/s/ 16 Jan 2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

s/ Robert E. Hanlon

Robert E. Hanlon

cc: David Hoffman (by facsimile)

LEGAL02/30220350v1

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
Fax: 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

Brienner Strasse 11/V
80333 Munich
(49) (89) 238-0-70
Fax: (49) (89) 238-0-7110
(Representative Office)