CLOSED, ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:06-cv-05158-LTS

| | |
|---|---|
| North American Karaoke-Works Trade Association, Inc. v. Entral Group International, LLC | Date Filed: 07/06/2006 |
| Assigned to: Judge Laura Taylor Swain | Date Terminated: 12/18/2006 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **North American Karaoke-Works Trade Association, Inc.** | represented by | **David John Hoffman**<br>Law Office David J. Hoffman<br>29 Broadway<br>27th Floor<br>New York, NY 10006<br>(212) 425-0550<br>Fax: (212) 797-3545<br>Email: djhoffman@djhoffmanlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Entral Group International, LLC** | represented by | **Robert Eliot Hanlon**<br>Alston & Bird, LLP(NYC)<br>90 Park Avenue<br>New York, NY 10016<br>212 210 9410<br>Fax: 212 210 9444<br>Email: rhanlon@alston.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Entral Group International, LLC** | represented by | **Robert Eliot Hanlon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**Sam Chan**

Dockets.Justia.com

**Counter Defendant**

**Ray Yim**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2006 | 1 | COMPLAINT against Entral Group International, LLC. (Filing Fee $ 350.00, Receipt Number 584026)Document filed by North American Karaoke-Works Trade Association, Inc.(mbe, ) Additional attachment(s) added on 7/11/2006 (jmi, ). (Entered: 07/10/2006) |
| 07/06/2006 | | SUMMONS ISSUED as to Entral Group International, LLC. (mbe, ) (Entered: 07/10/2006) |
| 07/06/2006 | | Magistrate Judge Michael H. Dolinger is so designated. (mbe, ) (Entered: 07/10/2006) |
| 07/06/2006 | | Case Designated ECF. (mbe, ) (Entered: 07/10/2006) |
| 07/07/2006 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by North American Karaoke-Works Trade Association, Inc.(mbe, ) Additional attachment(s) added on 7/11/2006 (jmi, ). (Entered: 07/10/2006) |
| 07/25/2006 | 3 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE: Initial Conference set for 10/20/2006 11:30 AM before Judge Laura Taylor Swain in courtroom 17C. (Signed by Judge Laura Taylor Swain on 7/25/06) (kco, ) (Entered: 07/25/2006) |
| 07/27/2006 | 4 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Entral Group International, LLC.(Hanlon, Robert) (Entered: 07/27/2006) |
| 07/27/2006 | 5 | ANSWER to Complaint., COUNTERCLAIM against Sam Chan, Ray Yim. Document filed by Entral Group International, LLC. (Attachments: # 1 Exhibit 1-A# 2 Exhibit 1-B# 3 Exhibit 1-C# 4 Exhibit 1-D)(Hanlon, Robert) (Entered: 07/27/2006) |
| 08/14/2006 | 6 | SUMMONS RETURNED EXECUTED Summons and Answer to Complaint, Counterclaim served. Sam Chan served on 8/3/2006, answer due 8/23/2006; Ray Yim served on 8/3/2006, answer due 8/23/2006. Service was made by Mail. Document filed by Entral Group International, LLC. (Hanlon, Robert) (Entered: 08/14/2006) |
| 08/24/2006 | 7 | MOTION to Dismiss *the Counterclaim of Entral Group International, LLC*. Document filed by North American Karaoke-Works Trade Association, Inc.. (Hoffman, David) (Entered: 08/24/2006) |
| 08/24/2006 | 8 | DECLARATION of David J. Hoffman in Opposition re: 7 MOTION to Dismiss *the Counterclaim of Entral Group International, LLC.*. Document filed by North American Karaoke-Works Trade Association, Inc.. (Attachments: # 1 Exhibit Master Agreement of EGI)(Hoffman, David) (Entered: 08/24/2006) |
| 08/24/2006 | 9 | MEMORANDUM OF LAW in Support re: 7 MOTION to Dismiss *the* |

| | | |
|---|---|---|
| | | *Counterclaim of Entral Group International, LLC.*. Document filed by North American Karaoke-Works Trade Association, Inc.. (Hoffman, David) (Entered: 08/24/2006) |
| 09/08/2006 | 10 | MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss *the Counterclaim of Entral Group International, LLC.*, 9 Memorandum of Law in Support of Motion, 8 Declaration in Opposition to Motion,. Document filed by Entral Group International, LLC, Entral Group International, LLC. (Hanlon, Robert) (Entered: 09/08/2006) |
| 09/13/2006 | 11 | ORDER granting 10 Motion for Extension of Time to File Response/Reply re 7 MOTION to Dismiss *the Counterclaim of Entral Group International, LLC*. Response due by 9/18/2006. (Signed by Judge Laura Taylor Swain on 9/12/06) (cd, ) (Entered: 09/14/2006) |
| 09/18/2006 | 12 | RESPONSE in Opposition re: 7 MOTION to Dismiss *the Counterclaim of Entral Group International, LLC. /Defendant and Counterclaim Plaintiff's Response to Plaintiff and Counterclaim Defendant's Motion to Dismiss the Counterclaim*. Document filed by Entral Group International, LLC. (Hanlon, Robert) (Entered: 09/18/2006) |
| 09/18/2006 | 13 | AFFIDAVIT of Nicolas Chai in Opposition re: 7 MOTION to Dismiss *the Counterclaim of Entral Group International, LLC.*. Document filed by Entral Group International, LLC. (Hanlon, Robert) (Entered: 09/18/2006) |
| 09/18/2006 | 14 | AFFIDAVIT of Robert E. Hanlon in Opposition re: 7 MOTION to Dismiss *the Counterclaim of Entral Group International, LLC.*. Document filed by Entral Group International, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Hanlon, Robert) (Entered: 09/18/2006) |
| 09/26/2006 | 15 | REPLY MEMORANDUM OF LAW in Support re: 7 MOTION to Dismiss *the Counterclaim of Entral Group International, LLC.*. Document filed by North American Karaoke-Works Trade Association, Inc.. (Hoffman, David) (Entered: 09/26/2006) |
| 09/26/2006 | 16 | DECLARATION of Sam Chan in Support re: 7 MOTION to Dismiss *the Counterclaim of Entral Group International, LLC.*. Document filed by North American Karaoke-Works Trade Association, Inc.. (Hoffman, David) (Entered: 09/26/2006) |
| 09/26/2006 | 17 | DECLARATION of Ray Yim in Support re: 7 MOTION to Dismiss *the Counterclaim of Entral Group International, LLC.*. Document filed by North American Karaoke-Works Trade Association, Inc.. (Hoffman, David) (Entered: 09/26/2006) |
| 10/18/2006 | 18 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Robert E. Hanlon dated 10/16/2006 re: requesting an adjournment of the initial conference scheduled for 10/20/2006. ENDORSEMENT: The conference is adjourned to 12/1/2006 at 2:00 p.m. and the related deadlines are modified accordingly. (Signed by Judge Laura Taylor Swain on 10/16/2006) (lb, ) (Entered: 10/18/2006) |
| | | |

| | | |
|---|---|---|
| 10/18/2006 | | Set/Reset Hearings: Initial Conference set for 12/1/2006 at 02:00 PM before Judge Laura Taylor Swain. (lb, ) (Entered: 10/18/2006) |
| 10/19/2006 | 19 | AFFIDAVIT OF SERVICE of Plaintiff's 10/16/06 Endorsed Letter to Judge Swain served on David J. Hoffman on 10/19/2006. Service was made by Fax. Document filed by Entral Group International, LLC. (Attachments: # 1 Exhibit A)(Hanlon, Robert) (Entered: 10/19/2006) |
| 11/24/2006 | 20 | PRELIMINARY PRETRIAL STATEMENT. Document filed by Entral Group International, LLC, Entral Group International, LLC.(Hanlon, Robert) (Entered: 11/24/2006) |
| 12/01/2006 | | Minute Entry for proceedings held before Judge Laura Taylor Swain : Interim Pretrial Conference held on 12/1/2006. For the reasons stated on the record, the motion to dismiss is denied. PTC adj to 12/13/06 at 4:30 p.m. JPPTS to be filed by 12/8/06-Plaintiff counsel to pay $585 to Defendant's counsel by 12/13/06. (js, ) (Entered: 12/05/2006) |
| 12/04/2006 | 21 | ORDER denying 7 MOTION to Dismiss *the Counterclaim of Entral Group International, LLC*. filed by North American Karaoke-Works Trade Association, Inc., (Signed by Judge Laura Taylor Swain on 12/1/06) (cd, ) (Entered: 12/04/2006) |
| 12/13/2006 | | Minute Entry for proceedings held before Judge Laura Taylor Swain : Interim Pretrial Conference held on 12/13/2006. Plaintiff's claims in this action dismissed with prejudice for failure to comply with original order and failure to comply with further extended date and failure to comply with order to make payment to defense counsel for the reasons stated on the record. Deft to notify court by 12/18/2006 at to his counter-claims. (jar, ) (Entered: 12/22/2006) |
| 12/18/2006 | 22 | ORDER: For the reasons stated on the record at the 12/13/2006, conference in this matter, the plaintiff's claims are hereby dismissed with prejudice. (Signed by Judge Laura Taylor Swain on 12/13/2006) (lb, ) (Entered: 12/19/2006) |
| 12/20/2006 | 23 | ENDORSED LETTER addressed to Judge Swain from David Hoffman dated 12/15/06 re conference set for 12/13 at the 12/1/06 conference: counsel's attentionis directed to the public docket in this matter, on which the 12/13/06 conference date has been displayed since 12/5/06. Counsel may contact the undersigned's Courtroom Deputy for information as to how to order a transcript of the recording of the conference. (Signed by Judge Laura Taylor Swain on 12/18/06) (cd, ) (Entered: 12/20/2006) |
| 12/22/2006 | 24 | ENDORSED LETTER addressed to Judge Swain from Robert Hanlon dated 12/22/06 re EGI intends to continue with its counterclaims: the Court understands that counterclaim-plntf intends to continue its claims. Counterclaim deft shall serve and file any opposition to the application to strike pleadings no later than 12/29/06. (Signed by Judge Laura Taylor Swain on 12/22/06) (cd, ) (Entered: 12/26/2006) |
| 12/27/2006 | 25 | ENDORSED LETTER addressed to Judge Sidney H. Stein from David J. Hoffman dated 12/27/2006 re: to I am requesting an extension until |

| | | |
|---|---|---|
| | | January 5,2007. Responses due by 1/5/2007. ENDORSEMENT: SO ORDERED. (Signed by Judge Sidney H. Stein on 12/27/2006) (PartI) (jmi, ) (Entered: 12/28/2006) |
| 01/05/2007 | 26 | MEMORANDUM OF LAW in Opposition *to Defendants Request to Strike Pleadings and for Reconsideration*. Document filed by North American Karaoke-Works Trade Association, Inc.. (Hoffman, David) (Entered: 01/05/2007) |
| 01/05/2007 | 27 | DECLARATION of David J. Hoffman in Opposition. Document filed by North American Karaoke-Works Trade Association, Inc.. (Hoffman, David) (Entered: 01/05/2007) |
| 01/05/2007 | 28 | MEMORANDUM OF LAW in Opposition *to Motion to Strike Pleadings and for Reconsideration*. Document filed by North American Karaoke-Works Trade Association, Inc.. (Hoffman, David) (Entered: 01/05/2007) |
| 01/11/2007 | 29 | TRANSCRIPT of proceedings held on 12/1/2006 before Judge Laura Taylor Swain. (aba, ) (Entered: 01/11/2007) |
| 01/17/2007 | 30 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Robert E. Hanlon dated 1/11/2007 re: requesting a 1 week extension, until 1/26/2007, to submit EGI's response to North American Karoke-Works Trade Association's Memorandum of Law in Support of Plaintiff's and Counterclaim Defendants' opposition to the striking of pleadings and for reconsideration. ENDORSEMENT: The request is Granted. So Ordered. (Signed by Judge Laura Taylor Swain on 1/16/2007) (lb) (Entered: 01/18/2007) |
| 01/17/2007 | | Set/Reset Deadlines: Responses due by 1/26/2007 (lb) (Entered: 01/18/2007) |
| 01/22/2007 | 31 | AFFIDAVIT OF SERVICE of Counterclaim Plaintiff's 01/11/07 Endorsed Letter to Judge Swain served on David J. Hoffman on 01/22/07. Service was made by Fax. Document filed by Entral Group International, LLC. (Attachments: # 1 Exhibit A)(Hanlon, Robert) (Entered: 01/22/2007) |