UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

NORTH AMERICAN KARAOKE-WORKS
TRADE ASSOCIATION,

        Plaintiff,

-v-                                        No. 06 Civ. 5158 (LTS)(MHD)

ENTRAL GROUP INTERNATIONAL, LLC,

        Defendant.

-------------------------------------------------------x



## ORDER

        In reviewing Plaintiff's opposition papers in connection with the pending motion to strike the pleadings and Plaintiff's motion for reconsideration, the Court observed that Plaintiff not only failed to provide courtesy copies of his papers as required by the undersigned's Individual Practices Rules, but also failed to file the exhibits purportedly attached to counsel's affidavit. The Court further noted that counsel contends in the affidavit that there is no record of the pretrial conference held on December 13, 2006. As counsel could have learned had he queried Chambers (or, presumably, opposing counsel, who did attend that conference), an audio record was made of that conference.

        It is hereby

        ORDERED, that plaintiff's counsel shall file (with courtesy copies for Chambers) and serve on opposing counsel, no later than February 1, 2007, a complete copy of his affidavit and the exhibits thereto. It is further

        ORDERED, that, if counsel wishes the Court to consider the transcript of the December 13, 2006, conference in connection with the pending motions, he must request the transcript immediately and provide copies of it to the Court and to opposing counsel no later than February 9, 2007. A transcript order form with the necessary contact information is attached to this Order.

Dated: New York, New York
       January 30, 2007

                                                            LAURA TAYLOR SWAIN
                                                           United States District Judge