UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

NORTH AMERICAN KARAOKE-WORKS
TRADE ASSOCIATION, INC.

                Plaintiff,

  -v-

ENTRAL GROUP INTERNATIONAL,

                Defendant.
------------------------------------------------------------------- X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

06 Civ. 5158 (LTS)(MHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/07

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement* (Principals to participate as required by Magistrate Judge)

_X_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: Default Judgment

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                March 16, 2007

                                                LAURA TAYLOR SWAIN
                                                United States District Judge