```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH AMERICAN KARAOKE-WORKS TRADE  :
ASSOCIATION, INC.,                  :
                                                  3/21/07
              Plaintiff,            :      ORDER
                                    :
         -against-                  :      06 Civ. 5158 (LTS)(MHD)
                                    :
ENTRAL GROUP INTERNATIONAL,         :
              Defendant.
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby

ORDERED that a conference has been scheduled in the above-captioned action on **MARCH 28, 2007 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

North American Karaoke-Works Trade Association, Inc. v. Entral Group International, LLC                    Doc. 38

Dated: New York, New York
       March 21, 2007

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been mailed today to:

David John Hoffman, Esq.
Law Office David J. Hoffman
29 Broadway
27th Floor
New York, NY 10006

Robert Eliot Hanlon, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016