

Waveform Envelope Phase Plot

Spectogram Comparison of Y & N Versions of AVSEQ01



audio-Audio for AVSEQ01.txt

"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS audio-Audio
for AVSEQ01.wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO
RECORDING:
 - analysis has not been performed
-------------------------------------------------
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [48 ; 62] revealed the following harmonics:
1.        61.86 Hz
2.        61.79 Hz ✓
3.        61.685 Hz
4.        61.615 Hz
Scanning accuracy: High
-----------------------------------------------------------------------
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
Detected 4 points of abrupt change in phase:
1. 04"845_ms         phase break -1.34967
2. 01'56"   phase break -1.13108
3. 02'48"   phase break -0.85101
4. 03'12"   phase break 4.4551
Phase accuracy: High
Narrow-band filter: Enabled
Noise cancellation: Enabled
-------------------------------------------------
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
 - analysis has not been performed
-------------------------------------------------
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
 - the analysis revealed no signs of tampering
-------------------------------------------------

Audio for 00765 (44100 Hz).txt
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS Audio for
00765 (44100 Hz).wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO
RECORDING:
 - analysis has not been performed
-----------------------------------------------------
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [48 ; 62] revealed the following harmonics:
1.        61.79 Hz ✓
2.        61.72 Hz
3.        61.51 Hz
4.        61.405 Hz
Scanning accuracy: High
-------------------------------------------------------------------------------
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
Detected 11 points of abrupt change in phase:
1. 52"873_ms            phase break -2.09042
2. 01'00"   phase break -2.11325
3. 01'12"   phase break -1.6371
4. 01'32"   phase break 1.255
5. 01'44"   phase break -1.33312
6. 02'16"   phase break -1.52227
7. 02'28"   phase break -1.97804
8. 02'40"   phase break -3.55303
9. 02'52"   phase break 2.36845
10. 03'16"            phase break -1.89522
11. 03'32"            phase break -1.17186
Phase accuracy: High
Narrow-band filter: Enabled
Noise cancellation: Enabled
-----------------------------------------------------
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
 - analysis has not been performed
-----------------------------------------------------
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
- the analysis revealed no signs of tampering
-----------------------------------------------------

Audio for 00765 (2) (44100 Hz).txt
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS Audio for
00765 (2) (44100 Hz).wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO
RECORDING:
 - analysis has not been performed
-------------------------------------------------
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [48 ; 62] revealed the following harmonics:
1.        61.79 Hz ✓
2.        61.72 Hz
3.        61.51 Hz
4.        61.405 Hz
Scanning accuracy: High
-----------------------------------------------------------------------------------
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
Detected 15 points of abrupt change in phase:
1. 04"845_ms          phase break 4.48796
2. 16"852_ms          phase break -4.38727
3. 40"866_ms          phase break 0.674196
4. 48"870_ms          phase break -1.65434
5. 56"875_ms          phase break -1.89406
6. 01'08"   phase break -1.02165
7. 01'40"   phase break -0.716388
8. 02'24"   phase break -1.36006
9. 02'32"   phase break -2.68168
10. 02'40"          phase break -1.70465
11. 02'48"          phase break 1.70394
12. 02'56"          phase break 0.959711
13. 03'04"          phase break -0.988099
14. 03'12"          phase break -2.06177
15. 03'28"          phase break -0.689586
Phase accuracy: High
Narrow-band filter: Enabled
Noise cancellation: Enabled
-------------------------------------------------
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
 - analysis has not been performed
-------------------------------------------------
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
- the analysis revealed no signs of tampering
-------------------------------------------------

Page 1