North American Karaoke-Works Trade Association, Inc. v. Entral Group International, LLC    Doc. 41 Att. 6
Case 1:06-cv-05158-LTS-MHD    Document 41-7    Filed 04/20/2007    Page 1 of 2



Dockets.Justia.com

