

Waveform Plot - Y & N Versions of AVSEQ01



Waveform Plot - AVSEQ01 Plus Y & N Versions

AVSEQ02_01.Left.txt
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS
AVSEQ02_01.L.wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO RECORDING:
- analysis has not been performed
---------------------------------------------------
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [58 ; 62] revealed the following harmonics:
1.      61.94 Hz
2.      61.8 Hz
3.      61.73 Hz
4.      61.88 Hz
Scanning accuracy: High
---------------------------------------------------
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
Detected 17 points of abrupt change in phase:
1. 16"852_ms          phase break -7.96368
2. 28"859_ms          phase break -1.88058
3. 44"868_ms          phase break -0.774706
4. 01'32"             phase break 5.52139
5. 02'28"             phase break 2.9458
6. 02'36"             phase break -1.1189
7. 03'32"             phase break -2.44588
8. 03'44"             phase break -1.33016
9. 03'52"             phase break -2.52395
10. 04'00"            phase break -1.66676
11. 04'20"            phase break 1.34313
12. 04'28"            phase break -1.66245
13. 04'53"            phase break 1.89893
14. 05'17"            phase break -0.888711
15. 06'01"            phase break -1.17479
16. 06'09"            phase break -1.42647
17. 06'25"            phase break -1.73118
Phase accuracy: High
Narrow-band filter: Enabled
Noise cancellation: Enabled
---------------------------------------------------
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
- analysis has not been performed
---------------------------------------------------
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
- the analysis revealed no signs of tampering
---------------------------------------------------

Audio for AVSEQ02_right.txt
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS
AVSEQ02_01.R.wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO RECORDING:
- analysis has not been performed
------------------------------------------------
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [58 ; 62] revealed the following harmonics:
1.     61.94 Hz
2.     61.88 Hz
3.     61.73 Hz
4.     61.8 Hz ✓
Scanning accuracy: High
------------------------------------------------
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
Detected 18 points of abrupt change in phase:
1. 20"854_ms       phase break -3.23104
2. 28"859_ms       phase break -1.63628
3. 44"868_ms       phase break -0.701933
4. 01'24"          phase break 2.22797
5. 02'28"          phase break 1.37773
6. 02'40"          phase break -0.875102
7. 02'56"          phase break -1.91356
8. 03'08"          phase break 0.88346
9. 03'32"          phase break -2.40889
10. 03'52"         phase break -1.32158
11. 04'04"         phase break -1.70161
12. 04'20"         phase break 1.11451
13. 04'28"         phase break -0.900373
14. 04'53"         phase break 1.76706
15. 05'17"         phase break -1.17692
16. 05'25"         phase break 2.97687
17. 05'37"         phase break 0.829459
18. 06'09"         phase break -0.894102
Phase accuracy: High
Narrow-band filter: Enabled
Noise cancellation: Enabled
------------------------------------------------
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
  - analysis has not been performed
------------------------------------------------
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
- the analysis revealed no signs of tampering

Page 1

Audio for Y20975 left_mono.txt
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS Audio for 20975 left_mono.wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO RECORDING:
 - analysis has not been performed
-----------------------------------------------
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [48 ; 62] revealed the following harmonics:
1.      48.315 Hz
2.      56.645 Hz
3.      61.93 Hz
4.      61.825 Hz ✓
Scanning accuracy: High
-----------------------------------------------
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
No abrupt changes in phase located
-----------------------------------------------
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
 - analysis has not been performed
-----------------------------------------------
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
 - the analysis revealed no signs of tampering
-----------------------------------------------

Audio for Y20975 right_mono.txt
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS Audio for 20975 right_mono.wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO RECORDING:
- analysis has not been performed
---

RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [48 ; 62] revealed the following harmonics:
1.   59.41 Hz
2.   61.825 Hz ✓
3.   61.685 Hz
4.   61.58 Hz
Scanning accuracy: High
---

RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
Detected 3 points of abrupt change in phase:
1. 12"850_ms          phase break 1.83946
2. 36"863_ms          phase break -1.06597
3. 48"870_ms          phase break 0.970495
Phase accuracy: High
Narrow-band filter: Enabled
Noise cancellation: Enabled
---

RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
- analysis has not been performed
---

RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
- the analysis revealed no signs of tampering
---

Audio for N20975 (2) left_mono.txt
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS Audio for 20975 (2) left_mono.wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO RECORDING:
 - analysis has not been performed
--------------------------------------------------
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [48 ; 62] revealed the following harmonics:
1.      48.315 Hz
2.      56.645 Hz
3.      61.93 Hz
4.      61.825 Hz ✓
Scanning accuracy: High
--------------------------------------------------
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
No abrupt changes in phase located
--------------------------------------------------
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
 - analysis has not been performed
--------------------------------------------------
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
 - the analysis revealed no signs of tampering
--------------------------------------------------

Audio for 20975 (2) right_mono.txt (N)
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS Audio for 20975 (2) right_mono.wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO RECORDING:
 - analysis has not been performed
-----------------------------------------------
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [48 ; 62] revealed the following harmonics:
1.   59.41 Hz
2.   61.825 Hz ✓
3.   61.685 Hz
4.   61.58 Hz
Scanning accuracy: High
-----------------------------------------------
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
Detected 3 points of abrupt change in phase:
1. 12"850_ms        phase break 1.83946
2. 36"863_ms        phase break -1.06597
3. 48"870_ms        phase break 0.970495
Phase accuracy: High
Narrow-band filter: Enabled
Noise cancellation: Enabled
-----------------------------------------------
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
 - analysis has not been performed
-----------------------------------------------
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
- the analysis revealed no signs of tampering
-----------------------------------------------

