



AVSEQ02 / "Y" Intro Waveform Comparison