

Spectrogram Comparison of Y & N Versions of AVSEQ02




AVSEQ03.txt
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS audio-Audio for AVSEQ03.wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO RECORDING:
 - analysis has not been performed
------------------------------------------------
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [58 ; 62] revealed the following harmonics:
1.	61.97 Hz
2.	61.93 Hz
3.	61.89 Hz
4.	61.84 Hz
Scanning accuracy: High
------------------------------------------------
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
Detected 10 points of abrupt change in phase:
1. 04"845_ms	phase break 0.852553
2. 12"850_ms	phase break 3.19788
3. 36"863_ms	phase break -1.12944
4. 56"875_ms	phase break -1.3478
5. 01'16"	phase break -1.32362
6. 01'28"	phase break -1.32826
7. 02'28"	phase break -1.49694
8. 03'04"	phase break 1.04959
9. 03'28"	phase break 0.883919
10. 03'36"	phase break -0.864583
Phase accuracy: High
Narrow-band filter: Enabled
Noise cancellation: Enabled
------------------------------------------------
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
  - analysis has not been performed
------------------------------------------------
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
- the analysis revealed no signs of tampering
------------------------------------------------

Audio for 20973 (44100 Hz).txt
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS Audio for 20973 (44100 Hz).wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO RECORDING:
 - analysis has not been performed
---
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [58 ; 62] revealed the following harmonics:
1.      61.95 Hz ✓
2.      61.89 Hz ✓
3.      61.87 Hz
4.      61.85 Hz
Scanning accuracy: High
---
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
Detected 6 points of abrupt change in phase:
1. 12"850_ms      phase break -2.64402
2. 40"866_ms      phase break -1.85979
3. 52"873_ms      phase break -0.966632
4. 01'16"   phase break -1.26838
5. 01'28"   phase break -0.781946
6. 02'32"   phase break -1.63883
Phase accuracy: High
Narrow-band filter: Enabled
Noise cancellation: Enabled
---
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
 - analysis has not been performed
---
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
 - the analysis revealed no signs of tampering
---

Audio for 20973 (2) (44100 Hz).txt
"EdiTracker" Firmware, STC, Copyright (C) 2004-2005

CONCLUSIONS BASED ON THE AUDIO RECORDING ANALYSIS FINDINGS Audio for 20973 (2) (44100 Hz).wav:

RESULTS OF SEARCH FOR INDICATORS OF DIGITAL PROCESSING IN THE AUDIO RECORDING:
 - analysis has not been performed
-----------------------------------------------------
RESULTS OF AUDIO RECORDING SPECTRUM ESTIMATION:
Signal analysis in the range [58 ; 62] revealed the following harmonics:
1.      61.95 Hz ✓
2.      61.89 Hz ✓
3.      61.87 Hz
4.      61.85 Hz
Scanning accuracy: High
-----------------------------------------------------
RESULTS OF SEARCH FOR PHASING ANOMALIES IN STABLE TECHNICAL SIGNALS:
Detected 6 points of abrupt change in phase:
1. 12"850_ms       phase break -2.42867
2. 40"866_ms       phase break -1.9381
3. 52"873_ms       phase break -0.968663
4. 01'16"    phase break -1.25965
5. 01'28"    phase break -0.778516
6. 02'32"    phase break -1.63968
Phase accuracy: High
Narrow-band filter: Enabled
Noise cancellation: Enabled
-----------------------------------------------------
RESULTS OF SEARCH FOR DISCONTINUITIES IN BACKGROUND NOISE PARAMETERS:
 - analysis has not been performed
-----------------------------------------------------
RESULTS OF AUDITORY ANALYSIS OF THE AUDIO RECORDING:
 - the analysis revealed no signs of tampering
-----------------------------------------------------