

AVSEQ03    Y20973    Y20973

# Audio Video Forensic Lab

3 Neptune Rd., Suite Q14B
Poughkeepsie NY 12601
(845) 463-3116 phone/fax
(845) 797-3850 cell

**CV of Robert Sanderson**

**Title**
Audio Video Forensic Analyst

**Experience**
Jan. 2005 - Present
Audio Video Forensic Lab Poughkeepsie, NY
Owner, Forensic Analyst, Engineer

Skills: Audio and video enhancement, restoration, clarification, authentication, noise reduction, de-multiplexing and stabilization, voice identification.

**Specific Forensic Education**
General:
NY Institute for Forensic Audio: Forensic Audio, Forensic Video, Voice Identification, and Court Testimony – Certificate of Completion

Forensic VIDEO Training:
Avid Forensic Suite Training, Certificate of Completion from Ocean Systems.
Video Analyst NASA VISAR Forensic System, Certificate of Completion from Intergraph Corp.

Forensic AUDIO Training:
Forensic Audio Enhancement, Certificate of Completion from Enhanced Audio.
Audio Authentication: JBR Tech - Former FBI specialist James B. Reames
Advanced Forensic Audio: Digital Audio Corporation, Certificate of Completion

1995 - 2005
SVS Television Productions Poughkeepsie, NY
President, Chief Engineer
Produced Corporate Sales and PR Programs. Wrote, shot, and edited all programs. Designed and built facilities. Clients include IBM, Phillip Morris, Laerdal and Duracell. Produced DVD's and Interactive CD-Rom Projects for Pepsi, Marsh and other Fortune 500 Companies.

1981 - 1995
Soundscape Recording Studios, Poughkeepsie
President, Chief Engineer
Chief Engineer on over 1,000 Recording Sessions. Designed and built facilities.



**International Association of Identification Member**