Audio Video Forensic Lab

# Invoice

3 Neptune Rd.
Suite Q14b
Poughkeepsie, NY 12601

| Date | Invoice # |
|---|---|
| 12/14/2006 | 122 |

**Bill To**

Alston & Bird LLP
90 Park Avenue
New York, NY
10016

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Retainer Re: Forensic Evaluation of Musical Works; Entral Group v. YHLC | 8,400.00 | 8,400.00 |
| 12 | Addl. Hours re: Extra Work to Evaluate Y and N Recordings | 175.00 | 2,100.00 |
| 1 | FedEx of Report | 40.00 | 40.00 |
|  | Due Immediately Upon Receipt |  |  |

**Total** $10,540.00

## Audio Video Forensic Lab

3 Neptune Rd., Suite Q14B
Poughkeepsie NY 12601
(845) 463-3116 phone/fax
(845) 797-3850 cell
robert.w.sanderson@verizon.net

Cases in which the witness has testified:

1. Deposition
   Atlantic Mutual Insurance Company a/s/o Tessco Technologies, Inc. v. Mayor and City Council of Baltimore, et al. Case No. 24-C-03-00617 Circuit Court of Baltimore

2. Deposition
   Crites v. Holt, Summit County Case No. CV 2004-10-6178, Judge Cosgrove