# SEE ALSO
# EXHIBIT D
## DISC

