# EXHIBIT E
## Audio visual file submitted on disc

