Billed and Unbilled Recap Of Time Detail (1430) NAKTA Litigation - 546
Client:048966 - Entral Group International    4/18/2007 12:22:47 PM

| Date | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|
| 07/07/2006 | SARAH HSIA | 0.50 | 182.50 | reviewing complaint by NAKTA filed in SDNY |
| 09/28/2006 | Invoice=10091504 | 0.50 | 182.50 | |
| 07/10/2006 | BROOK CLARK | 1.60 | 608.00 | Reviewed and analyzed complaint filed by NAKTA; |
| 09/28/2006 | Invoice=10091504 | 1.60 | 608.00 | conference with B. Hanlon regarding strategy; |
| | | | | conference with N. Chai regarding same. |
| 07/19/2006 | BROOK CLARK | 5.80 | 2,204.00 | Reviewed and notated NAKTA's declaratory |
| 09/28/2006 | Invoice=10091504 | 5.80 | 2,204.00 | judgment complaint; began drafting answer and |
| | | | | counterclaim. |
| 07/20/2006 | BROOK CLARK | 2.30 | 874.00 | Continued drafting Answer and Counterclaim; |
| 09/28/2006 | Invoice=10091504 | 2.30 | 874.00 | conference with B. Hanlon regarding same. |
| 07/20/2006 | SARAH THOMAS | 1.70 | 238.00 | Update case binders with new documents. |
| 09/28/2006 | Invoice=10091504 | 1.70 | 238.00 | |
| 07/24/2006 | BROOK CLARK | 0.80 | 304.00 | Revised Answer and Counterclaim. |
| 09/28/2006 | Invoice=10091504 | 0.80 | 304.00 | |
| 07/25/2006 | SARAH THOMAS | 0.80 | 112.00 | Update case binders with new documents. |
| 09/28/2006 | Invoice=10091504 | 0.80 | 112.00 | |
| 07/25/2006 | BROOK CLARK | 0.30 | 114.00 | Continued drafting Answer and Counterclaim. |
| 09/28/2006 | Invoice=10091504 | 0.30 | 114.00 | |
| 07/26/2006 | SARAH THOMAS | 0.40 | 56.00 | Update case spreadsheet and calendar. |
| 09/28/2006 | Invoice=10091504 | 0.40 | 56.00 | |
| 07/26/2006 | ROBERT HANLON | 2.10 | 1,228.50 | Review and revise copmlaint. |
| 09/28/2006 | Invoice=10091504 | 2.10 | 1,228.50 | |
| 07/26/2006 | BROOK CLARK | 3.40 | 1,292.00 | Continued drafting Answer and Counterclaim; |
| 09/28/2006 | Invoice=10091504 | 3.40 | 1,292.00 | conference with B. Hanlon and N. Chai regarding |
| | | | | same; revised Answer and Counterclaim. |
| 07/27/2006 | KIM FITZGERALD | 1.00 | 100.00 | Electronically filed Answer and Counterclaim |
| 09/28/2006 | Invoice=10091504 | 1.00 | 100.00 | and Rule 7.1 Statement. |
| 07/27/2006 | ROBERT HANLON | 1.60 | 936.00 | Review and revise copmlaint. |
| 09/28/2006 | Invoice=10091504 | 1.60 | 936.00 | |
| 07/27/2006 | BROOK CLARK | 1.40 | 532.00 | Reviewed and revised Answer and Counterclaim; |
| 09/28/2006 | Invoice=10091504 | 1.40 | 532.00 | prepared papers for filing; conference with B. |
| | | | | Hanlon and P. Lewis regarding same; conference |
| | | | | with D. Hoffman regarding service. |
| 07/27/2006 | SARAH THOMAS | 1.50 | 210.00 | Update case binders with new documents. Filing |
| 09/28/2006 | Invoice=10091504 | 1.50 | 210.00 | of answer, counterclaims, rule 7.1 statement. |
| 07/28/2006 | SARAH THOMAS | 1.00 | 140.00 | Update case binders with new documents. |
| 09/28/2006 | Invoice=10091504 | 1.00 | 140.00 | |
| 08/02/2006 | SARAH THOMAS | 1.00 | 140.00 | Update case binders with new documents. Update |
| 09/28/2006 | Invoice=10091504 | 1.00 | 140.00 | spreadsheet and calendars. |
| 08/03/2006 | SARAH THOMAS | 0.60 | 84.00 | Update case binders with new documents. |
| 09/28/2006 | Invoice=10091504 | 0.60 | 84.00 | |

Dockets.Justia.com

Billed and Unbilled Recap Of Time Detail - 81430 - NAKTA Litigation - [546]
Client:048966 - Entral Group International   4/18/2007 12:22:47 PM

| Date | Name / Invoice Number | Hours | Amount | Description |
|------|----------------------|-------|--------|-------------|
| 08/03/2006 | KIM FITZGERALD | 1.00 | 100.00 | Traveled to SDNY and had summonses issued for |
| 09/28/2006 | Invoice=10091504 | 1.00 | 100.00 | our counterclaim. |
| 08/04/2006 | SARAH THOMAS | 0.40 | 56.00 | Update calendars and case materials. |
| 09/28/2006 | Invoice=10091504 | 0.40 | 56.00 | |
| 08/11/2006 | SARAH THOMAS | 0.20 | 28.00 | Update case binder with new documents and |
| 09/28/2006 | Invoice=10091504 | 0.20 | 28.00 | update spreadsheet. |
| 08/14/2006 | KIM FITZGERALD | 0.60 | 60.00 | Electronically filed summons with affidavit of |
| 09/28/2006 | Invoice=10091504 | 0.60 | 60.00 | service. |
| 08/16/2006 | BROOK CLARK | 0.10 | 38.00 | Conference with D. Hoffman regarding extension |
| 09/28/2006 | Invoice=10091504 | 0.10 | 38.00 | of time to file answer; conference with B. |
| | | | | Hanlon regarding same. |
| 08/16/2006 | SARAH THOMAS | 0.40 | 56.00 | Update case binders with new documents. |
| 09/28/2006 | Invoice=10091504 | 0.40 | 56.00 | |
| 08/18/2006 | SARAH THOMAS | 1.00 | 140.00 | Update case binders with new documents. |
| 09/28/2006 | Invoice=10091504 | 1.00 | 140.00 | |
| 08/21/2006 | ROBERT HANLON | 1.10 | 643.50 | Review materials for response. |
| 09/28/2006 | Invoice=10091504 | 1.10 | 643.50 | |
| 08/21/2006 | SARAH THOMAS | 0.50 | 70.00 | Update case binders with new documents. |
| 09/28/2006 | Invoice=10091504 | 0.50 | 70.00 | |
| 08/25/2006 | BROOK CLARK | 0.70 | 266.00 | Reviewed and analyzed NAKTA's motion to Dismiss |
| 09/28/2006 | Invoice=10091504 | 0.70 | 266.00 | EGI's counterclaims; conference with B. Hanlon |
| | | | | regarding same. |
| 08/25/2006 | KIM FITZGERALD | 1.00 | 100.00 | Traveled to SDNY and filed summons with |
| 09/28/2006 | Invoice=10091504 | 1.00 | 100.00 | affidavit of service. |
| 08/30/2006 | BROOK CLARK | 0.40 | 152.00 | Motion to dismiss. |
| 09/28/2006 | Invoice=10091504 | 0.40 | 152.00 | |
| 08/30/2006 | ANTHONY SMITH | 0.70 | 122.50 | Researched and obtained all cases cited in |
| | | | | motion to dismiss. |
| 09/28/2006 | Invoice=10091504 | 0.70 | 122.50 | NAKWTA's memorandum of law in support of their |
| 08/31/2006 | NICOLE JACOBY | 4.70 | 1,222.00 | Confer with B. Clark.  Review defendant's |
| 09/28/2006 | Invoice=10091504 | 4.70 | 1,222.00 | counterclaim and draft response. |
| 08/31/2006 | BROOK CLARK | 0.60 | 228.00 | Reviewed and analyzed motion to dismiss |
| 09/28/2006 | Invoice=10091504 | 0.60 | 228.00 | counterclaim, conference with N. Jacoby |
| | | | | regarding research and response to motion. |
| 08/31/2006 | SARAH THOMAS | 1.50 | 210.00 | Update case binders with new documents. |
| 09/28/2006 | Invoice=10091504 | 1.50 | 210.00 | |
| 09/01/2006 | NICOLE JACOBY | 3.10 | 806.00 | Review defendant's counterclaim and draft |
| 10/17/2006 | Invoice=10095656 | 3.10 | 806.00 | response. |
| 09/05/2006 | SARAH HSIA | 0.70 | 255.50 | Meeting with Brook Clark re NAKTA motion to |
| 10/17/2006 | Invoice=10095656 | 0.70 | 255.50 | dismiss counterclaim. |

| Date | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|
| 09/05/2006 | BROOK CLARK | 2.60 | 988.00 | Reviewed and notated NAKTA's motion to dismiss; |
| 10/17/2006 | Invoice=10095656 | 2.60 | 988.00 | reviewed and analyzed research relating to |
| | | | | EGI's claims against NAKTA in preparation for |
| | | | | responding to NAKTA's motion to dismiss; |
| | | | | conference with S. Hsia regarding responding to |
| | | | | motion. |
| 09/05/2006 | SARAH THOMAS | 2.50 | 350.00 | Update case binders with new documents. |
| 10/17/2006 | Invoice=10095656 | 2.50 | 350.00 | |
| 09/06/2006 | SARAH THOMAS | 0.40 | 56.00 | Update status spreadsheet and calendars; |
| 10/17/2006 | Invoice=10095656 | 0.40 | 56.00 | circulate same to legal team. |
| 09/06/2006 | SARAH THOMAS | 1.00 | 140.00 | Update case binders with new documents. |
| 10/17/2006 | Invoice=10095656 | 1.00 | 140.00 | |
| 09/06/2006 | BROOK CLARK | 0.30 | 114.00 | Conference with S. Hsia regarding responding to |
| 10/17/2006 | Invoice=10095656 | 0.30 | 114.00 | Motion to Dismiss; conference with D. Hoffman |
| | | | | regarding same. |
| 09/08/2006 | SARAH HSIA | 0.50 | 182.50 | Drafting, filing and serving unopposed motion |
| 10/17/2006 | Invoice=10095656 | 0.50 | 182.50 | for extension of time. |
| 09/08/2006 | KIM FITZGERALD | 1.00 | 100.00 | Electronically filed motion to extend time to |
| 10/17/2006 | Invoice=10095656 | 1.00 | 100.00 | respond to motion to dismiss counter claims and |
| | | | | dropped off courtesy copy. |
| 09/08/2006 | BROOK CLARK | 0.40 | 152.00 | Conference with B. Hanlon regarding status and |
| 10/17/2006 | Invoice=10095656 | 0.40 | 152.00 | strategy, including responding to NAKTA's |
| | | | | motion to dismiss EGI's counterclaims. |
| 09/08/2006 | ROBERT HANLON | 2.00 | 1,170.00 | Meet with Nic, Brook and Rich Levinson. |
| 10/17/2006 | Invoice=10095656 | 2.00 | 1,170.00 | |
| 09/08/2006 | SARAH THOMAS | 0.20 | 28.00 | Update case binders with new documents. |
| 10/17/2006 | Invoice=10095656 | 0.20 | 28.00 | |
| 09/12/2006 | DAVID EKLUND | 2.20 | 572.00 | Reviewing case file and researching law |
| 10/17/2006 | Invoice=10095656 | 2.20 | 572.00 | regarding Plaintiff's Motion to Dismiss. |
| 09/12/2006 | DAVID EKLUND | 0.50 | 130.00 | Meeting regarding Response to Motion to Dismiss |
| 10/17/2006 | Invoice=10095656 | 0.50 | 130.00 | |
| 09/13/2006 | DAVID EKLUND | 3.30 | 858.00 | Research for Response Brief to Motion to |
| 10/17/2006 | Invoice=10095656 | 3.30 | 858.00 | Dismiss.  Writing Response Brief to Motion to |
| | | | | Dismiss |
| 09/13/2006 | SARAH THOMAS | 0.30 | 42.00 | Update case binders with new documents. |
| 10/17/2006 | Invoice=10095656 | 0.30 | 42.00 | |
| 09/14/2006 | ROBERT HANLON | 1.50 | 877.50 | Attention to Brief; e-mail to Nic re: status |
| 10/17/2006 | Invoice=10095656 | 1.50 | 877.50 | and declaration |
| 09/14/2006 | DAVID EKLUND | 8.40 | 2,184.00 | Writing Brief. |
| 10/17/2006 | Invoice=10095656 | 8.40 | 2,184.00 | |
| 09/15/2006 | ROBERT HANLON | 0.10 | 58.50 | E-mail to Nic re: status of filing and to |

| Date | Name / Invoice Number | Hours | Amount | Description |
|------|------------------------|-------|--------|-------------|
| 10/17/2006 | Invoice=10095656 | 0.10 | 58.50 | coordinate signing of declaration. |
| | | | | |
| 09/18/2006 | ROBERT HANLON | 3.00 | 1,755.00 | Finalize Hanlon and Chai Declarations; e-mails |
| 10/17/2006 | Invoice=10095656 | 3.00 | 1,755.00 | to and from Nic re: same; attention to |
| | | | | electronic filing of Motion to Dismiss |
| | | | | Counterclaim |
| | | | | |
| 09/18/2006 | DAVID EKLUND | 7.60 | 1,976.00 | Preparing Declarations.  Writing Brief for |
| 10/17/2006 | Invoice=10095656 | 7.60 | 1,976.00 | Response to Motion to Dismiss. |
| | | | | |
| 09/18/2006 | SARAH THOMAS | 1.40 | 196.00 | Preparation and filing of Reply in Opposition |
| 10/17/2006 | Invoice=10095656 | 1.40 | 196.00 | of to Motion to Dismiss Counterclaim. |
| | | | | |
| 09/18/2006 | ANTHONY SMITH | 1.50 | 262.50 | Cite checked responding memorandum of law to |
| 10/17/2006 | Invoice=10095656 | 1.50 | 262.50 | plaintiff and counterclaim defendant's motion |
| | | | | to dismiss the counterclaim. |
| | | | | |
| 09/18/2006 | BROOK CLARK | 0.30 | 114.00 | Reviewed and analyzed N. Chai Declaration in |
| 10/17/2006 | Invoice=10095656 | 0.30 | 114.00 | support of EGI's response to NAKTA's motion to |
| | | | | dismiss; conference with B. Hanlon and D. |
| | | | | Elkund regarding same. |
| | | | | |
| 09/19/2006 | SARAH THOMAS | 0.80 | 112.00 | Update case binders with new documents. |
| 10/17/2006 | Invoice=10095656 | 0.80 | 112.00 | |
| | | | | |
| 09/19/2006 | ROBERT HANLON | 3.50 | 2,047.50 | Review and revise response regarding motion to |
| 10/17/2006 | Invoice=10095656 | 3.50 | 2,047.50 | dismiss counterclaims. |
| | | | | |
| 09/20/2006 | SARAH THOMAS | 0.90 | 126.00 | Update case binders with new documents. Update |
| 10/17/2006 | Invoice=10095656 | 0.90 | 126.00 | spreadsheet and calendars. |
| | | | | |
| 09/22/2006 | SARAH THOMAS | 0.90 | 126.00 | Update case binders with new documents. |
| 10/17/2006 | Invoice=10095656 | 0.90 | 126.00 | |
| | | | | |
| 09/25/2006 | SARAH THOMAS | 0.20 | 28.00 | Update case binders with new documents. |
| 10/17/2006 | Invoice=10095656 | 0.20 | 28.00 | |
| | | | | |
| 09/27/2006 | SARAH THOMAS | 0.30 | 42.00 | Update case binders with new documents. |
| 10/17/2006 | Invoice=10095656 | 0.30 | 42.00 | |
| | | | | |
| 09/28/2006 | ROBERT HANLON | 1.00 | 585.00 | Receive and review discovery requests from |
| 10/17/2006 | Invoice=10095656 | 1.00 | 585.00 | opposing counsel; draft letter to David Hoffman |
| | | | | re: discovery requests. |
| | | | | |
| 09/28/2006 | SARAH THOMAS | 0.70 | 98.00 | Update case binders with new documents. |
| 10/17/2006 | Invoice=10095656 | 0.70 | 98.00 | |
| | | | | |
| 09/29/2006 | ROBERT HANLON | 0.10 | 58.50 | Review and forward e-mail to BC and SH re: |
| 10/17/2006 | Invoice=10095656 | 0.10 | 58.50 | computer forensic and electronic discovery |
| | | | | services |
| | | | | |
| 09/29/2006 | ROBERT HANLON | 0.20 | 117.00 | Review letter from opposing counsel re: |
| 10/17/2006 | Invoice=10095656 | 0.20 | 117.00 | discovery requests; forward same to BC and SH. |
| | | | | |
| 10/11/2006 | SARAH THOMAS | 0.20 | 28.00 | Update case binders with new documents. |
| 11/16/2006 | Invoice=10101256 | 0.20 | 28.00 | |
| | | | | |
| 10/13/2006 | SARAH THOMAS | 0.20 | 28.00 | Update case binders with new documents. |

| Date | Name / Invoice Number | Hours | Amount | Description |
|------|-----------------------|-------|--------|-------------|
| 11/16/2006 | Invoice=10101256 | 0.20 | 28.00 | |
| | | | | |
| 10/13/2006 | SARAH HSIA | 0.70 | 255.50 | Telephone call with Judge Swain's chambers re |
| 11/16/2006 | Invoice=10101256 | 0.70 | 255.50 | pre-trial statement; telephone call with Brook |
| | | | | Clark; meeting with with Lara Holzman re same. |
| | | | | |
| 10/13/2006 | LARA HOLZMAN | 0.30 | 156.00 | scheduling pre-trail order issues |
| 11/16/2006 | Invoice=10101256 | 0.30 | 156.00 | |
| | | | | |
| 10/16/2006 | SARAH HSIA | 0.50 | 182.50 | Review and revise letter to Judge Swain re |
| 11/16/2006 | Invoice=10101256 | 0.50 | 182.50 | adjournment of pre-trial conference |
| | | | | |
| 10/16/2006 | SARAH THOMAS | 0.80 | 112.00 | Update case binders with new documents. |
| 11/16/2006 | Invoice=10101256 | 0.80 | 112.00 | |
| | | | | |
| 10/16/2006 | ROBERT HANLON | 1.00 | 585.00 | Prepare letter to Judge Swain re: adjournment; |
| 11/16/2006 | Invoice=10101256 | 1.00 | 585.00 | fax same to court and opposing counsel; e-mail |
| | | | | to Hoffman re: scheduling conference. |
| | | | | |
| 10/17/2006 | ROBERT HANLON | 0.30 | 175.50 | Prepare letter to Judge Swain re: adjournment; |
| 11/16/2006 | Invoice=10101256 | 0.30 | 175.50 | fax same to court and opposing counsel. |
| | | | | |
| 10/18/2006 | SARAH THOMAS | 1.60 | 224.00 | |
| 11/16/2006 | Invoice=10101256 | 0.00 | 0.00 | |
| | | | | |
| 10/19/2006 | SARAH THOMAS | 1.70 | 238.00 | Update case binders with new documents. |
| 11/16/2006 | Invoice=10101256 | 1.70 | 238.00 | |
| | | | | |
| 10/19/2006 | ROBERT HANLON | 1.50 | 877.50 | Prepare for and conduct conference with |
| 11/16/2006 | Invoice=10101256 | 1.50 | 877.50 | opposing counsel. |
| | | | | |
| 10/19/2006 | BROOK CLARK | 2.10 | 798.00 | Reviewed court order regarding Rule 26 |
| 11/16/2006 | Invoice=10101256 | 2.10 | 798.00 | scheduling order and conference; prepared Rule |
| | | | | 26 proposed scheduling order; conference with |
| | | | | B. Hanlon regarding same; conducted Rule 26(f) |
| | | | | conference with B. Hanlon and D. Hoffman. |
| | | | | |
| 10/24/2006 | SARAH THOMAS | 1.80 | 252.00 | |
| 11/16/2006 | Invoice=10101256 | 0.00 | 0.00 | |
| | | | | |
| 10/26/2006 | SARAH THOMAS | 1.00 | 140.00 | Update case binders with new documents. |
| 11/16/2006 | Invoice=10101256 | 1.00 | 140.00 | |
| | | | | |
| 11/08/2006 | SARAH THOMAS | 0.30 | 42.00 | Update case binders with new documents. |
| 12/11/2006 | Invoice=10111334 | 0.30 | 42.00 | |
| | | | | |
| 11/10/2006 | SARAH HSIA | 0.70 | 255.50 | reviewing NAKTA pretrial conference order and |
| 12/11/2006 | Invoice=10111334 | 0.70 | 255.50 | joint report |
| | | | | |
| 11/14/2006 | SARAH HSIA | 0.70 | 255.50 | Drafting pretrial report; |
| 12/11/2006 | Invoice=10111334 | 0.70 | 255.50 | |
| | | | | |
| 11/15/2006 | BROOK CLARK | 0.40 | 152.00 | Reviewed and analyzed Joint Pre-trial |
| 12/11/2006 | Invoice=10111334 | 0.40 | 152.00 | Submission; conference with S. Hsia regarding |
| | | | | same. |
| | | | | |
| 11/15/2006 | SARAH HSIA | 3.00 | 1,095.00 | Drafting 26(f) report; research re same. |
| 12/11/2006 | Invoice=10111334 | 3.00 | 1,095.00 | |

| Date | Name / Invoice Number | Hours | Amount | Description |
|------|----------------------|-------|--------|-------------|
| 11/17/2006 | BROOK CLARK | 0.40 | 152.00 | Reviewed and revised Preliminary Pre-trial |
| 12/11/2006 | Invoice=10111334 | 0.40 | 152.00 | statement; exchanged correspondence with S. |
| | | | | Hsia regarding same. |
| 11/17/2006 | SARAH HSIA | 1.20 | 438.00 | Review and revise 26f report; sending same to |
| 12/11/2006 | Invoice=10111334 | 1.20 | 438.00 | Hoffman. |
| 11/22/2006 | SARAH HSIA | 0.60 | 219.00 | Telephone call to David Hoffman re preliminary |
| 12/11/2006 | Invoice=10111334 | 0.60 | 219.00 | pretrial report in NAKWTA; email to same; |
| 11/24/2006 | SARAH HSIA | 1.80 | 657.00 | Drafting letter to Judge Swain re preliminary |
| 12/11/2006 | Invoice=10111334 | 1.80 | 657.00 | pre-trial report; sending same to Judge Swain |
| | | | | and David Hoffman; finalizing and filing 26f |
| | | | | report. |
| 11/27/2006 | SARAH HSIA | 0.30 | 109.50 | Telephone call with Judge Swain's chambers re |
| 12/11/2006 | Invoice=10111334 | 0.30 | 109.50 | fax on Friday. |
| 11/27/2006 | SARAH THOMAS | 0.30 | 42.00 | Update case binders with new court papers. |
| 12/11/2006 | Invoice=10111334 | 0.30 | 42.00 | |
| 11/27/2006 | ROBERT HANLON | 0.10 | 58.50 | Review status e-mail from SH |
| 12/11/2006 | Invoice=10111334 | 0.10 | 58.50 | |
| 12/01/2006 | SARAH HSIA | 0.40 | 146.00 | preparing papers for pretrial conference before |
| 01/12/2007 | Invoice=10115000 | 0.40 | 146.00 | Judge Swain. |
| 12/01/2006 | ROBERT HANLON | 3.20 | 1,872.00 | Travel to and from Court; attend conference; |
| 01/12/2007 | Invoice=10115000 | 3.20 | 1,872.00 | e-mail to BC, SH and client re: outcome. |
| 12/01/2006 | SARAH THOMAS | 0.70 | 98.00 | Update case binders with new documents. |
| 01/12/2007 | Invoice=10115000 | 0.70 | 98.00 | |
| 12/04/2006 | SARAH THOMAS | 0.50 | 70.00 | Update case binders with new documents. |
| 01/12/2007 | Invoice=10115000 | 0.50 | 70.00 | |
| 12/05/2006 | SARAH THOMAS | 0.30 | 42.00 | Update case binders with new documents. |
| 01/12/2007 | Invoice=10115000 | 0.30 | 42.00 | |
| 12/08/2006 | SARAH HSIA | 0.30 | 109.50 | Meeting with Robert Hanlon re case status; |
| 01/12/2007 | Invoice=10115000 | 0.30 | 109.50 | telephone call with Nic Chai re same; |
| 12/13/2006 | SARAH HSIA | 0.50 | 182.50 | Meeting with Robert Hanlon to prepare for |
| 01/12/2007 | Invoice=10115000 | 0.50 | 182.50 | hearing before Judge Swain |
| 12/13/2006 | ROBERT HANLON | 3.00 | 1,755.00 | Prepare declaration of David Blaustein re: |
| 01/12/2007 | Invoice=10115000 | 3.00 | 1,755.00 | creation of CD; travel to and attend Pre-Trial |
| | | | | Conference. |
| 12/13/2006 | SARAH THOMAS | 0.80 | 112.00 | Update case binders with new documents. |
| 01/12/2007 | Invoice=10115000 | 0.80 | 112.00 | |
| 12/14/2006 | KIM FITZGERALD | 1.00 | 160.00 | Traveled to SDNY and dropped off letter to |
| 01/12/2007 | Invoice=10115000 | 1.00 | 160.00 | Honorable Laura T. Swain. |
| 12/14/2006 | DAVID EKLUND | 2.10 | 546.00 | Research regarding duty to translate pleadings. |
| 01/12/2007 | Invoice=10115000 | 2.10 | 546.00 | |

| Date | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|
| 12/14/2006 | ROBERT HANLON | 0.70 | 409.50 | Prepare letter to Judge Swain to request a |
| 01/12/2007 | Invoice=10115000 | 0.70 | 409.50 | modification of the Order the Court issued at |
| | | | | the Pre-trial Conference. |
| | | | | |
| 12/15/2006 | DAVID EKLUND | 0.40 | 104.00 | Research regarding duty to translate pleading. |
| 01/12/2007 | Invoice=10115000 | 0.40 | 104.00 | |
| | | | | |
| 12/15/2006 | ROBERT HANLON | 0.20 | 117.00 | Review fax from Hoffman requesting tapes from |
| 01/12/2007 | Invoice=10115000 | 0.20 | 117.00 | court and asking for assistance in locating |
| | | | | court reporter. |
| | | | | |
| 12/18/2006 | SARAH THOMAS | 0.40 | 56.00 | Update case binders with new court documents. |
| 01/12/2007 | Invoice=10115000 | 0.40 | 56.00 | |
| | | | | |
| 12/19/2006 | SARAH THOMAS | 0.30 | 42.00 | Update case binders with new documents. |
| 01/12/2007 | Invoice=10115000 | 0.30 | 42.00 | |
| | | | | |
| 12/20/2006 | SARAH THOMAS | 0.50 | 70.00 | Update case binders with new documents. |
| 01/12/2007 | Invoice=10115000 | 0.50 | 70.00 | |
| | | | | |
| 12/21/2006 | SARAH THOMAS | 0.40 | 56.00 | Update case binders with new documents. |
| 01/12/2007 | Invoice=10115000 | 0.40 | 56.00 | |
| | | | | |
| 12/22/2006 | KIM FITZGERALD | 1.00 | 160.00 | Traveled to SDNY and dropped off letter to |
| 01/12/2007 | Invoice=10115000 | 1.00 | 160.00 | Judge Swain. |
| | | | | |
| 12/22/2006 | ROBERT HANLON | 1.10 | 643.50 | Prepare letter to Judge Swain re: dismissal; |
| 01/12/2007 | Invoice=10115000 | 1.10 | 643.50 | fax to court and opposing counsel. |
| | | | | |
| 12/26/2006 | ROBERT HANLON | 0.50 | 292.50 | Review and revise docket on Swain order. |
| 01/12/2007 | Invoice=10115000 | 0.50 | 292.50 | |
| | | | | |
| 12/28/2006 | BROOK CLARK | 0.20 | 76.00 | Reviewed correspondence from D. Hoffman |
| 01/12/2007 | Invoice=10115000 | 0.20 | 76.00 | requesting additional time to respond to Judge |
| | | | | Swain's order; reviewed order regarding same. |
| | | | | |
| 01/02/2007 | BROOK CLARK | 0.20 | 86.00 | Conference with B. Hanlon regarding litigation |
| 02/09/2007 | Invoice=10121325 | 0.20 | 86.00 | status and strategy; conference with N. Chai |
| | | | | regarding same. |
| | | | | |
| 01/02/2007 | SARAH THOMAS | 0.60 | 93.00 | Update case binders with new documents. |
| 02/09/2007 | Invoice=10121325 | 0.60 | 93.00 | |
| | | | | |
| 01/05/2007 | SARAH THOMAS | 0.40 | 62.00 | Update case binders with new court documents. |
| 02/09/2007 | Invoice=10121325 | 0.40 | 62.00 | |
| | | | | |
| 01/08/2007 | SARAH THOMAS | 1.00 | 155.00 | Update case binders with new documents. |
| 02/09/2007 | Invoice=10121325 | 1.00 | 155.00 | |
| | | | | |
| 01/08/2007 | BROOK CLARK | 0.80 | 344.00 | Reviewed NAKTA's Memorandum and supporting |
| 02/09/2007 | Invoice=10121325 | 0.80 | 344.00 | Affidavit in Opposition to the Striking of the |
| | | | | Pleadings and for Reconsideration. |
| | | | | |
| 01/09/2007 | SARAH HSIA | 2.20 | 913.00 | reading NAKTA opposition to motion to strike; |
| 02/09/2007 | Invoice=10121325 | 2.20 | 913.00 | meeting with Robert Hanlon re response to same; |
| | | | | research re same. |

Billed and Unbilled Recap of Time Detail - Litigation - NAKTA Litigation - 15546
Client:048966 - Entral Group International   4/18/2007 12:22:47 PM

Case 1:06-cv-05158-LTS-MHD   Document 25   Filed 04/20/2007   Page 8 of 11   Page 8

| Date | Name / Invoice Number | Hours | Amount | Description |
|------|----------------------|-------|--------|-------------|
| 01/09/2007 | BROOK CLARK | 0.20 | 86.00 | Conference with B. Hanlon and S. Hsia regarding |
| 02/09/2007 | Invoice=10121325 | 0.20 | 86.00 | responding to NAKTA's motion to reconsider. |
| | | | | |
| 01/09/2007 | SARAH THOMAS | 1.00 | 155.00 | Update case binders with new documents. |
| 02/09/2007 | Invoice=10121325 | 1.00 | 155.00 | |
| | | | | |
| 01/10/2007 | SARAH THOMAS | 0.30 | 46.50 | Update case binders with new documents. |
| 02/09/2007 | Invoice=10121325 | 0.30 | 46.50 | |
| | | | | |
| 01/10/2007 | BROOK CLARK | 1.20 | 516.00 | Conference with B. Hanlon regarding Motion to |
| 02/09/2007 | Invoice=10121325 | 1.20 | 516.00 | Reconsider and litigation strategy; conference |
| | | | | with N. Chai and B. Hanlon regarding same; |
| | | | | conference with D. Hoffman regarding extension |
| | | | | of time; drafted correspondence to Court |
| | | | | regarding extension of time to respond to |
| | | | | NAKTA's Motion to Reconsider. |
| | | | | |
| 01/10/2007 | SARAH HSIA | 3.00 | 1,245.00 | research re NAKTA opposition to motion to |
| 02/09/2007 | Invoice=10121325 | 3.00 | 1,245.00 | strike pleadings; |
| | | | | |
| 01/11/2007 | SARAH THOMAS | 0.60 | 93.00 | Update case binders with new documents. |
| 02/09/2007 | Invoice=10121325 | 0.60 | 93.00 | |
| | | | | |
| 01/11/2007 | BROOK CLARK | 0.30 | 129.00 | Reviewed December 2006 hearing transcript |
| 02/09/2007 | Invoice=10121325 | 0.30 | 129.00 | denying NAKTA's request to dismiss EGI's |
| | | | | counterclaims and assessing Hoffman sanctions |
| | | | | for failure to comply with Court Order. |
| | | | | |
| 01/17/2007 | BROOK CLARK | 0.10 | 43.00 | Reviewed Order. |
| 02/09/2007 | Invoice=10121325 | 0.10 | 43.00 | |
| | | | | |
| 01/17/2007 | SARAH THOMAS | 0.20 | 31.00 | Update case binders with new documents. |
| 02/09/2007 | Invoice=10121325 | 0.20 | 31.00 | |
| | | | | |
| 01/18/2007 | BROOK CLARK | 0.40 | 172.00 | Conference with B. Hanlon regarding responding |
| 02/09/2007 | Invoice=10121325 | 0.40 | 172.00 | to NAKTA's motion; conference with N. Chai |
| | | | | regarding same; reviewed Order granted EGI's |
| | | | | request for additional time to respond to |
| | | | | NAKTA's motion. |
| | | | | |
| 01/22/2007 | ROBERT HANLON | 0.80 | 480.00 | Begin preparing papers for memo in support |
| 02/09/2007 | Invoice=10121325 | 0.80 | 480.00 | dismiss pleadings |
| | | | | |
| 01/22/2007 | SARAH THOMAS | 0.80 | 124.00 | Update case binders with new documents. |
| 02/09/2007 | Invoice=10121325 | 0.80 | 124.00 | |
| | | | | |
| 01/23/2007 | BROOK CLARK | 1.60 | 688.00 | Conducted research regarding jurisdiction and |
| 02/09/2007 | Invoice=10121325 | 1.60 | 688.00 | various issues in preparation for responding to |
| | | | | NAKTA's Motion for Reconsideration; reviewed |
| | | | | and revised memorandum; conference with B. |
| | | | | Hanlon. |
| | | | | |
| 01/23/2007 | ROBERT HANLON | 3.00 | 1,800.00 | Prepare memo in support to dismiss and |
| 02/09/2007 | Invoice=10121325 | 3.00 | 1,800.00 | declaration. |
| | | | | |
| 01/23/2007 | SARAH THOMAS | 0.50 | 77.50 | Update case binders with new documents. |
| 02/09/2007 | Invoice=10121325 | 0.50 | 77.50 | |

Billed and Unbilled Recap Of Time Detail [11430] - NAKTA Litigation - 5546]
Client:048966 - Entral Group International  4/18/2007 12:22:47 PM

| Date | Name / Invoice Number | Hours | Amount | Description |
|------|----------------------|-------|--------|-------------|
| 01/24/2007 | ROBERT HANLON | 4.00 | 2,400.00 | Continue working on response papers to NAKTA's |
| 02/09/2007 | Invoice=10121325 | 4.00 | 2,400.00 | motion. |
| | | | | |
| 01/25/2007 | ROBERT HANLON | 2.60 | 1,560.00 | E-mails to and from SH and BC re: response |
| 02/09/2007 | Invoice=10121325 | 2.60 | 1,560.00 | papers to NAKTA's motion; review and revise |
| | | | | same |
| | | | | |
| 01/25/2007 | BROOK CLARK | 2.50 | 1,075.00 | Reviewed and revised EGI's response to NAKTA's |
| 02/09/2007 | Invoice=10121325 | 2.50 | 1,075.00 | Motion for Reconsideration; conducted research |
| | | | | regarding various issues in connection with |
| | | | | same; conference with B. Hanlon regarding same. |
| | | | | |
| 01/25/2007 | SARAH HSIA | 0.80 | 332.00 | Review and revise NAKTA opposition brief; |
| 02/09/2007 | Invoice=10121325 | 0.80 | 332.00 | research re same. |
| | | | | |
| 01/26/2007 | SARAH THOMAS | 2.40 | 372.00 | Preparation and filing of Reply in Support of |
| 02/09/2007 | Invoice=10121325 | 2.40 | 372.00 | Striking Pleadings. |
| | | | | |
| 01/26/2007 | BROOK CLARK | 1.90 | 817.00 | Reviewed and revised EGI's response to NAKTA's |
| 02/09/2007 | Invoice=10121325 | 1.90 | 817.00 | motion to reconsider; conference with B. Hanlon |
| | | | | regarding same; prepared papers for filing; |
| | | | | conference with S. Thomas regarding same. |
| | | | | |
| 01/26/2007 | ROBERT HANLON | 0.50 | 300.00 | Review and comment on Reply Memo in Support of |
| 02/09/2007 | Invoice=10121325 | 0.50 | 300.00 | Striking of Plaintiff's and Counterclaim |
| | | | | Defendant's pleadings. |
| 01/29/2007 | SARAH THOMAS | 0.30 | 46.50 | Update case binders with new documents. |
| 02/09/2007 | Invoice=10121325 | 0.30 | 46.50 | |
| | | | | |
| 01/30/2007 | SARAH THOMAS | 1.30 | 201.50 | Update case binders with new documents. |
| 02/09/2007 | Invoice=10121325 | 1.30 | 201.50 | |
| | | | | |
| 02/05/2007 | BROOK CLARK | 0.40 | 172.00 | Reviewed and analyzed Order of Court; reviewed |
| 03/15/2007 | Invoice=10128077 | 0.40 | 172.00 | NAKTA's exhibits to motion to vacate; |
| | | | | conference with B. Hanlon regarding same. |
| | | | | |
| 02/12/2007 | SARAH THOMAS | 0.20 | 31.00 | Update case binders with new documents. |
| 03/15/2007 | Invoice=10128077 | 0.20 | 31.00 | |
| | | | | |
| 03/16/2007 | KIM FITZGERALD | 1.00 | 160.00 | Traveled to SDNY and picked up order from Judge |
| 04/11/2007 | Invoice=10135026 | 1.00 | 160.00 | Swain's chambers. |
| | | | | |
| 03/16/2007 | ROBERT HANLON | 0.20 | 120.00 | Review Order and forward same to client. |
| 04/11/2007 | Invoice=10135026 | 0.20 | 120.00 | |
| | | | | |
| 03/19/2007 | SARAH HSIA | 0.70 | 290.50 | Reviewed opinion and order in NAKTWA. |
| 04/11/2007 | Invoice=10135026 | 0.70 | 290.50 | |
| | | | | |
| 03/19/2007 | BROOK CLARK | 1.40 | 602.00 | Reviewed Judge Swain's Memorandum Order; |
| 04/11/2007 | Invoice=10135026 | 1.40 | 602.00 | Conference with B. Hanlon regarding order and |
| | | | | damages submission; reviewed appellate rules |
| | | | | governing appeals; conference with D. Hoffman |
| | | | | regarding damages submission schedule; |
| | | | | conference with Judge Dolinger's clerk |
| | | | | regarding same. |
| | | | | |
| 03/19/2007 | SARAH THOMAS | 0.80 | 124.00 | Update case binders with new documents. |

| Date | Name / Invoice Number | Hours | Amount | Description |
|------|------------------------|-------|--------|-------------|
| 04/11/2007 | Invoice=10135026 | 0.80 | 124.00 | |
| | | | | |
| 03/20/2007 | ROBERT HANLON | 0.20 | 120.00 | Email to Nic re: status. |
| 04/11/2007 | Invoice=10135026 | 0.20 | 120.00 | |
| | | | | |
| 03/20/2007 | SARAH THOMAS | 0.30 | 46.50 | Update case binders with new documents. |
| 04/11/2007 | Invoice=10135026 | 0.30 | 46.50 | |
| | | | | |
| 03/21/2007 | BROOK CLARK | 0.30 | 129.00 | Reviewed correspondence relating to damages |
| 04/11/2007 | Invoice=10135026 | 0.30 | 129.00 | inquest and Defendants' request for discovery; |
| | | | | conference with B. Hanlon regarding same; |
| | | | | conference with D. Hoffman regarding same. |
| | | | | |
| 03/21/2007 | ROBERT HANLON | 0.30 | 180.00 | E-mail to Nic re: status; review Order re: 3/28 |
| 04/11/2007 | Invoice=10135026 | 0.30 | 180.00 | conference; forward same to legal team and Nic. |
| | | | | |
| 03/21/2007 | SARAH THOMAS | 0.20 | 31.00 | Update case binders with new documents. |
| 04/11/2007 | Invoice=10135026 | 0.20 | 31.00 | |
| | | | | |
| 03/22/2007 | ROBERT HANLON | 0.40 | 240.00 | Review Hoffman request regarding appeal; |
| 04/11/2007 | Invoice=10135026 | 0.40 | 240.00 | confernece with Court. |
| | | | | |
| 03/23/2007 | SARAH THOMAS | 0.50 | 77.50 | Update case binders with new documents. |
| 04/11/2007 | Invoice=10135026 | 0.50 | 77.50 | |
| | | | | |
| 03/27/2007 | SARAH THOMAS | 0.70 | 108.50 | Update case binders with new documents. |
| 04/11/2007 | Invoice=10135026 | 0.70 | 108.50 | |
| | | | | |
| 03/28/2007 | ROBERT HANLON | 3.20 | 1,920.00 | E-mails to and from BC re: appeal; appearance |
| 04/11/2007 | Invoice=10135026 | 3.20 | 1,920.00 | at court conference; update e-mail to client. |
| | | | | |
| 03/28/2007 | ROBERT HANLON | 0.10 | 60.00 | Update email to NC. |
| 04/11/2007 | Invoice=10135026 | 0.10 | 60.00 | |
| | | | | |
| 03/28/2007 | BROOK CLARK | 0.40 | 172.00 | Conducted research regarding appeal process; |
| 04/11/2007 | Invoice=10135026 | 0.40 | 172.00 | conference with B. Hanlon and P. Lewis |
| | | | | regarding same; conference with B. Hanlon |
| | | | | regarding hearing. |
| | | | | |
| 03/29/2007 | ROBERT HANLON | 0.30 | 180.00 | Prepare letter to Judge Swain re: appeal; fax |
| 04/11/2007 | Invoice=10135026 | 0.30 | 180.00 | same to Judge and opposing counsel; distribute |
| | | | | to Entral legal team. |
| | | | | |
| 04/02/2007 | BROOK CLARK | 5.40 | 2,322.00 | Reviewed and analyzed deposition transcripts of |
| | | | | Ray Yim and Sam Chan in preparation for |
| | | | | drafting damages submission; reviewed and |
| | | | | analyzed documents produced by NAKTA in |
| | | | | preparation for same; conference with B. Hanlon |
| | | | | regarding same. |
| | | | | |
| 04/03/2007 | BROOK CLARK | 5.60 | 2,408.00 | Status and strategy conference with N. Chai and |
| | | | | B. Hanlon; conference with S. Thomas regarding |
| | | | | NAKTA hard drives; reviewed files in |
| | | | | conjunction with same; exchanged correspondence |
| | | | | with N. Chai regarding same; began drafting |
| | | | | Memorandum of Law in Support of EGI's Request |
| | | | | for Default Judgment, Permanent Injunction and |
| | | | | Impoundment. |

Billed and Unbilled Recap Of Time Detail - [3143d - NAKTA Litigation - 15846]
Client:048966 - Entral Group International    4/18/2007 12:22:47 PM

| Date | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | |
| 04/03/2007 | ROBERT HANLON | 0.30 | 180.00 | Review materials for inquest. |
| | | | | |
| 04/03/2007 | SARAH THOMAS | 0.20 | 31.00 | Update case binders with new documents. |
| | | | | |
| 04/04/2007 | ROBERT HANLON | 0.20 | 120.00 | E-mails to and from Assistant re: transcript; |
| | | | | e-mails to and from BC re: meeting with Nic. |
| | | | | |
| 04/04/2007 | BROOK CLARK | 5.10 | 2,193.00 | Continued drafting Memorandum of Law in Support |
| | | | | of EGI's Request for Default Judgment, |
| | | | | Permanent Injunction and Impoundment; reviewed |
| | | | | and analyzed Judge Dolinger's hearing |
| | | | | transcript. |
| | | | | |
| 04/05/2007 | BROOK CLARK | 3.90 | 1,677.00 | Continued drafting memorandum of law in support |
| | | | | of EGI's request for Default Judgment, |
| | | | | Preliminary Injunction and Order of |
| | | | | Impoundment. |
| | | | | |
| 04/06/2007 | BROOK CLARK | 6.10 | 2,623.00 | Status and strategy conference with N. Chai and |
| | | | | B. Hanlon; continued drafting memorandum of law |
| | | | | in support of EGI's request for Default |
| | | | | Judgment, Preliminary Injunction and Order of |
| | | | | Impoundment. |
| | | | | |
| 04/06/2007 | ROBERT HANLON | 0.40 | 240.00 | Prepare letter to Judge Swain re: plaintiff's |
| | | | | request that the court certify its ruling for |
| | | | | immediate appellate review; fax to court and |
| | | | | opposing counsel. |
| | | | | |
| | UNBILLED TOTALS: | 27.20 | 11,794.00 | 9 records |
| | UNBILLED TOTALS: | 27.20 | 11,794.00 | |
| | | | | |
| | BILLED TOTALS:     V | 185.20 | 63,409.00 | 165 records |
| | BILLED TOTALS:     E | 181.80 | 62,933.00 | |
| | | | | |
| | GRAND TOTALS: | 212.40 | 75,203.00 | 174 records |
| | GRAND TOTALS: | 209.00 | 74,727.00 | |