

# Report of the Economic Survey

## 2003

PREPARED UNDER DIRECTION OF
LAW PRACTICE MANAGEMENT COMMITTEE

**American Intellectual Property Law Association**

2001 Jefferson Davis Highway, Suite 203
Arlington, Virginia 22202
www.aipla.org

Table 22. Estimated Costs of Litigation, by Location of Primary Place of Work *(continued)*

| | Total Survey | Boston Area | NYC Area | Philadelphia-Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis-St. Paul | Other Central | Texas | California | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A PATENT INFRINGEMENT SUIT** | | | | | | | | | | | | | | |
| *More than $25 million at risk* | | | | | | | | | | | | | | |
| End of discovery | | | | | | | | | | | | | | |
| Number Reporting | 253 | 10 | 17 | 14 | 33 | 16 | 9 | 7 | 23 | 9 | 34 | 19 | 42 | 19 |
| % of total | | 4% | 7% | 6% | 13% | 6% | 4% | 3% | 9% | 4% | 13% | 8% | 17% | 8% |
| 75th percentile ($000's) | $4,000 | $3,000 | $3,000 | $4,000 | $5,000 | $3,000 | $3,000 | $2,000 | $3,500 | $2,000 | $3,000 | $6,000 | $4,000 | $2,000 |
| Median ($000's) | $2,500 | $2,500 | $2,000 | $4,000 | $3,000 | $1,000 | $2,000 | $1,000 | $2,500 | $1,500 | $1,350 | $4,000 | $3,000 | $1,500 |
| 25th percentile ($000's) | $1,000 | $1,500 | $1,000 | $2,500 | $2,000 | $500 | $1,000 | $500 | $1,500 | $1,000 | $750 | $2,000 | $2,000 | $1,000 |
| Inclusive, all costs | | | | | | | | | | | | | | |
| Number Reporting | 258 | 11 | 17 | 15 | 34 | 17 | 9 | 7 | 23 | 9 | 33 | 21 | 42 | 19 |
| % of total | | 4% | 7% | 6% | 13% | 7% | 3% | 3% | 9% | 3% | 13% | 8% | 16% | 7% |
| 75th percentile ($000's) | $5,996 | $5,494 | $5,009 | $5,007 | $7,990 | $4,010 | $5,006 | $7,994 | $5,494 | $3,506 | $6,506 | $7,997 | $6,006 | $3,508 |
| Median ($000's) | $3,995 | $4,500 | $3,750 | $4,995 | $5,000 | $3,000 | $3,500 | $1,300 | $3,506 | $2,500 | $2,250 | $5,009 | $4,997 | $3,010 |
| 25th percentile ($000's) | $2,306 | $2,506 | $2,244 | $2,506 | $3,010 | $1,991 | $2,494 | $806 | $2,305 | $1,994 | $1,495 | $4,003 | $3,508 | $2,206 |
| **ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A TRADEMARK INFRINGEMENT SUIT** | | | | | | | | | | | | | | |
| *Less than $1 million at risk* | | | | | | | | | | | | | | |
| End of discovery | | | | | | | | | | | | | | |
| Number Reporting | 170 | 5 | 10 | 3 | 17 | 13 | 3 | 8 | 19 | 5 | 35 | 15 | 16 | 20 |
| % of total | | 3% | 6% | 2% | 10% | 8% | 2% | 5% | 11% | 3% | 21% | 9% | 9% | 12% |
| 75th percentile ($000's) | $248 | $251 | $251 | $250 | $301 | $201 | $120 | $138 | $250 | $251 | $151 | $251 | $375 | $175 |
| Median ($000's) | $150 | $200 | $200 | | $152 | $101 | | $88 | $199 | $201 | $100 | $200 | $200 | $149 |
| 25th percentile ($000's) | $98 | $99 | $90 | | $148 | $49 | | $51 | $102 | $198 | $59 | $149 | $100 | $99 |
| Inclusive, all costs | | | | | | | | | | | | | | |
| Number Reporting | 166 | 5 | 9 | 3 | 18 | 13 | 3 | 8 | 17 | 5 | 35 | 15 | 14 | 20 |
| % of total | | 3% | 5% | 2% | 11% | 8% | 2% | 5% | 10% | 3% | 21% | 9% | 8% | 12% |
| 75th percentile ($000's) | $401 | $801 | $451 | $750 | $500 | $302 | $200 | $205 | $451 | $451 | $274 | $401 | $751 | $349 |
| Median ($000's) | $298 | $400 | $350 | | $401 | $298 | | $138 | $302 | $350 | $225 | $302 | $450 | $251 |
| 25th percentile ($000's) | $198 | $159 | $174 | | $226 | $119 | | $78 | $269 | $299 | $102 | $298 | $300 | $201 |

### Table 22. Estimated Costs of Litigation, by Location of Primary Place of Work (continued)

| | Total Survey | Boston Area | NYC Area | Philadelphia–Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis–St. Paul | Other Central | Texas | California | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A TRADEMARK INFRINGEMENT SUIT** | | | | | | | | | | | | | | |
| **$1–$25 million at risk** | | | | | | | | | | | | | | |
| *End of discovery* | | | | | | | | | | | | | | |
| Number Reporting | 142 | 5 | 8 | 3 | 14 | 9 | 3 | 8 | 14 | 5 | 30 | 13 | 15 | 14 |
| % of total | | 4% | 6% | 2% | 10% | 6% | 2% | 6% | 10% | 4% | 21% | 9% | 11% | 10% |
| 75th percentile ($000's) | $501 | $402 | $501 | $350 | $999 | $401 | $300 | $250 | $502 | $451 | $399 | $901 | $751 | $401 |
| Median ($000's) | $365 | $399 | $425 | | $550 | $151 | | $150 | $401 | $400 | $225 | $450 | $502 | $300 |
| 25th percentile ($000's) | $199 | $251 | $225 | | $251 | $124 | | $100 | $250 | $251 | $99 | $398 | $401 | $199 |
| *Inclusive, all costs* | | | | | | | | | | | | | | |
| Number Reporting | 144 | 5 | 9 | 3 | 14 | 10 | 3 | 8 | 15 | 5 | 30 | 13 | 14 | 14 |
| % of total | | 3% | 6% | 2% | 10% | 7% | 2% | 6% | 10% | 3% | 21% | 9% | 10% | 10% |
| 75th percentile ($000's) | $999 | $801 | $999 | $1,400 | $1,998 | $749 | $500 | $325 | $1,001 | $801 | $700 | $1,301 | $1,750 | $601 |
| Median ($000's) | $602 | $600 | $750 | | $950 | $500 | | $225 | $751 | $750 | $450 | $800 | $1,000 | $501 |
| 25th percentile ($000's) | $398 | $399 | $499 | | $700 | $250 | | $145 | $500 | $401 | $250 | $649 | $702 | $399 |
| **More than $25 million at risk** | | | | | | | | | | | | | | |
| *End of discovery* | | | | | | | | | | | | | | |
| Number Reporting | 107 | 3 | 4 | 2 | 11 | 8 | 2 | 4 | 13 | 5 | 18 | 11 | 15 | 10 |
| % of total | | 3% | 4% | 2% | 10% | 7% | 2% | 4% | 12% | 5% | 17% | 10% | 14% | 9% |
| 75th percentile ($000's) | $1,002 | $598 | $300 | | $1,999 | $750 | | $252 | $1,004 | $803 | $603 | $1,999 | $1,503 | $503 |
| Median ($000's) | $599 | | | | $1,250 | $275 | | | $800 | $500 | $400 | $800 | $1,001 | $450 |
| 25th percentile ($000's) | $305 | | | | $749 | $148 | | | $501 | $351 | $150 | $603 | $503 | $250 |
| *Inclusive, all costs* | | | | | | | | | | | | | | |
| Number Reporting | 107 | 3 | 4 | 2 | 11 | 9 | 2 | 4 | 13 | 5 | 18 | 11 | 14 | 10 |
| % of total | | 3% | 4% | 2% | 10% | 8% | 2% | 4% | 12% | 5% | 17% | 10% | 13% | 9% |
| 75th percentile ($000's) | $1,989 | $1,000 | $650 | | $3,990 | $1,006 | | $450 | $2,997 | $1,306 | $1,006 | $3,003 | $2,992 | $1,000 |
| Median ($000's) | $1,006 | | | | $1,600 | $600 | | | $1,400 | $1,000 | $683 | $2,000 | $1,875 | $675 |
| 25th percentile ($000's) | $606 | | | | $1,009 | $491 | | | $944 | $503 | $400 | $856 | $1,244 | $500 |

Tab[le] Estimated Costs of Litigation, by Location of Primary [Plac]e of Work *(continued)*

| | Total Survey | Boston Area | NYC Area | Philadelphia–Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis–St. Paul | Other Central | Texas | California | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A TRADEMARK OPPOSITION/CANCELLATION** | | | | | | | | | | | | | | |
| *End of discovery* | | | | | | | | | | | | | | |
| Number Reporting | 153 | 5 | 9 | 2 | 14 | 15 | 5 | 9 | 12 | 2 | 29 | 12 | 19 | 20 |
| % of total | | 3% | 6% | 1% | 9% | 10% | 3% | 6% | 8% | 1% | 19% | 8% | 12% | 13% |
| 75th percentile ($000's) | $75 | $70 | $50 | | $90 | $50 | $250 | $40 | $60 | | $50 | $150 | $100 | $75 |
| Median ($000's) | $50 | $50 | $45 | | $60 | $25 | $100 | $15 | $45 | | $35 | $65 | $75 | $25 |
| 25th percentile ($000's) | $20 | $25 | $20 | | $25 | $5 | $30 | $7 | $23 | | $20 | $38 | $30 | $20 |
| *Inclusive, all costs* | | | | | | | | | | | | | | |
| Number Reporting | 154 | 5 | 8 | 2 | 15 | 16 | 5 | 9 | 13 | 2 | 27 | 12 | 18 | 21 |
| % of total | | 3% | 5% | 1% | 10% | 10% | 3% | 6% | 8% | 1% | 18% | 8% | 12% | 14% |
| 75th percentile ($000's) | $150 | $150 | $100 | | $200 | $100 | $400 | $70 | $100 | | $100 | $300 | $200 | $100 |
| Median ($000's) | $78 | $100 | $63 | | $90 | $58 | $200 | $20 | $100 | | $75 | $125 | $150 | $45 |
| 25th percentile ($000's) | $34 | $40 | $38 | | $25 | $18 | $55 | $15 | $50 | | $35 | $58 | $95 | $35 |
| **ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A COPYRIGHT INFRINGEMENT SUIT** *Less than $1 million at risk* | | | | | | | | | | | | | | |
| *End of discovery* | | | | | | | | | | | | | | |
| Number Reporting | 100 | 2 | 7 | 2 | 9 | 3 | 3 | 8 | 9 | 2 | 22 | 6 | 14 | 12 |
| % of total | | 2% | 7% | 2% | 9% | 3% | 3% | 8% | 9% | 2% | 22% | 6% | 14% | 12% |
| 75th percentile ($000's) | $199 | | $248 | | $399 | | $150 | $63 | $152 | | $149 | $200 | $298 | $145 |
| Median ($000's) | $101 | | $50 | | $250 | $40 | | $51 | $102 | | $99 | $75 | $175 | $85 |
| 25th percentile ($000's) | $51 | | $39 | | $148 | | | $49 | $98 | | $51 | $49 | $125 | $51 |
| *Inclusive, all costs* | | | | | | | | | | | | | | |
| Number Reporting | 97 | 2 | 7 | 2 | 9 | 3 | 3 | 8 | 9 | 2 | 22 | 6 | 12 | 11 |
| % of total | | 2% | 7% | 2% | 9% | 3% | 3% | 8% | 9% | 2% | 23% | 6% | 12% | 11% |
| 75th percentile ($000's) | $302 | | $401 | | $501 | $100 | $251 | $108 | $252 | | $252 | $251 | $538 | $252 |
| Median ($000's) | $249 | | $101 | | $498 | | | $80 | $202 | | $248 | $225 | $350 | $248 |
| 25th percentile ($000's) | $101 | | $77 | | $249 | | | $75 | $198 | | $124 | $90 | $250 | $126 |

AIPLA Economic Survey ?? 96

## Table 22. Estimated Costs of Litigation, by Location of Primary Place of Work (continued)

| ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A COPYRIGHT INFRINGEMENT SUIT | Total Survey | Boston Area | NYC Area | Philadelphia–Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis–St. Paul | Other Central | Texas | California | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **$1–$25 million at risk** | | | | | | | | | | | | | | |
| *End of discovery* | | | | | | | | | | | | | | |
| Number Reporting | 81 | 1 | 6 | 2 | 5 | 2 | 2 | 8 | 7 | 2 | 18 | 5 | 15 | 7 |
| % of total | | 1% | 7% | 2% | 6% | 2% | 2% | 10% | 9% | 2% | 22% | 6% | 19% | 9% |
| 75th percentile ($000's) | $500 | | $399 | | $601 | | | $138 | $374 | | $349 | $701 | $999 | $251 |
| Median ($000's) | $298 | | $200 | | $500 | | | $100 | $299 | | $201 | $200 | $600 | $100 |
| 25th percentile ($000's) | $101 | | $75 | | $399 | | | $70 | $126 | | $99 | $149 | $500 | $71 |
| *Inclusive, all costs* | | | | | | | | | | | | | | |
| Number Reporting | 81 | 1 | 6 | 2 | 5 | 2 | 2 | 8 | 8 | 2 | 18 | 5 | 14 | 7 |
| % of total | | 1% | 7% | 2% | 6% | 2% | 2% | 10% | 10% | 2% | 22% | 6% | 17% | 9% |
| 75th percentile ($000's) | $998 | | $650 | | $1,001 | | | $180 | $1,000 | | $502 | $801 | $2,000 | $351 |
| Median ($000's) | $499 | | $400 | | $750 | | | $145 | $525 | | $399 | $300 | $1,375 | $300 |
| 25th percentile ($000's) | $200 | | $150 | | $699 | | | $95 | $300 | | $200 | $199 | $999 | $199 |
| **More than $25 million at risk** | | | | | | | | | | | | | | |
| *End of discovery* | | | | | | | | | | | | | | |
| Number Reporting | 65 | | 4 | 1 | 5 | 2 | 2 | 5 | 7 | 2 | 13 | 5 | 12 | 5 |
| % of total | | | 6% | 2% | 8% | 3% | 3% | 8% | 11% | 3% | 20% | 8% | 18% | 8% |
| 75th percentile ($000's) | $999 | | $350 | | $1,002 | | | $249 | $999 | | $551 | $1,501 | $1,750 | $502 |
| Median ($000's) | $501 | | | | $999 | | | $100 | $500 | | $450 | $1,000 | $1,350 | $499 |
| 25th percentile ($000's) | $249 | | | | $751 | | | $76 | $201 | | $252 | $299 | $750 | $124 |
| *Inclusive, all costs* | | | | | | | | | | | | | | |
| Number Reporting | 64 | 1 | 4 | 1 | 5 | 2 | 2 | 5 | 7 | 2 | 13 | 5 | 11 | 5 |
| % of total | | 2% | 6% | 2% | 8% | 3% | 3% | 8% | 11% | 3% | 20% | 8% | 17% | 8% |
| 75th percentile ($000's) | $1,650 | | $650 | | $1,503 | | | $303 | $1,998 | | $1,203 | $2,003 | $3,998 | $753 |
| Median ($000's) | $950 | | | | $1,250 | | | $150 | $750 | | $800 | $1,700 | $2,200 | $700 |
| 25th percentile ($000's) | $499 | | | | $1,001 | | | $128 | $403 | | $503 | $898 | $1,303 | $498 |