# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

4/20/07

Robert E. Hanlon                    Direct Dial: 212-210-9410         E-mail: robert.hanlon@alston.com

April 19, 2007



**VIA ECF**

Hon. Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

Re: North American Karaoke-Works Trade Association v. Entral Group International, LLC;
Case No. 06 CV 5158 (LTS) (MHD)

Dear Magistrate Judge Dolinger:

We represent Defendant, Entral Group International LLC ("EGI"), in the above action. Please find enclosed a Proposed Order to file under seal a Settlement Agreement and License Agreement, which contain confidentiality provisions and are both exhibits to our submission to be filed Friday April 20. Please let us know if you require any additional information.
Thank you for your attention to this matter.

Respectfully submitted,

Robert E. Hanlon

cc: David Hoffman (by facsimile)

LEGAL02/30336811v1

ENDORSED ORDER

To expedite matters, we grant defendant provisional leave to file the two documents in question under seal. Plaintiff may seek an appropriate application if it wishes the exhibits unsealed. Plaintiff is of course entitled to receive copies of that exhibit.

4/19/07

---

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
Fax: 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

Brienner Strasse 11/V
80333 Munich
(49) (89) 238-0-70
Fax: (49) (89) 238-0-7110
(Representative Office)

North American Karaoke-Works Trade Association, Inc. v. Entral Group International, LLC                                                Doc. 44

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTH AMERICAN KARAOKE-WORKS
TRADE ASSOCIATION, INC.

    Plaintiff and Counterclaim Defendant,

v.

ENTRAL GROUP INTERNATIONAL, LLC,

    Defendant and Counterclaim Plaintiff,

v.

SAM CHAN and RAY YIM,

    Counterclaim Defendants.

Case No. 06-CV-5158 (LTS)(MHD)

## MOTION AND ORDER

Having considered Entral Group International, LLC's ("EGI") Request to File Under Seal the Settlement Agreement between EGI and Pop Music Studio, Inc. and the License Agreement between EGI and ABC Target Inc. d/b/a Galaxy 45, both of which contain confidentiality provisions, the Court finds that EGI's Motion has merit and is GRANTED.

IT IS ORDERED that EGI may file under seal the Settlement Agreement between EGI and Pop Music Studio, Inc. and the License Agreement between EGI and ABC Target Inc. d/b/a Galaxy 45.

SIGNED AND ENTERED this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

This facsimile message and its contents are legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message and its contents is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone and return the original message to us at the address shown below via the Postal Service. Thank You.

# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444

## TELECOPY
### PLEASE DELIVER AS SOON AS POSSIBLE

DATE: April 19, 2007

TO: Hon. Michael H. Dolinger
United States Magistrate Judge

FROM: Robert E. Hanlon, Esq.

| NO. OF PAGES: (Including cover page) | 3 | OPERATOR: | |

**IF NOT RECEIVED PROPERLY, PLEASE NOTIFY ME IMMEDIATELY AT (212) 210-1213**

| USER CODE: | HANLR | FAX NUMBER: | (212) 805-7928 |
| CLIENT/MATTER: | 048966/314301 | | |
| REQUESTED BY: | HANLR | VOICE NUMBER: | (212) 805-0204 |

LEGAL02/30337443v1