UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
NORTH AMERICAN KARAOKE-
WORKS TRADE ASSOCIATION, INC.,

    Plaintiff-Counterclaim
    Defendant,

    -against-

ENTRAL GROUP INTERNATIONAL,
LLC,

    Defendant-
    Counterclaimant,

    -against-

SAM CHAN and RAY YIM,

    Counterclaim
    Defendants.

--------------------------------------------------------X

Case No.

06cv5158(LTS)(MHD)

ECF CASE

## DECLARATION OF DAVID J. HOFFMAN

1. I am counsel for the Counterclaim Defendants in this action.

2. Attached hereto as Exhibit A is a true copy of a chart derived from information contained in the copyright registration certificates attached as Exhibits to EGI's Counterclaim.

3. Attached hereto as Exhibit B is a true copy of the Declaration of Nicolas Chai, dated November 1, 2006.

4. Attached hereto as Exhibit C is a true copy of the TCW-Cinepoly Agreement dated March 1, 2003.

5. Attached hereto as Exhibit D is a true copy of the TCW-EGI Master Agreement dated June 1, 2003.

6. Attached hereto as Exhibit E is a true copy of the Declaration of Hung Tk, dated December 17, 2003.

7. Attached hereto as Exhibit F is a true copy of the Declaration of Raymond Lo, dated October 29, 2003.

8. Attached hereto as Exhibit G is a true copy of the Declarations of Chan Fai Hung, Kitty Ng, and Ng Yu.

9. Attached hereto as Exhibit H is a true copy of the Copyright Designs and Patents Act of 1988 (UK).

10. Attached hereto as Exhibit I is a true copy of a Memorandum of Law dated February 28, 2006.

11. Attached hereto as Exhibit J is a true copy of the Outlet License Agreement, dated January 1, 2004.

12. Attached hereto as Exhibit K is a true copy of the transcript of the deposition of Sam Chan, pp. 54-55.

13. Attached hereto as Exhibit L is a true copy of the transcript of the deposition of Sam Chan, pp. 110-111.

14. Attached hereto as Exhibit M is a true copy of the permanent injunction on consent in Entral Group International v. Galaxy Bar & Restaurant.

15. Attached hereto as Exhibit N is a true copy of the permanent injunction on consent in Entral Group International v. Melody of Flushing.

16. Attached hereto as Exhibit O is a true copy of a karaoke blanket license dated October 1, 2003, an exhibit in EMI World Entertainment v. Priddis Music, Inc.

17. I declare the foregoing under penalty of perjury.

Dated: New York, New York
July 30, 2007

/s/_____
David J. Hoffman

18. Pursuant to 28 USC § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          July 30, 2007

                                              _____
                                              Sam Chan