| Artist | Title (English) | Reg. Number | Claimant | Publication Date | Registration Date |
|---|---|---|---|---|---|
| Jacky Cheung | When Love Becomes a Habit | PA 1-138-367 | Universal Music Limited | 5/27/94 | 8/23/03 |
| William So | The More I Kiss You the More it Hurts | PA 1-138-334 | Go East Entertainment Company | 5/21/99 | 8/13/03 |
| Eason Chan | 1847 | PA 1-146-592 | Emperor Entertainment (Hong Kong) Limited | 7/24/02 | 10/15/03 |
| Andy Hui | Dirty Soul | PA 1-146-593 | Go East Entertainment Company Limited | 8/23/02 | 10/15/03 |
| Andy Hui | Chauvinist Man | PA 1-146-594 | Go East Entertainment Company Limited | 8/6/03 | 10/15/03 |
| Twins | The Next Stop: Tim Hau | PA 1-146-595 | Emperor Entertainment (Hong Kong) Limited | 4/29/03 | 10/15/03 |
| Hacken Lee and Alan Tam | Neighbor | PA 1-146-596 | Universal Music Limited Hong Kong | 1/22/02 | 10/15/03 |
| Hacken Lee | Marriage Will Follow After Many Years | PA 1-146-597 | Universal Music Limited Hong Kong | 4/25/03 | 10/15/03 |

| Artist | Title (English) | Reg. Number | Claimant | Publication Date | Registration Date |
|---|---|---|---|---|---|
| Miriam Yueng | Triad Girl Saga | PA 1-146-598 | Cinepoly Records Company Limited | 8/13/03 | 10/15/03 |
| Eason Chan | Thank You | PA 1-146-599 | Emperor Entertainment (Hong Kong) Limited | 4/2/02 | 10/15/03 |
| Kelly Chen | Believing with Conviction | PA 1-146-600 | Go East Entertainment Company | 9/5/03 | 10/15/03 |
| Nicholas Tse | Loving You While Walking | PA 1-146-601 | Emperor Entertainment (Hong Kong) Limited | 6/13/03 | 10/15/03 |
| Andy Hui | Brother An's Song | PA 1-146-602 | Go East Entertainment Company | 9/5/03 | 10/15/03 |
| Miriam Yueng | Bite the Lips | PA 1-146-603 | Cinepoly Records Company Limited | 6/13/03 | 10/15/03 |
| Sammi Cheng | Parachuting | PA 1-210-225 | Warner Music Hong Kong Limited | 1/25/02 | 9/8/03 |
| Sammi Cheng | Tacit Understanding | PA 1-210-226 | Warner Music Hong Kong Limited | 1/31/97 | 9/8/03 |

| Artist | Title (English) | Reg. Number | Claimant | Publication Date | Registration Date |
|---|---|---|---|---|---|
| Sammi Cheng | Our Theme Song | PA 1-210-222 | Warner Music Hong Kong Limited | 1/26/98 | 9/8/03 |
| Sammi Cheng | How do the Tears Fall | PA 1-210-221 | Warner Music Hong Kong Limited | 12/28/00 | 9/8/03 |
| Sammi Cheng | Close Relationship | PA 1-210-220 | Warner Music Hong Kong Limited | 12/24/97 | 9/8/03 |
| Sammi Cheng | Beauty for Life | PA 1-210-219 | Warner Music Hong Kong Limited | 2/6/02 | 9/8/03 |
| Sammi Cheng | Unwilling to Let You Go | PA 1-210-218 | Warner Music Hong Kong Limited | 1/31/97 | 9/8/03 |
| Sammi Cheng | Glass Slippers | PA 1-210-227 | Warner Music Hong Kong Limited | 1/8/02 | 9/8/03 |
| Sammi Cheng | Single Man and Woman | PA 1-210-228 | Warner Music Hong Kong Limited | 1/31/97 | 9/8/03 |
| Sammi Cheng | Road to Love | PA 1-210-229 | Warner Music Hong Kong Limited | 7/6/00 | 9/8/03 |
| Sammi Cheng | Not Owing Anything | PA 1-210-217 | Warner Music Hong Kong Limited | 1/31/97 | 9/8/03 |

| Artist | Title (English) | Reg. Number | Claimant | Publication Date | Registration Date |
|--------|-----------------|-------------|----------|------------------|-------------------|
| Sammi Cheng | Come Back to Me | PA 1-210-223 | Warner Music Hong Kong Limited | 9/16/02 | 9/8/03 |
| Sammi Cheng | Love Is | PA 1-210-224 | Warner Music Hong Kong Limited | 3/12/01 | 9/8/03 |