

# AFFIDAVIT OF HUNG TIK

I, Hung Tik of 6th Floor, Railway Plaza, 39 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, MAKE OATH AND SAY:

1. I am the Managing Director of Universal Music Limited (the "Company"), and as such I have knowledge of the matters referred to herein.

2. The Company, either directly or through its subsidiary labels, owns and has exclusive legal control of all worldwide copyright interests in the karaoke audio-visual works listed in Schedules "A" and "B" to my affidavit (the "Videos").

3. The Company is a party to an agreement with TC Worldwide Ltd. ("TCW"), dated 1st March, 2003 (the "Master Licence Agreement"). Any capitalized defined words or phrases used in my affidavit shall have the same meaning as provided in the Master Licence Agreement, unless otherwise defined herein.

4. Pursuant to the Master Licence Agreement, the Company granted to TCW, among other rights, the exclusive rights to reproduce and use, and authorize third parties to reproduce and commercially use, the Videos in karaoke outlets in the United States of America and Canada, and to collect licence fees in respect of such reproduction and use.

5. The Videos listed in Schedule "A" to my affidavit constitute the Company's Back Catalogs as of 30th November 2002, and shall form Attachment 1 to the Master Licence Agreement.

6. The Videos listed in Schedule "B" to my affidavit constitute the Company's Control Catalogs as of 30th November 2003, and shall form Attachment 2 to the Master Licence Agreement.

7. The Company has approved TCW's assignment of its rights pursuant to the Master Licence Agreement:

   a. to its affiliate, Entral Group International LLC, in respect of the territory of the United States; and
   b. to its affiliate, Entral Group International Inc., in respect of the territory of Canada.

8. The Company has authorized TCW and its authorized affiliates to file and maintain copyright registrations in respect of the Videos in the United States and Canada as in our name on our behalf.

9. I swear this affidavit in support of the Proceedings brought by Entral Group International Inc against Take One Studio.

UNIVERSAL MUSIC
UNIVERSAL MUSIC LIMITED
6TH FLOOR, RAILWAY PLAZA, 39 CHATHAM ROAD SOUTH, TSIMSHATSUI, KOWLOON, HONG KONG   TEL: (852) 2301-5888   FAX: (852) 1212-7028
ACCOUNTS DEPT 2ND FLOOR, WESTIN CENTRE, 28 HUNG TO ROAD, KWUN TONG, KOWLOON, HONG KONG   TEL: (852) 2796-9287   FAX: (852) 2796-9267
WAREHOUSE DEPT. 3RD FLOOR, WESTIN CENTRE, 26 HUNG TO ROAD, KWUN TONG, KOWLOON, HONG KONG   TEL: (852) 2734-2492   FAX (852) 2734-2509



10. I declare under penalty of perjury under the laws of Canada and the United States of America that the foregoing is true and correct.

SWORN BEFORE ME at the City of Hong Kong, on 17 December 2003.

_____
HUNG TIK

_____
YEE OI KWAN

UNIVERSAL MUSIC
UNIVERSAL MUSIC LIMITED
4TH FLOOR, RAILWAY PLAZA, 39 CHATHAM ROAD SOUTH, TSIMSHATSUI, KOWLOON, HONG KONG   TEL: (852) 2310-5888   FAX: (852) 2312-2936
ACCOUNTS DEPT: 3RD FLOOR, WESTIN CENTRE, 26 HUNG TO ROAD, KWUN TONG, KOWLOON, HONG KONG   TEL: (852) 2796-3487   FAX: (852) 2796-3287
WAREHOUSE DEPT: 3RD FLOOR, WESTIN CENTRE, 26 HUNG TO ROAD, KWUN TONG, KOWLOON, HONG KONG   TEL: (852) 2796-3491   FAX: (852) 2754-7509