Chan

you guys have the right, that what Cheng's work is for playing in public. That is what I relate Cheng's work, that is -- but, okay, make sure go out to find, okay, go out to find out if any license that have to be complied before you guys play commercially.

Q. Did you tell them that they needed a separate license for Cheng's work?

A. Yes. ASCAP.

Q. Did you tell them that ASCAP was the only license that they needed for Cheng's work?

A. No. I said you guys -- besides ASCAP you guys have to go out to find any other license compliance, to comply to play the video in the public.

Q. Did you make copies of the hard drives to give to members?

A. Yes, based on their request, yes.

Q. How many members did you make copies for?

A. I believe 100 Fun, Melody and what is it, I believe there is one more. What is this guy's name. I have to look at the

                         Chan

record.

     Q.    Was it YHLC?

     A.    Yes.

     Q.    Black Swan?

     A.    Yes, thanks for reminding me.

     Q.    Is there another club beyond those three?

     A.    I believe that is it.

     Q.    Did you install Cheng's content --

     A.    We never installed --

     Q.    Let me finish the question. Did you install Cheng's content in Galaxy 45?

     A.    No.

     Q.    Do you believe that these clubs needed additional licenses from other sources aside from ASCAP to use Cheng's work?

          MR. HOFFMAN:    Objection.

     A.    I am still in the discovery period for my club -- for this non-profit organization. And I am -- that is why I have Mr. Hoffman, our legal consultant to see, you know, if any license right that we need besides ASCAP to play in public. But for our club we never using it for any public use. In