USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07

# DAVID J. HOFFMAN
## ATTORNEY AT LAW
29 BROADWAY
27TH FLOOR
NEW YORK, NEW YORK 10006
TEL: (212) 425-0550
FAX: (212) 797-3545
E-MAIL: DJHOFFMAN@DJHOFFMANLAW.COM

RECEIVED
JUL 23 2007
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S.D.N.Y.

July 23, 2007

Magistrate Judge Michael H. Dolinger
United States District Court
500 Pearl St.
New York, New York

Re: **NAKTA v. EGI, 06-cv-5158 (LTS)**

Dear Magistrate Judge Dolinger:

I am counsel for Plaintiff-Counterclaim Defendants.

I believed that counterclaim defendants' papers in the above-referenced action were due on July 30, 2007. I understand that Mr. Hanlon asserts that the actual due date was July 13th. The date does not appear in the electronic docket for this case. While it appears that I may have been mistaken about the date, I request, nunc pro tunc, if necessary, until July 30, 2007 to submit counterclaim defendants' papers. To avoid any prejudice, I consent to any necessary extension of counterclaim plaintiff's due date for reply.

In any event, counterclaim defendants would not have been able to submit their papers in opposition because neither our expert nor Ray Yim was available at that time. We had not requested any other extension.

I apologize for any inconvenience and appreciate the Court's consideration.

Respectfully submitted,

David J. Hoffman

Cc: Robert Hanlon, Esq.

ENDORSED ORDER

7/23/07

The court will reluctantly grant this request. The due date was noted on the record and thus appears on the transcript of our March 28, 2007 conference. Defendant-counterclaimant will have till August 10, 2007 to file a reply.

North American Karaoke-Works Trade Association, Inc. v. Entral Group International, LLC   Doc. 54