# EXHIBIT C

```
 1
 2            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK
 3
    ENTRAL GROUP INTERNATIONAL, LLC,)
 4                                  )
              Plaintiff,            )
 5                                  )
              vs.                   ) CV-05-1912
 6                                  )
    YHCL VISION CORP., and JEFF     )
 7  CHEN,                           )
                                    )
 8            Defendants.           )
    --------------------------------)
 9
10       (CONTAINS ATTORNEY'S EYES ONLY PORTIONS)
11
12         VIDEOTAPED DEPOSITION OF RAY YIM
13                New York, New York
14               Tuesday, May 23, 2006
15
...
23
    Reported by:
24  Philip Rizzuti
    JOB NO. 7392
25
```

Page 82

```
 1         Yim
 2  looking at earlier that you used to refresh
 3  your recollection and I asked for a copy?
 4      A.   That is correct.
 5      Q.   Who prepared this document?
 6      A.   You mean physically write down or
 7  a discussion for the goal?
 8      Q.   Who was involved in discussing
 9  this, to come up with this paper?
10      A.   All the members. All the members.
11      Q.   Who actually wrote it out?
12      A.   Sam, Sam Chan.
13      Q.   Are you familiar with the contents
14  of this press release?
15      A.   Quite familiar.
16      Q.   I would like to look at the
17  heading -- withdrawn, start again.
18           Do you see the second paragraph
19  that begins the North American Karaoke Works
20  Trade Association is a not-for-profit
21  organization. The purposes for NAKWTA is to,
22  and then there is a list of purposes?
23      A.   Yes.
24      Q.   I would like to look at purpose D:
25  To provide free resources and supports to
```
TSG Reporting - Worldwide    877-702-9580

Page 83

```
 1         Yim
 2  members of the karaoke business or industry.
 3           What types of free resources does
 4  the Trade Association provide?
 5      A.   Where to get the liquor license
 6  and if they need a lawyer for the violation,
 7  and that is what is all being discussed.
 8      Q.   When you say where to get a liquor
 9  license, you provide information about --
10      A.   The web-site and what kind of
11  document they need. There are several
12  members, they may not know English, so that
13  kind of document is helpful for them.
14      Q.   When you say a lawyer, does the
15  association provide a lawyer, or do you give
16  them information about lawyers?
17      A.   The association will not give the
18  lawyer, we just providing some assistance to
19  members. They are using certain lawyers to
20  apply the liquor license, they feel it is
21  good, it is kind of like a referral.
22      Q.   So you provide most of the
23  information?
24      A.   Excuse me.
25      Q.   Most of the information?
```
TSG Reporting - Worldwide    877-702-9580

Page 84

```
 1         Yim
 2      A.   Ah-ha.
 3      Q.   Any other free resources that the
 4  association provides?
 5      A.   We provide the song as well.
 6      Q.   When you say you provide the song,
 7  what does that mean?
 8      A.   We provide the songs which give
 9  those members alternative way for those
10  members who cannot afford the original MTV
11  karaoke.
12      Q.   Let's back up a little bit. You
13  have used the phrase MTV karaoke. Can you
14  explain what you -- when you say karaoke MTV
15  what do you mean?
16      A.   Which people can use the music
17  video to sing a song in their club.
18      Q.   Can you explain what a MTV karaoke
19  music video is like?
20      A.   It is like a motion picture, plus
21  the music background so you can go by the
22  rhythm and to sing a song.
23      Q.   On this MTV karaoke video, do they
24  usually have the original artists displayed in
25  the video?
```
TSG Reporting - Worldwide    877-702-9580

Page 85

```
 1         Yim
 2      A.   Original artists means?
 3      Q.   The well known --
 4      A.   The singer?
 5      Q.   Yes.
 6      A.   May not.
 7      Q.   Do some of them have the singer?
 8      A.   Yes.
 9      Q.   And do some of them have other
10  scenes --
11      A.   Actor, yes.
12      Q.   So when you say -- you call it a
13  MTV video because it is like --
14      A.   I mean original MTV, which some --
15  basically it is distributed by the record
16  company which Entral Group -- I mean -- you
17  probably know what kind of detail about the
18  Entral group's work. I am trying to explain.
19      Q.   When you say MTV video, you don't
20  mean it comes from the television station MTV,
21  you mean it is that type of video?
22      A.   They might.
23      Q.   They might be on MTV?
24      A.   Correct.
25      Q.   But they are not all on MTV?
```
TSG Reporting - Worldwide    877-702-9580

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 3
    ENTRAL GROUP INTERNATIONAL, LLC,)
 4                                   )
                 Plaintiff,          )
 5                                   )
                 vs.                 ) CV-05-1912
 6                                   )
    YHCL VISION CORP., and JEFF      )
 7  CHEN,                            )
                                     )
 8               Defendants.         )
    ---------------------------------)
 9
10         (CONTAINS ATTORNEY'S EYES ONLY PORTIONS)
11
12          VIDEOTAPED DEPOSITION OF SAM CHAN
13                   New York, New York
14                 Thursday, May 25, 2006
15
...
24  Reported by:
    Philip Rizzuti
    JOB NO. 7393
25
```

Case 1:06-cv-05158-LTS-MHD   Document 56-4   Filed 08/10/2007   Page 6 of 7


### Page 66

```
1            Chan
2  don't go to the bar, they want to go to
3  karaoke.
4         How we can promote that, how we
5  can educate the customer, how to educate
6  people outside the karaoke business, or how to
7  educate people that doesn't know karaoke. So
8  we want to send this message to everybody that
9  we have a karaoke, and not each -- not a
10 traditional karaoke fashion, is it maybe a
11 next step of the karaoke fashion.
12     Q.  On the press release one of the
13 purposes of NAKWTA listed under item D is to
14 provide free resources and supports to members
15 of the karaoke business or industry.
16         What type of free resources?
17     A.  Resources, we just provide
18 something like how to apply a liquor license
19 and how to not violate any violations for the
20 Health Department and how to select better
21 server component, so to make sure that the
22 server has a more robust, that it is supposed
23 to be so the downtime will be close to zero.
24         And also, we also provide like
25 lawyer. At that moment we tried to get a
     TSG Reporting - Worldwide      877-702-9580
```

### Page 67

```
1            Chan
2  legal consultant for our club. So I tell them
3  if we get one of these and everybody, if they
4  have a legal problem, they can call this legal
5  counselor to represent to our club. So that
6  is resources that we like to give. Actually
7  it is more.
8      Q.  When you met with the members or
9  people who were going to become members back
10 before December did you offer to get them new
11 karaoke works from a new source?
12     A.  No. At that time we didn't even
13 think about how we put together with these
14 resources. All we just focussed before
15 December 8th, we just know what -- actually we
16 talk about how we can help them out in another
17 way. So that, you know, everybody would be
18 happy about, and also people also bring up the
19 questions of how can they reduce the cost.
20 That is really important to people doing
21 business, how can we reduce costs.
22        And so first of all they thinking
23 about, is anyway that we can produce our own
24 karaoke works, and I told them there is a way,
25 but it is a very hard way to do it because
     TSG Reporting - Worldwide      877-702-9580
```

### Page 68

```
1            Chan
2  making a video, VCD is a very, very hard --
3  first of all you have the right skilled
4  people. Even though I know -- I know how to
5  make it, but if I make it I will be totally
6  off for the quality for a synchronization for
7  the music together.
8         So you have to have a very
9  specific skill of people, know how to make and
10 create this kind of karaoke works. And so I
11 told them it is not ease okay, but I am
12 concerned to find out. So we asked a lot of
13 people inside our members and tell them does
14 anyone have any related, you know, friends or
15 cousins, whatever, that have this specific
16 skills.
17        So we just spread the message out
18 to our members at that moment, and during a
19 couple of meeting that we talked about. And
20 also we tender in the meantime -- also in the
21 meantime during the meeting I told them saying
22 that, you know, everybody have to comply,
23 require the license to play your own video
24 works in your premises.
25        As for example EGI, okay, if you
     TSG Reporting - Worldwide      877-702-9580
```

### Page 69

```
1            Chan
2  don't have any alternative way to commercially
3  play this karaoke works and all you have to
4  do -- I mean I am not saying audio -- I am not
5  saying all -- let me withdraw.
6          Only for the publishing, Hong Kong
7  record -- only for the Hong Kong record
8  company publishing, and the works you guys
9  have to buy licenses from EGI. So I told
10 them, the message is really clear to my
11 members saying that don't play any
12 non-licensed copyright song in your premises,
13 okay. So make sure you guys comply with all
14 the licenses you are required.
15        And then, you know, people just
16 saying, well, this is so expensive. I said
17 well, expensive is expensive, if you cannot
18 pay for license, then you have to talk to EGI,
19 hopefully he can help you out to make an
20 installment payment plan, whatever it is, and
21 maybe EGI can help you out to give you a
22 little bit of discount, and if you signed a
23 little bit longer license agreements,
24 something like that I suggested to them.
25        They said well, then they said,
     TSG Reporting - Worldwide      877-702-9580
```

Page 70

```
 1            Chan
 2   well, it is still expensive. I said, putting
 3   this way, our club, they are trying to help
 4   everybody out, but in the legal way, not in an
 5   illegal way. So --
 6       Q.  Make sure you got that.
 7       A.  Then everybody said okay, they
 8   understand. So, you know, this karaoke
 9   business people is very, very -- they are not
10   really highly educated people like you, Mr.
11   Hanlon. They are very like middle class
12   people and their mind is --
13       Q.  I am a pretty middle class person?
14       A.  You are very highly intelligent
15   people. Anyway so I am saying that when you
16   deal with these karaoke owners or managers,
17   they are not a -- normal person that you can
18   deal with. They say this is funny language, I
19   don't understand sometimes. Finally I
20   understand it, as long as we get along.
21            So to put it in short form,
22   finally we say okay, and then eventually I
23   believe on June -- actually we tried to
24   locate -- okay, supposedly EGI can -- let me
25   withdraw, there is no suppose.
     TSG Reporting - Worldwide    877-702-9580
```

Page 71

```
 1            Chan
 2            I think I tell the member if EGI
 3   can go to get those license from Hong Kong
 4   publishing company and he got seven of them by
 5   the time that we have license agreement, I
 6   believe that maybe there is some other Hong
 7   Kong publishing company that have their own
 8   artists, that EGI have no license agreement
 9   with them. So, but I don't know who and I
10   don't know where.
11            So we told our members, is anybody
12   knew, anyone knew about this industry, and
13   then somehow Ray --
14       MR. HANLON:  Excuse me,
15   Mr. Hoffman, please take your feet off
16   the furniture.
17       MR. HOFFMAN:  I don't have my
18   shoes on.
19       MR. HANLON:  I really don't care.
20   Please take your feet off our furniture,
21   I have asked you now three times.
22       MR. HOFFMAN:  Ask your next
23   question.
24       MR. HANLON:  Mr. Hoffman, take
25   your feet off our furniture.
     TSG Reporting - Worldwide    877-702-9580
```

Page 72

```
 1            Chan
 2       MR. HOFFMAN:  Ask your next
 3   question. Or what; ask your next
 4   question. I am bored to tears with this.
 5       MR. HANLON:  You are going to
 6   persist and not take your feet off the
 7   furniture, is that what you are telling
 8   me?
 9       MR. HOFFMAN:  I don't think I am
10   doing anything wrong.
11       MR. HANLON:  This is my office and
12   you are here as a guest in our offices,
13   and it is highly inappropriate and
14   unprofessional of you to put your feet up
15   on our furniture. In the last deposition
16   you put your feet on the furniture with
17   your shoes on and I asked you to take
18   them off, and you now have your feet on
19   the furniture again. I really don't care
20   whether your shoes are on or off, your
21   feet do not belong on our furniture, and
22   I ask you to take them off.
23       MR. HOFFMAN:  If this is what you
24   want to spend your deposition time --
25       MR. HANLON:  Are you refusing to
     TSG Reporting - Worldwide    877-702-9580
```

Page 73

```
 1            Chan
 2   do that, sir?
 3       MR. HOFFMAN:  I am not refusing or
 4   not refusing --
 5       MR. HANLON:  But you are keeping
 6   your feet on the furniture?
 7       MR. HOFFMAN:  I am not refusing
 8   or not refusing.
 9       MR. HANLON:  But you are leaving
10   your feet on the furniture.
11       MR. HOFFMAN:  I am not refusing
12   or not refusing.
13       MR. HANLON:  I note for the record
14   that your feet remain on the furniture
15   and we will deal with that at a later
16   time with the court. This is really
17   outrageous behavior.
18       Q.  I am sorry, Mr. Chan.
19       A.  So that members still complaining,
20   you know, anyway we can reduced the cost. So
21   that is the end of our discussions in one
22   session. Actually a couple of meeting that we
23   have, still going around same question, how
24   they reduce the cost for running the karaoke
25   business. And I believe in -- I think in
     TSG Reporting - Worldwide    877-702-9580
```