# EXHIBIT D

```
                                                              Page 1
 1
 2                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NEW YORK
 3
     ENTRAL GROUP INTERNATIONAL, LLC,)
 4                                   )
                Plaintiff,           )
 5                                   )
                vs.                  ) CV-05-1912
 6                                   )
     YHCL VISION CORP., and JEFF     )
 7   CHEN,                           )
                                     )
 8              Defendants.          )
     --------------------------------)
 9
10          (CONTAINS ATTORNEY'S EYES ONLY PORTIONS)
11
12             VIDEOTAPED DEPOSITION OF SAM CHAN
13                    New York, New York
14                   Thursday, May 25, 2006
15
...
23
     Reported by:
24   Philip Rizzuti
     JOB NO. 7393
25
```

Page 110

Chan

1  you guys have the right, that what Cheng's
2  work is for playing in public. That is what I
3  relate Cheng's work, that is -- but, okay,
4  make sure go out to find, okay, go out to find
5  out if any license that have to be complied
6  before you guys play commercially.
7      Q.  Did you tell them that they needed
8  a separate license for Cheng's work?
9      A.  Yes. ASCAP.
10     Q.  Did you tell them that ASCAP was
11 the only license that they needed for Cheng's
12 work?
13     A.  No. I said you guys -- besides
14 ASCAP you guys have to go out to find any
15 other license compliance, to comply to play
16 the video in the public.
17     Q.  Did you make copies of the hard
18 drives to give to members?
19     A.  Yes, based on their request, yes.
20     Q.  How many members did you make
21 copies for?
22     A.  I believe 100 Fun, Melody and what
23 is it, I believe there is one more. What is
24 this guy's name. I have to look at the

Page 111

Chan

1  record.
2      Q.  Was it YHLC?
3      A.  Yes.
4      Q.  Black Swan?
5      A.  Yes, thanks for reminding me.
6      Q.  Is there another club beyond those
7  three?
8      A.  I believe that is it.
9      Q.  Did you install Cheng's content --
10     A.  We never installed --
11     Q.  Let me finish the question. Did
12 you install Cheng's content in Galaxy 45?
13     A.  No.
14     Q.  Do you believe that these clubs
15 needed additional licenses from other sources
16 aside from ASCAP to use Cheng's work?
17         MR. HOFFMAN: Objection.
18     A.  I am still in the discovery period
19 for my club -- for this non-profit
20 organization. And I am -- that is why I have
21 Mr. Hoffman, our legal consultant to see, you
22 know, if any license right that we need
23 besides ASCAP to play in public. But for our
24 club we never using it for any public use. In

Page 112

Chan

1  our club just like a repository. We just
2  collect it, put it in the basement and sit
3  there. We never use it.
4      Q.  Do you copy it?
5      A.  What?
6      Q.  Have you copied it?
7          MR. HOFFMAN: Objection.
8      A.  We have one master copy.
9      Q.  Have you ever made copies from
10 that master copy?
11     A.  Yes. We copy it to, as I said, A
12 100 Fun, YHLC and Melody.
13     Q.  So you made copies and you
14 distributed it to these three companies?
15     A.  Based on the request, yes.
16     Q.  But you have never, you meaning
17 you, Sam Chan, nor NAKWTA has ever obtained a
18 license from any other source authorizing you
19 to make copies or distribute these works; is
20 that correct?
21     A.  Yes. You are correct.
22     Q.  When did you give YHCL copies of
23 the work?
24     A.  I believe it is beginning of --

Page 113

Chan

1  beginning of this year.
2      Q.  Mr. Chan, I missed something, let
3  me back up. I want to make sure we are not
4  confused about the time. This trip that you
5  made to Hong Kong and then to meet Mr. Cheng,
6  when was that trip?
7      A.  I think it was mid December to end
8  of December, in that timeframe.
9      Q.  Did you come back during that
10 period as well, back to the United States?
11     A.  Yes.
12     Q.  And when did you tell the club
13 members -- the NAKWTA members that you now
14 have these works for distribution?
15     A.  I am not saying that we have for
16 distribution. I said we obtained this -- we
17 have this four hard drive on hand. I said it
18 was after I come back, I think a couple of
19 days later I called a meeting. Usually a
20 response to my members when I have new news, I
21 call a meeting to say I have the hard drive.
22     I told them I have not looked at
23 the quality yet, but I believe based on the
24 demo that that may be good, that is it. Next